UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ANNA NETREBKO, :
:
                Plaintiff, :
:
                v. : Case No. 1:23-cv-06857-AT
:
METROPOLITAN OPERA ASSOCIATION, :
INC. d/b/a THE METROPOLITAN OPERA :
and PETER GELB, in his professional and : **THE METROPOLITAN OPERA**
individual capacities, : **ASSOCIATION, INC. AND PETER**
: **GELB'S NOTICE OF MOTION TO**
                Defendants. : **DISMISS**
------------------------------------- X

      PLEASE TAKE NOTICE that Defendants the Metropolitan Opera Association, Inc. and Peter Gelb (collectively "Defendants") shall, upon Plaintiff Anna Netrebko's Amended Complaint; the Declaration of Howard Z. Robbins and the exhibits attached thereto; and Defendants' Memorandum of Law, filed herewith, move this Court, at the Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York 10007 on such a date and time as the Court may direct, for an Order pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6) dismissing the action against Defendants with prejudice.

Dated: New York, New York
       November 1, 2023

                                              Respectfully submitted,

                                              */s/ Lloyd B. Chinn*
                                              Lloyd B. Chinn, Esq.
                                              PROSKAUER ROSE LLP
                                              Eleven Times Square
                                              New York, New York 10036
                                              Telephone: 212.969.3000
                                              Facsimile: 212.969.2900
                                              lchinn@proskauer.com

                                              *Attorney for Defendants*
                                              *Metropolitan Opera Association, Inc. and*
                                              *Peter Gelb*