UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANNA NETREBKO,

                Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION,
INC. d/b/a THE METROPOLITAN OPERA and
PETER GELB, in his professional and individual
capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2023_

23 Civ. 6857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 1, 2023, Defendants moved to dismiss Plaintiff's second amended complaint. ECF 36. Per the Court's Individual Practices in Civil Cases, within ten days of receipt of a party's motion to dismiss, the non-moving party must "notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so, or (2) it will rely on the pleading being attacked." Individual Practices III.B.iv. That deadline has passed.

    Accordingly, by **December 19, 2023**, Plaintiff shall write the Court addressing her intention with regard to Defendants' motion to dismiss.

    SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge