# Miguel Esteban

| | |
|---|---|
| **From:** | Miguel Esteban |
| **Sent:** | 24 May 2023 22:07 |
| **To:** | Sam Wheeler |
| **Cc:** | Annie Hollister |
| **Subject:** | RE: Anna |

Dear Sam,

Understood, thanks for the quick response.

All the best,

Miguel

---

**From:** Sam Wheeler <swheeler@musicalartists.org>
**Sent:** Wednesday, May 24, 2023 12:56 PM
**To:** Miguel Esteban <miguel@esteban.me.uk>; Annie Hollister <ahollister@musicalartists.org>
**Subject:** Re: Anna

Hi Miguel,

Sorry, we have a confidentiality agreement with the Met regarding the transcripts and can't send them outside of union staff. Sorry we can't be more helpful on this front.

Thanks,

Sam


Sam Wheeler
National Executive Director
American Guild of Musical Artists, AFL-CIO
he/him/his

---

**From:** Miguel Esteban <miguel@esteban.me.uk>
**Sent:** Wednesday, May 24, 2023 7:30 AM
**To:** Annie Hollister <ahollister@musicalartists.org>; Sam Wheeler <swheeler@musicalartists.org>
**Subject:** Anna

Dear Annie, Dear Sam,

I hope you are both doing well. Could you please send me the transcripts of the arbitration hearing from earlier this year?

All the best,

Miguel

**Miguel Esteban**
General Manager
miguel@esteban.me.uk
+44 7821 752 725

1