Julie Ulmet <julie@ulmetlaw.com>

# Anna Netrebko Arbitration Hearing Transcript
3 messages

**Julie Ulmet** <julie@ulmetlaw.com>  Thu, Dec 7, 2023 at 12:31 PM
To: Sam Wheeler <swheeler@musicalartists.org>

Sam,
It is my understanding that you are not permitted to share the transcripts from the Netrebko arbitration because of a protective order you have with the Met -- is that correct?
Thank you very much,
Julie

Julie R. Ulmet

[The Law Offices of Julie R. Ulmet](#)

Tel 646-396-0055

Fax 646-340-1022

[julie@ulmetlaw.com](mailto:julie@ulmetlaw.com)

*pronouns: she/her/ella*

Confidentiality Notice:

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately.

**Sam Wheeler** <swheeler@musicalartists.org>  Thu, Dec 7, 2023 at 12:33 PM
To: Julie Ulmet <julie@ulmetlaw.com>

That's correct, thanks.

Sam Wheeler
National Executive Director
American Guild of Musical Artists, AFL-CIO
he/him/his

**From:** Julie Ulmet <julie@ulmetlaw.com>
**Sent:** Thursday, December 7, 2023 12:31 PM
**To:** Sam Wheeler <swheeler@musicalartists.org>
**Subject:** Anna Netrebko Arbitration Hearing Transcript

[Quoted text hidden]

**Julie Ulmet** <julie@ulmetlaw.com>  Thu, Dec 7, 2023 at 12:45 PM
To: Sam Wheeler <swheeler@musicalartists.org>

Thanks for the quick response.

Julie R. Ulmet

The Law Offices of Julie R. Ulmet

Tel 646-396-0055

Fax 646-340-1022

julie@ulmetlaw.com

*pronouns: she/her/ella*

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately.

[Quoted text hidden]