```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA NETREBKO,

                Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC. d/b/a THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities,

                Defendants.

23 Civ. 6857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 1, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 29, 2023. ECF No. 11. Those submissions are now overdue.

      Accordingly, by **February 12, 2024**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge