UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANNA NETREBKO,

                                  Plaintiff,

    -against-

METROPOLITAN OPERA ASSOCIATIONS, INC. d/b/a THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities,

                                Defendants.
----------------------------------------------------------X

Case No. 1:23-cv-06857-AT

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that Ariadne Panagopoulou, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appears in the above-captioned action as counsel for Defendants, METROPOLITAN OPERA ASSOCIATIONS, INC. dba THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities, and respectfully requests that all communications in this matter be directed to her attention at the address set forth below.

Dated: New York, New York
       May 13, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Ariadne Panagopoulou
Ariadne Panagopoulou, Esq.
*Attorneys for METROPOLITAN OPERA ASSOCIATIONS, INC. dba THE METROPOLITAN OPERA and PETER GELB*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
ariadne.panagopoulou@lewisbrisbois.com

129812154.1

## **CERTIFICATE OF SERVICE**

Ariadne Panagopoulou, an attorney duly admitted to practice before this Court, certifies that on May 13, 2024, she caused this Notice of Appearance to be filed and served by ECF.

   /s/ Ariadne Panagopoulou
Ariadne Panagopoulou

129812154.1