THE LAW OFFICES OF
# JULIE R. ULMET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2024

May 22, 2024

**By ECF and Email (Torres_NYSDChambers@nysd.uscourts.gov)**
The Honorable Analisa Torres
United States District Court for the Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re:   *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
             Case No. 23-cv-6857

Dear Judge Torres,

    I represent Plaintiff Anna Netrebko in the above-referenced case. Defendants' Motion to Dismiss (Document No. 36) was fully submitted on December 29, 2023 (*see* Opposition at Doc. No. 42 and Reply at Doc. No. 46). As the parties work to resolve certain outstanding discovery disputes, it would be very helpful to that process for the parties to know when a decision on this pending motion is likely to issue. Accordingly, I write to respectfully inquire about the status of this pending motion.

                    Respectfully submitted,

                    */s/ Julie R. Ulmet*

                    Julie R. Ulmet
                    *Counsel for Plaintiff*

cc:   Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
       Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP)
       *Counsel for Defendants* (By Email and ECF)

    The Court will rule on Defendants' motion to dismiss in due course.

 SO ORDERED.

Dated: May 28, 2024
      New York, New York

                                             _____
                                              ANALISA TORRES
                                         United States District Judge