**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANNA NETREBKO,

                       Plaintiff,

            -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

                 Defendants.

-------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 69 and 70.

The Court will hold a status conference in this matter on **Thursday, October 17, 2024, at 10:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.  The parties are directed to file a joint proposed agenda for the conference by **Monday, October 14, 2024**.

The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner.  The parties should also be prepared to discuss whether a stay of discovery in this action is appropriate.

The deadline for fact and expert discovery is extended from September 27, 2024 to

**Thursday, October 17, 2024**.

       **SO ORDERED.**


_s/ Ona T. Wang_

Dated: September 26, 2024                    **Ona T. Wang**
     New York, New York              United States Magistrate Judge