

Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

October 1, 2024                                                                       File No. 37986.9173

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    *Netrebko v. Metropolitan Opera Association, Inc. et al.*
              Docket No. 23-cv-06857-AT-OTW

Dear Judge Torres:

      We are counsel for Defendants Metropolitan Opera Association, Inc. and Peter Gelb (collectively, "Defendants") in the above-referenced matter. We write to request an enlargement of the page limit to oppose Plaintiff's Motion for Reconsideration, or in the Alternative, for Interlocutory Appeal Certification (Dkt. No. 66) of up to 20 pages.

      We understand that Local Rule 6.3 limits moving and opposing Memoranda of Law with respect to Motions for Reconsideration to 10 pages. However, given the multiple issues being raised for reconsideration herein, the extensiveness and detail of the Court Order at issue (Dkt. No. 64), and the fact that Plaintiff's motion is not merely limited to reconsideration arguments but includes separate arguments as to why this matter should be certified for appeal, Defendants deem the extra pages requested to be necessary. Plaintiff's moving Memorandum was 16 pages in total.[1]

      Should Plaintiff, in turn, request a reasonable enlargement of her page limit for her Reply Brief, Defendants would not object to such a request. Such application will be raised separately by Plaintiff if, and when, she deems it is appropriate.

      We thank the Court for its consideration.

---

[1] Given Plaintiff's consent to the instant letter motion, Defendants do not seek to raise any argument to the extent that Plaintiff's brief violated Local Rule 6.3.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Hon. Analisa Torres
October 1, 2024
Page 2

                                           Respectfully,

                                           *Ariadne Panagopoulou*

                                           Ariadne Panagopoulou of
                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)