

Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

October 14, 2024                                                    File No. 37986.9173

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

> Re:    *Netrebko v. Metropolitan Opera Association, Inc. et al.*
>        Docket No. 23-cv-06857-AT-OTW

Dear Judge Torres:

We are counsel for Defendants Metropolitan Opera Association, Inc. and Peter Gelb (collectively, "Defendants") in the above-referenced matter. Pursuant to the Court's Order dated September 26, 2024, we write jointly with Julie Ulmet, Esq., Plaintiff's counsel, to advise the Court of the status of the parties' discovery obligations and their proposal for a joint agenda in the event Plaintiff's request for a stay is denied.

Both parties have been making progress in their respective document productions. Plaintiff has responded to Defendants' Second Set of Requests for Production on October 7, 2024 and has committed to producing a number of outstanding documents. Defendants have finalized a substantive portion of their ESI production that was sent to their vendor for processing pursuant to the parties' ESI stipulation, and have received confirmation that it will be available for production tomorrow by noon. A number of sensitive documents that were flagged for production are still being reviewed by respective email custodians. The parties further negotiated a stipulation that will allow them to disclose a number of sensitive documents for "attorney's eyes only," which will be e-filed for Court approval tomorrow.

The parties propose the following agenda for the conference with the Court scheduled to take place on October 17, 2024:

1. Discovery that has been completed:
   a. Plaintiff's production
   b. Defendants' production
2. Outstanding discovery

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Hon. Analisa Torres
October 14, 2024
Page 2

       a.  Plaintiff's outstanding discovery
       b.  Defendants' outstanding discovery
  3.  Plaintiff's request for a stay of discovery
       a.  Plaintiff's position
       b.  Defendants' position
  4.  Proposed discovery schedule (if not stayed)
       a.  In advance of the conference, the parties will confer and endeavor to propose a joint schedule or advise the Court of any disputes.

We thank the Court for its consideration.

Respectfully,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com