UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANNA NETREBKO,

                      Plaintiff,

           -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

                      Defendants.
------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 17, 2024. As **ORDERED** at the October 17 conference:

- Plaintiff's request for a stay of discovery is **DENIED**, for the reasons stated on the record.

- Fact discovery is hereby extended until **November 27, 2024,** without prejudice to further extensions.

- The parties are directed to file a joint status letter on the docket on **November 22, 2024,** apprising the Court on the status of discovery, and on the last business Friday of each month thereafter.

**SO ORDERED.**

Dated: October 17, 2024
New York, New York

                                      _s/ Ona T. Wang_
                                      **Ona T. Wang**
                               United States Magistrate Judge