```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANNA NETREBKO,

                Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC.
d/b/a THE METROPOLITAN OPERA and PETER
GELB, in his professional and individual capacities,

                Defendants.

23 Civ. 6857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 24, 2024, the Court referred this matter to the Honorable Ona T. Wang for general pretrial management. ECF No. 60. By order dated October 17, 2024, Judge Wang extended fact discovery until November 27, 2024. ECF No. 79. Additionally, on September 5, 2024, Plaintiff filed a motion for reconsideration of the Court's order dated August 22, 2024. ECF Nos. 65–66; *see* ECF No. 64. That motion is now fully briefed. *See* ECF Nos. 74, 81.

    Accordingly, the case management conference currently scheduled for October 29, 2024, at 10:00 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge