

Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

April 28, 2025                                                                                         File No. 37986.9173

**By ECF**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

        Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
                  Case No. 23-cv-6857

Dear Judge Wang,

      Pursuant to the Court's October 17, 2024 Order (ECF Doc. No. 79), the parties respectfully submit this joint status report to advise the Court of the status of their respective discovery obligations.

      Since the last status report, Plaintiff's counsel made a significant production of approximately 357 documents, which Defendants are currently reviewing. Defendants also responded to Plaintiff's Second Requests for Production of documents and made an accompanying production. A small supplemental production is also forthcoming. No discovery disputes are anticipated at this point, though the parties reserve all their rights in this respect.

      As the parties are finishing up their respective document productions, they are discussing the scheduling of depositions. The first deposition of Anna Netrebko is scheduled to take place in person on June 4, 2025.

                                                           Respectfully submitted,

                                                           *Ariadne Panagopoulou*
                                                           Ariadne Panagopoulou of
                                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:       All Counsel (via ECF)