UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANNA NETREBKO,

                      Plaintiff,

       -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

                      Defendants.
-----------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' several letters and recent monthly status update at ECF Nos. 93, 94, 95.

The letters, which do not appear to include any requests for relief, assign blame for the parties' failure to jointly submit their May status letter as directed, and discuss the parties' prior inability to agree to a deposition schedule and resulting discovery delays. The parties are directed to review my Individual Practices in Civil Cases, and the Local Rules of the Southern and Eastern Districts of New York, which both require that parties meet and confer in good faith throughout discovery.

Fact discovery closed November 27, 2024. (ECF 79). In the intervening months, neither party has requested an extension of any discovery deadlines. (*See* ECF Nos. 84, 85, 86, 89, 90, 91, 93, 94, 95). Rather, they have behaved as though such deadlines did not exist. (*See, e.g.*, ECF Nos. 93, 94, 95). Accordingly, in the interests of affording the parties enough time to complete the outstanding paper discovery and party depositions described in their most recent letters, the

Court extends the fact discovery deadline *nunc pro tunc* to **Friday, July 11, 2025**. There will be no further extensions without good cause shown.

The parties' next **joint** status letter is due **Friday, June 27, 2025**.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: June 12, 2025<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |