THE LAW OFFICES OF
# JULIE R. ULMET

June 27, 2025

**By ECF**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

      Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
                Case No. 23-cv-6857

Dear Judge Wang,

      Pursuant to the Court's October 17, 2024 Order (ECF Doc. No. 79), the parties respectfully submit this joint status report to advise the Court of the status of their respective discovery obligations.

### Discovery Schedule

As reflected in the parties' June 19, 2025 joint letter to the Court (ECF Doc. 97), the parties have agreed on a discovery schedule and have requested that the Court issue an order approving the proposed schedule. In that proposed schedule, the parties agreed on specified dates or narrow date ranges for the depositions of Plaintiff Anna Netrebko, Defendants Peter Gelb and Metropolitan Opera (pursuant to Rule 30(b)(6)), third parties within the parties' control, and Met Opera employees, as well as dates for the end of fact discovery and the end of expert discovery.

### Outstanding Disputes

On June 23, 2025, Plaintiff filed a notice of discovery dispute pursuant to Local Rule 37.2 and the Court's Individual Practice II.b., and on June 26, 2025, Defendants submitted their opposition. The subject of the dispute and the parties' respective positions are discussed in the aforementioned letters.



**Document Discovery**

Notwithstanding the existence of a dispute on the particular discovery issues mentioned above, the parties are continuing to cooperate in producing additional documents to each other in response to additional document demands, follow-up requests, and deficiency letters. The parties intend to make every effort to reach agreement on any other differences and will notify the Court if any outstanding discovery issues remain and require judicial assistance.

Respectfully submitted,

*/s/ Julie R. Ulmet*

Julie R. Ulmet
*Counsel for Plaintiff*

cc:   Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
Elior Shiloh, Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP)
*Counsel for Defendants* (By Email and ECF)
Kara Gorycki, *Counsel for Plaintiff* (By Email and ECF)