**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
ANNA NETREBKO,                                              :
                                                            :
                                    Plaintiff,              :        23-cv-6857 (AT) (OTW)
                                                            :
                    -against-                               :        **ORDER**
                                                            :
METROPOLITAN OPERA ASSOCIATION, INC. et                    :
al.,                                                        :
                                                            :
                                    Defendants.             :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed ECF Nos. 97, 98, 99, and 100.

       Plaintiff's request for a conference at ECF 98 is **GRANTED**.  Accordingly, the Court will

hold a status conference in this matter on **Thursday, July 31, 2025, at 10:00 a.m.,** in Courtroom

20D, 500 Pearl Street, New York, NY 10007.  The parties are directed to file a joint proposed

agenda for the conference by **Monday, July 28, 2025**.  The parties should be prepared to

discuss: the disputes described at ECF Nos. 98 and 99; what discovery remains outstanding; and

how they plan to complete that discovery in a timely manner.

       The parties' request for an extension of the fact discovery deadline at ECF 97 is

**GRANTED**.  The deadline for fact discovery is extended to **Thursday, July 31, 2025**.

The Clerk of Court is respectfully directed to close ECF Nos. 97 and 98.

**SO ORDERED.**

_____
_s/ Ona T. Wang_

Dated: July 2, 2025
     New York, New York

**Ona T. Wang**
United States Magistrate Judge