**MEMO ENDORSED.**



Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

July 8, 2025

File No. 37986.9173

**Application GRANTED. The conference currently scheduled for July 31 is ADJOURNED to August 21, 2025, at 10:00 a.m. The deadline for fact discovery is also extended to August 21, 2025.**

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

**SO ORDERED.**

*/s/ Ona T. Wang*

**Ona T. Wang**                                                   July 9, 2025
U.S.M.J.

Re:   *Netrebko v. Metropolitan Opera Association, Inc. et al.*
      Docket No. 23-cv-06857-AT-OTW

Dear Judge Wang:

    We are counsel for Defendants Metropolitan Opera Association, Inc. and Peter Gelb (collectively, "Defendants") in the above-referenced matter. We write with Plaintiff counsel's consent, pursuant to Rule II.e of Your Honor's Individual Rules, to request an adjournment of the status conference currently set for July 31, 2025 at 10:00 am before Your Honor (Dkt. No. 101) because Defendants' counsel will be out of the country during that week. This is the parties' first request for an adjournment of this status conference.

    The parties are available for an in-person status conference on August 4, August 5, and August 6, 2025. If the Court is not available on these dates, the parties are next available for an in-person conference after August 18, 2025.

    We thank the Court for its time and consideration.

Respectfully,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:   All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA