

Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

July 29, 2025

File No. 37986.9173

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

      Re:   *Netrebko v. Metropolitan Opera Association, Inc. et al.*
              Docket No. 23-cv-06857-AT-OTW

Dear Judge Torres:

      We are counsel for Defendants Metropolitan Opera Association, Inc. and Peter Gelb (collectively, "Defendants") in the above-referenced matter. We write, with Plaintiff's counsel consent, to request a two-week extension to respond to Plaintiff's letter motion seeking leave to file a supplemental pleading, filed on July 24, 2025.

      Per Rule III(A)(ii) of Your Honor's Individual Rules, we understand that Defendants' response is currently due on July 31, 2025. Defendants would like permission to submit their response by August 14, 2025. The reasons for this request are twofold: first, the undersigned is on vacation and will be returning to the United States this weekend, and second, given the relative complexity of Plaintiff's request, we will need additional time to fact check the statements made in their supplemental pleading, as well as confer with our client regarding our proposed response.

      This is Defendants' first request to extend this particular deadline and it is being submitted on consent. No other deadlines will be affected should this request be granted.

      Respectfully submitted,

      *Ariadne Panagopoulou*
      Ariadne Panagopoulou of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA