UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANNA NETREBKO,

                    Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC.
d/b/a THE METROPOLITAN OPERA and PETER
GELB, in his professional and individual capacities,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/31/2025_____

23 Civ. 6857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiff's pre-motion letter for leave to file a supplemental complaint. ECF No. 104. By order dated July 29, 2025, the Court granted in part and denied in part Plaintiff's motion for reconsideration of the Court's August 22, 2024 order dismissing certain of her claims. Reconsideration Order, ECF No. 108. In light of the Reconsideration Order, by **August 13, 2025**, Plaintiff may withdraw or otherwise amend her letter at ECF No. 104. By **August 20, 2025**, Defendants shall respond to Plaintiff's amended letter or, if one is not filed, Defendants shall respond to Plaintiff's original pre-motion letter dated July 24, 2025.[1]

      SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge

---

[1] Defendants need not respond to the original pre-motion letter in the event it is withdrawn.