

Ariadne Panagopoulou
7 World Trade Center, Floor 11
New York, New York 10007
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

August 19, 2025

File No. 37986.9173

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

    Re:   *Netrebko v. Metropolitan Opera Association, Inc. et al.*
            Docket No. 23-cv-06857-AT-OTW

Dear Judge Torres:

    We are counsel for Defendants Metropolitan Opera Association, Inc. and Peter Gelb (collectively, "Defendants") in the above-referenced matter. We write to request an enlargement of the page limit to oppose Plaintiff's Motion for Leave to File a Supplemental Pleading pursuant to Fed. R. Civ. P. 15(d) (Dkt. No. 111) of up to <u>6 pages</u> which is due tomorrow.

    We understand that Your Honor's Individual Rule III(A)(ii) limits opposition letters to four pages. However, given the fact that Plaintiff's proposed supplemental complaint (which is attached to Plaintiff's submission) is 14 pages long, we need a little bit more space to adequate address the claims raised therein, in addition to the arguments raised in Plaintiff's letter motion. Plaintiff's counsel, Julie Ulmet, Esq., consents to our request for additional pages.

    We thank the Court for its consideration.

                                               Respectfully,

                                               *Ariadne Panagopoulou*
                                              Ariadne Panagopoulou of
                                             LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)