**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ANNA NETREBKO,

               Plaintiff,

     -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

               Defendants.

---------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on August 21, 2025. As **ORDERED** at the August 21 conference:

- Plaintiff's request for additional ESI discovery and depositions as outlined in ECF 98 is **DENIED**, for the reasons stated on the record;

- Fact discovery is hereby extended until **January 16, 2026**;

- The parties are directed to file a joint status letter on the docket by **August 28, 2025**, regarding whether parties have agreed on a process to allow Plaintiff's proposed supplemental complaint and whether the parties consent to Magistrate Judge Jurisdiction for all purposes or for specific dispositive motions; and

- If applicable, the August 28 letter shall also include a proposed briefing schedule for any anticipated motion to dismiss the supplemental complaint.

The Clerk of Court is respectfully directed to close ECF Nos. 104, 111, and 112.

**SO ORDERED.**

Dated: August 22, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge