# MEMO ENDORSED



Ariadne Panagopoulou
77 Water Street, Suite 2100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

August 28, 2025                                                                File No. 37986.9173

**_By ECF_**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

> Re:   *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
>         Case No. 23-cv-6857

Dear Judge Wang,

Pursuant to the Court's August 22 Order (ECF Doc. No. 115), the parties respectfully submit this joint status letter to advise the Court of their respective positions on adjudicating Plaintiff's proposed supplemental pleading.

First, Plaintiff has decided not to make any further modifications to the proposed Supplemental Complaint, which was previously filed as Docket No. 111-1.

Second, as Your Honor advised, Defendants will no longer seek to challenge Plaintiff's motion for leave to file the supplemental complaint and will accept Plaintiff's filing, referenced above, as an operative pleading, which they will then move to dismiss.

The parties propose the following briefing schedule for Defendants' motion to dismiss:

Friday 10/3 – Defendants' Moving Brief
Friday 10/31 – Plaintiff's Opposition Brief
Friday 11/21 – Defendants' Reply Brief

Third, after consideration, the parties do not consent to the Magistrate Judge's jurisdiction for this motion (or generally).

Thank you for your time and consideration to this matter.

Hon. Ona T. Wang
August 28, 2025
Page 2

Respectfully submitted,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)

The parties' proposed briefing schedule is
approved.

**SO ORDERED**.

Ona T. Wang    September 8, 2025
U.S.M.J.