E  END  RSED



Ariadne Panagopoulou
7 World Trade Center, 11th Floor
New York, New York 10007
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1300

September 22, 2025

> The parties' application for an extension is **GRANTED**. In light of the Jewish holiday this week, the parties shall file a joint letter on the docket updating the Court on this dispute no later than **September 29, 2025.**
>
> S   RDERED
>
> Ona T. Wang        September 23, 2025
> U.S.M.J.

**By ECF**
The Honorable Ona T. Wang
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re:  *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
Case No. 23-cv-6857

Dear Judge Wang,

    We represent Defendants in the above-referenced action. We write, with Plaintiff's consent, to update the Court on the status of the parties' dispute surrounding the documents sought by Plaintiff via Request Nos. 17-19, which were the subject of Plaintiff's letter motion concerning a discovery dispute, dated September 17, 2025, and request an extension of three days, until September 25, 2025, to update the Court on whether the parties have been able to resolve the instant discovery dispute absent judicial intervention.

    To clarify, Defendants intend to comply with these requests and produce all responsive documents. Over the past several days, Defendants have been in communications with their discovery vendor to figure out a way to search through the email accounts of Peter Gelb and Michael Heaston – the custodians that would likely have responsive documents (if any) – in a way that is not unduly cumbersome.

    Specifically, they requested that their vendor run searches of the terms "Liudmyla", "Monastyrska", "Eleonora", "Buratto",[1] "Lise", and "Davidsen" and this generated a total of 10,346 hits (exclusive of family members). Defendants then revised the search terms using search string connectors but the resulting hits still exceeded 4,000 documents (excluding family members).

---

[1] The term "Buratto" was accidentally misspelled as "Burratto" in Plaintiff's discovery requests.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Hon. Ona T. Wang
September 22, 2025
Page 2

However, Defendants are confident that, if the parties work amicably together towards negotiating an ESI protocol to limit the scope of the search terms and time periods for the searches, they will come to an agreement and expect to do so by September 25, 2025. Defendants are also confident that, should the parties reach such agreement by September 25, 2025, they will be able to complete their production of any responsive documents ahead of October 16, 2025, which is the commencement date of the scheduled depositions.

Accordingly, Defendants, with Plaintiff's consent, request three more days to work on negotiating an ESI protocol and they intend to jointly update the Court by September 25, 2025 on the status of the present dispute. Should the Court wish to schedule a conference at that point, as requested by Plaintiff's letter, the parties are certainly available for any such conference and Defendants respectfully reserve their right to respond more fully in advance of any scheduled conference.

Thank you for your time and consideration to this matter.

Respectfully submitted,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)