UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA NETREBKO,<br><br>                               Plaintiff,<br><br>    - against -<br><br>METROPOLITAN OPERA ASSOCIATION, INC. d/b/a THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities,<br><br>                              Defendants. | Case No. 23-cv-06857-AT-OTW<br><br>**DECLARATION OF ARIADNE PANAGOPOULOU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SUPPLEMENTAL COMPLAINT** |

**ARIADNE PANAGOPOULOU**, an attorney duly admitted to practice before this Court, hereby declares subject to the penalties of perjury:

1. I am a partner of Lewis Brisbois Bisgaard & Smith LLP, attorneys for Defendants Metropolitan Opera Association, Inc. (the "Met") and Peter Gelb ("Gelb"). I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Supplemental Complaint filed on September 10, 2025. Dkt. No. 118.

2. This motion is being filed pursuant to a briefing schedule agreed upon between the parties and endorsed by the Honorable Ona Wang on September 8, 2025. Dkt. No. 117.

3. A summary of the arguments upon which Defendants make the present motion was previously presented to Plaintiff via a publicly-filed letter at Dkt. No. 113.

4. The grounds for Defendants' present motion were also discussed at length in a conference before Judge Wang on August 21, 2025.

5. Annexed hereto as Exhibit A is a true and correct copy of an article entitled "Où va le Met?" by Emmanuel Dupuy, published by *Diapason*, referenced in ¶¶ 4(a)-(c) of the

Supplemental Complaint and footnote 1. The original article, a certified English translation, and an affidavit certifying the translation are hereby being provided. The parties have jointly engaged TransPerfect – a professional translation company – to make this translation. The parties have stipulated to the authenticity of this translation.[1]

6. Annexed hereto as Exhibit B is a true and correct copy of an article entitled "Anna Netrebko, Shunned in U.S. Over Putin Support, Will Sing in Palm Beach," by Javier C. Hernandez, published by the *N.Y. Times*, referenced in ¶¶ 5(a)-(b) of the Supplemental Complaint and footnote 2.

7. Annexed hereto as Exhibit C is a true and correct copy of an article entitled "Peter Gelb, General Manager of the Metropolitan Opera: When the Putin regime is trying to destroy a nation, only supporting Ukraine is right" by Ivan Kosiakin, published by *Ukrinform*, referenced in ¶¶ 6(a)-(b) of the Supplemental Complaint and footnote 3.

8. Annexed hereto as Exhibit D is a true and correct copy of an article entitled "Metropolitan Opera Director Peter Gelb: 'I do not wish to maintain cultural ties with murderers" by Sonya Koshkina, published by *LB.ua*, referenced in ¶ 7 of the Supplemental Complaint and footnote 4.

9. Annexed hereto as Exhibit E is a true and correct copy of an article entitled "Met-Chef: 'Gergiev ist eine Art künstlerischer Stellvertreter Putins'" by Ljubisa Tosic, published by *Der Standard*, referenced in ¶ 8 of the Supplemental Complaint and footnote 5. The original article, a certified English translation, and an affidavit certifying the translation are hereby being provided. The parties have jointly engaged TransPerfect – a professional translation company – to make this

---

[1] Plaintiff has reserved her right to argue that this Court should not consider the entirety of this article in adjudicating the instant motion.

translation. The parties have stipulated to the authenticity of this translation.[2]

10. Annexed hereto as Exhibit F is a true and correct copy of the Arbitration Award rendered in a dispute AMGA filed on behalf of Netrebko against the Met, in relation to the termination of her Met contracts. The Arbitration Award was cited in Plaintiff's Second Amended Complaint and this Court has already determined that the Arbitration Award is incorporated to such pleading by reference. Reconsideration Order, Dkt. No. 108, p. 4.

11. Annexed hereto as Exhibit G is a true and correct copy of a text message chain between Peter Gelb and Judith Neuhoff, Netrebko's former manager, which is referenced in Plaintiff's Supplemental Complaint ¶¶ 15(b) & (h).

12. Annexed hereto as Exhibit H is a true and correct copy of an email exchange between Peter Gelb and Judith Neuhoff, which is referenced in Plaintiff's Supplemental Complaint ¶ 15(c).

13. Annexed hereto as Exhibit I is a true and correct copy of an email Gelb sent to his colleagues at the Met, which is referenced in Plaintiff's Supplemental Complaint ¶ 15(f).

14. Additionally, reference to the following publicly filed documents is made in Defendants' Memorandum of Law:

    (a) Plaintiff's Second Amended Complaint, Dkt. No. 27;

    (b) Order granting in part and denying in part Motion to Dismiss, Dkt. No. 64;

    (c) Order granting in part and denying in part Motion for Reconsideration, Dkt. No. 108.

---

[2] Plaintiff has reserved her right to argue that this Court should not consider the entirety of this article in adjudicating the instant motion.

WHEREFORE, it is respectfully submitted that the Court should grant Defendants' Motion to Dismiss and dismiss the entirety of the claims in Plaintiff's Supplemental Complaint filed in this action.

Dated: October 3, 2025

          /s/ Ariadne Panagopoulou
          Ariadne Panagopoulou

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed and served the within Declaration upon the attorneys for Plaintiff via ECF on October 3, 2025.

                                                                                                          /s/ Ariadne Panagopoulou
                                                                                                           Ariadne Panagopoulou