# Exhibit A

● coulisses

# Où va le Met?

Le **Metropolitan Opera de New York** fait face comme tous les théâtres lyriques à des défis colossaux, que son patron Peter Gelb s'emploie à relever avec méthode. Et quelques convictions fortes qu'il a bien voulu partager avec nous.

PAR EMMANUEL DUPUY

A
u début de l'année, le Metropolitan Opera a dû à nouveau puiser quelques dizaines de millions de dollars dans son fonds de réserve pour parer à sa fragilité financière. « La situation n'est certainement pas là pour être pillé, mais pour être utilisée en temps de crise plutôt que de fragilité », s'est alors justifié le directeur général Peter Gelb, qui saluait aussi une fréquentation revenue à un taux de 73 % cette saison, son plus haut point de la précédente. Il reste plus que jamais audacieux sur les nombreux opéras contemporains programmés, porte-raid-il ses fruits ? Après une pandémie et une période de très forte inflation, comment va le Met ?

**Peter Gelb :** Sur le plan artistique, le Met va très bien, mais économiquement, la situation reste délicate. Avant même la pandémie, nous faisions face à des défis financiers considérables, accrus par la crise sanitaire. Au cours de celle-ci, le profil de nos spectateurs a changé, les plus vieux ne sont pas revenus. Le Met a aussi souffert de la baisse de fréquentation des cinémas, qui ne pas à l'avenir les retransmissions de nos spectacles en direct partout dans le monde. Mais nous essayons de résoudre ces difficultés par différentes actions. Nous tâchons moins de titres différents au Met, dix-huit contre vingt-trois ou vingt-quatre auparavant. Surtout, nous programmons aujourd'hui plus d'ouvrages contemporains que n'importe quel autre théâtre au monde – quatre sur les six nouvelles productions à l'affiche en 2024-2025. Outre qu'ils ouvrent un chemin pour l'avenir du genre lyrique, ces titres nouveaux nous permettent d'attirer des jeunes spectateurs qui n'avaient jamais franchi les portes du Met auparavant. Grâce à cela, nous sommes presque revenus au niveau de fréquentation d'avant le Covid. Dans les cinémas, la reprise est plus lente, en particulier en Europe où le public est moins familier de nos opéras contemporains. Cela nous oblige à être plus conservateurs pour nos diffusions dans les salles : l'an prochain, elles seront moins représentatives de notre saison au Lincoln Center.

**Ces opéras contemporains, sur quels critères les choisissez-vous ? L'impératif de fréquentation résulte-il pas les langages musicaux les plus novateurs ?**

P.G. : Je choisis moi-même ces ouvrages, en concertation avec Yannick Nézet-Séguin qui, de tous les grands chefs qui occupent un poste de directeur musical dans un théâtre lyrique, est le seul à être autant convaincu de la nécessité de renouveler le répertoire. Notre philosophie profonde est que ces opéras contemporains doivent être capables de toucher le public autant émotionnellement qu'intellectuellement. Je n'ai rien contre ceux qui écrivent plus pour l'intellect que pour l'émotion, mais ils ont davantage leur place dans des espaces expérimentaux qu'au Met, où nous avons 3800 sièges à remplir. Pourquoi au Met l'opéra doit-il trouver un large public dans les grandes formes, comme Mozart, Verdi, Wagner ou Puccini en leur temps ? Cela réussit pas les Européens : nous avons par exemple programmé L'Amour de loin de Kaija Saariaho, et bientôt Innocence, son dernier opéra. Les œuvres que nous présentons doivent avoir un impact durable, la nécessité de faire ce...

Joyce DiDonato, conscientes de l'importance de cette démarche, sont désireuses d'être distribuées dans ces ouvrages.

**Sur les quatre nouveaux opéras d'aujourd'hui que vous présenterez la saison prochaine, un seul sera Grounded de Jeanine Tesori. Que souhaitez-vous dire au public français pour l'inciter à découvrir cette œuvre ?**

P.G. : Jeanine Tesori est une compositrice très douée, qui a écrit autant pour Broadway que pour l'opéra. Elle est très à l'aise dans les grandes formes, pour lesquelles elle réalise elle-même ses orchestrations. Grounded est un voyage émotionnel, adapté d'un spectacle de George Brant conçu à l'origine comme un monologue, et joué il y a quelques années au théâtre par Anne Hathaway. C'est l'histoire d'une femme pilote dans l'US Air Force, que sa grossesse empêche de faire ce qu'elle aime, c'est-à-dire voler dans un F16. Elle est envoyée dans une base secrète près de Las Vegas où, à distance, elle commande un drone avec lequel elle doit toucher des cibles au Moyen-Orient. Peu à peu, elle perd sa connexion avec la réalité et commet un acte de trahison, en refusant de tuer un terroriste et sa famille qu'il ne rappellent un mois en prison, dans l'attente de son procès. C'est une histoire puissante, une histoire d'aujourd'hui, sur la fémininité, la maternité, la guerre et ses horreurs, le monde où nous vivons.

**Diriez-vous que l'opéra doit avoir un rôle politique ?**

P.G. : Absolument. Nous avons commandé un ouvrage au compositeur ukrainien Maxim Kolomiiets sur les femmes de son pays, ces tragédies héroïquement sont entrées en scène pour récupérer leurs enfants enlevés par les Russes – un thème qui met Poutine et Maria Lvova-Belova, responsable de ces enlèvements, qui ont été accusés de crimes de guerre. Cette histoire a besoin d'être racontée, ...

La façade du théâtre inauguré en 1966, au sein du Lincoln Center.

*Peter Gelb, à la tête depuis 2006 de la plus grande entreprise de spectacle vivant aux États-Unis.*

## Une saison sur les écrans

Pas besoin de traverser l'Atlantique pour suivre les productions du Met. En 2024-2025, huit titres seront retransmis en direct dans les cinémas à travers toute la France (liste des salles sur pathelive.com). La saison débutera puis s'achèvera par deux spectacles signés Bartlett Sher, qui raviront les amateurs des mises en scène traditionnelles : Les Contes d'Hoffmann, où brillera l'astre Benjamin Bernheim, et Le Barbier de Séville, avec un cast de qualité. Ensuite, l'événement contemporain sera Grounded de Jeanine Tesori (née en 1961), défendu par le directeur musical de la maison Yannick Nézet-Séguin, avec la mezzo Emily D'Angelo dans le rôle principal et dans un spectacle high-tech de Michael Mayer utilisant de nombreux écrans LED. Autres temps forts : les nouvelles productions d'Aïda et de Salomé, toutes deux avec Nézet-Séguin, fidèle au poste. La fresque égyptienne de Verdi sera aussi mise en scène par Michael Mayer, avec Angel Blue et Piotr Beczała dans les rôles principaux, Claus Guth signera la régie pour le chef-d'œuvre biblique de Strauss, dont Elza Van den Heever chantera le rôle-titre. À New York côté ailleurs, le métier de chef se féminise, trois reprises étant dirigées par des femmes : Tosca par Xian Chang, Fidelio par Susanna Mälkki (l'un et l'autre avec la grande Lise Davidsen), Les Noces de Figaro par Joana Mallwitz (avec en Chérubin notre Marianne Crebassa nationale).



© PAOLA KUDACKI / MET OPERA

une forme artistique qui lui donnera un autre sens et une autre portée que les articles de journaux. Mon espoir est que cet opéra soit créé en 2027-2028 au Met et dans une salle européenne la saison précédente. Il n'est pas possible d'être plus politique !

**Ce sujet de l'Ukraine m'amène à évoquer les artistes russes. L'attitude du Met sur ce point suscite parfois l'incompréhension en Europe. Anna Netrebko, qui n'est plus invitée à New York, l'est toujours à Paris, Vienne Milan… Sommes-nous trop naïfs ?**
**P.G. :** Le Met a toujours été constant : dès le début de l'invasion, nous avons adopté une position forte et nous nous y tenons. S'agissant de Netrebko, pour l'avoir beaucoup fréquentée pendant les saisons où elle a été présente au Met plus que partout ailleurs, je connais très bien son opinion sur Poutine et la guerre. Quand je lui ai posé un ultimatum, elle m'a clairement dit :

« Je soutiens mon pays. » Or le Met soutient l'Ukraine, nous avons coupé nos relations avec le Bolchoï et toute organisation aidée par Poutine. Pour autant, les artistes russes sont bienvenus au Met, dès lors qu'ils ne se prononcent pas publiquement en faveur de Poutine. Netrebko a engagé des poursuites contre le Met, et contre moi personnellement. Mais je crois que cette action n'a aucune chance d'aboutir et qu'elle perdra.

**Nous évoquions les difficultés économiques : dans un pays où il n'y a pas de subvention publique peut-on toujours compter sur le mécénat ?**
**P.G. :** Il n'est pas tout à fait exact de dire qu'il n'y pas de soutien public, car le gouvernement fédéral reverse le bénéfice de certaines taxes à des organisations philanthropiques. Un des grands problèmes des Etats-Unis, c'est que les inégalités ne cessent de s'y creuser. Les hyper-riches accumulent

La mezzo Emily d'Angelo, dans le rôle principal de *Grounded*, l'opéra de Jeanine Tesori (née en 1961) qui sera donné la saison prochaine et diffusé dans les cinémas partout dans le monde.

des milliards, mais ils ne soutiennent pas les arts, n'en voyant pas l'importance. Toute la difficulté est donc de les convaincre.

**Cela fait maintenant dix-huit ans que vous êtes à la tête du Met. Depuis 2006, de quelle réalisation êtes-vous le plus fier ? Et quelle est la pire difficulté que vous avez rencontrée ?**
**P.G. :** Mon plus grand motif de fierté, c'est d'être parvenu à faire comprendre que l'opéra ne peut pas avoir d'avenir sans évoluer. Aujourd'hui, je suis toujours prêt à prendre de nouvelles initiatives, à ne jamais me rendre dans le combat qu'il faut mener pour maintenir vivante cette maison et cette forme d'art. Quant au moment le plus difficile… ils sont trop nombreux ! Un jour, alors que nous étions en train de monter sa monumentale production du *Ring*, Robert Lepage m'a dit : « Les problèmes sont mes amis. » Je pense que c'est une bonne devise. ∎

● behind the scenes

# Where is the Met Headed?

Like all opera houses, the **New York Metropolitan Opera** is facing enormous challenges, which its manager, Peter Gelb, is methodically working to overcome. And he has a few strong convictions that he was kind enough to share with us.

BY EMMANUEL DUPUY

At the beginning of the year, the Metropolitan Opera again had to dip into its reserve fund for tens of millions of dollars to shore up its financial fragility. The endowment is by no means there to be plundered, but rather to be used in times of crisis instead of going bankrupt," explained General Manager Peter Gelb, who also expressed his satisfaction with attendance figures, which were back to 73% this season, a ten-point increase over the previous one. Will the bold gamble on the many contemporary operas scheduled pay off? After a pandemic and a period of very high inflation, how is the Met doing?

**Peter Gelb:** Artistically speaking, the Met is doing very well, but economically, the situation is still tight. Even before the pandemic, we were facing considerable financial challenges, which were exacerbated by the public health crisis. During that time, our attendee profile changed and the oldest ones haven't returned. The Met also suffered from the decline in movie attendance, which also affected the live broadcasts of our performances worldwide. But we're trying to overcome these challenges through various measures. We're trying to be more efficient by featuring fewer different titles at the Met, eighteen compared to twenty-three or twenty-four previously.

Above all, we're now scheduling more contemporary works than any other theater in the world - four out of six new productions in 2024-2025, in addition to pairing the way for the future of opera, these new titles allow us to attract young audiences who have never set foot in the Met before. As a result, we're almost back to pre-COVID attendance levels. As for the movie theaters, recovery is slower, especially in Europe, where audiences are less familiar with our contemporary operas. This has forced us to be more conservative in terms of our in-theater broadcasts; next year, they will be less representative of our Lincoln Center season.

**Peter Gelb, head of the largest live entertainment company in the United States since 2006.**

**What criteria do you use to choose these contemporary operas? Don't attendance requirements exclude the most innovative musical languages?**

**P.G.:** I choose these works myself, in collaboration with Yannick Nézet-Séguin, who, among all the great conductors holding positions as musical directors at opera houses, is the only one who is as convinced as I am of the need to renew the repertoire. Our fundamental philosophy is that these contemporary operas must be able to reach the audience both emotionally and intellectually. I have nothing against anyone who writes more for intellect than for emotion, but they belong more in experimental spaces than at the Met, where we have 3,800 seats to fill. Why wouldn't today's composers be interested in success, just as Mozart, Verdi, Wagner, and Puccini were in their day? This doesn't exclude Europeans: for example, we've scheduled Kaija Saariaho's *Lacy* from *Afar*, and her latest opera, *Innocence*, will be coming soon. The works we commission and present must have a lasting impact on the future of opera houses in the world. Yet today, attendance at contemporary operas at the Met is higher than for revivals of the traditional repertoire. It's admittedly easier to attract attention with something new. And now, renowned singers such as Renée Fleming and Joyce DiDonato, who are aware of the importance of this approach, are eager to be included in these works.

**Of the four new operas you're presenting next season, only one will be broadcast in movie theaters, Jeanine Tesori's *Grounded*. What would you like to say to French audiences to encourage them to discover this work?**

**P.G.:** Jeanine Tesori is a highly talented composer who has written for both Broadway and opera. She's very comfortable with large-scale works, for which she creates her own orchestrations. *Grounded* is an emotional journey, which prevents her from giving up what she loves, namely flying. An F16. She's sent to a secret base near Las Vegas where she remotely controls a drone with which she is to strike targets in the Middle East.

Little by little, she loses her connection with reality and commits a treasonous act by refusing to kill a terrorist and his family, who remind her of her own child. She ends up in prison, awaiting her trial. It's a powerful story, a story for our times, about femininity, motherhood, war and its horrors, and the world we live in.

**Would you say that opera should take on a political role?**

## A season on the screens

No need to cross the Atlantic to enjoy the Met's productions. In 2024-2025, eight titles will be broadcast live in movie theaters throughout France (list of theaters at **Emeil Invalid hyperlink referenced**). The season will begin and end with two productions by Bartlett Sheil that will delight fans of traditional staging: *The Tales of Hoffmann*, featuring the brilliant Benjamin Bernheim, and *The Barber of Seville*, with a high-quality cast. In between, the contemporary event will be *Grounded* by Jeanine Tesori (born in 1961), championed by the company's music director Yannick Nézet-Séguin, with mezzo soprano Emily D'Angelo in the lead role, and in a high-tech production by Michael Mayer using numerous LED screens.

**P.G.:** Absolutely. We've commissioned a work from Ukrainian composer Maxim Kolomiiets about the women in his country, those mothers who heroically went to war to get back their children who had been kidnapped by the Russians - on the orders of Putin and Maria Lvova-Belova, the person responsible for these abductions, who have been accused of war crimes. This story needs to be told in

**The facade of the theater, which opened in 1966, in the Lincoln Center.**

**P.G.:** Other highlights include new productions of *Aida* and *Salome*, both with Nézet-Séguin continuing in his role. Verdi's Egyptian tragedy will also be directed by Michael Mayer, with Angel Blue and Piotr Beczala in the leading roles. Claus Guth has signed on as director for Strauss's biblical masterpiece, with Elza Van den Heever performing the lead role. In New York, as elsewhere, the profession of conductor is gaining in feminine representation, with three revivals now being conducted by women: *Tosca* by Xian Chang, *Fidelio* by Susanna Mälkki (both with the great Lise Davidsen), and the *Marriage of Figaro* by Joana Mallwitz (with our very own Marianne Crebassa as Cherubino).



● **behind the scenes**



© PAOLA KUDACKI / MET OPERA (please check original source)

an artistic form that will give it a different meaning and scope than newspaper articles. It's my hope that this opera will premiere in 2027-2028 at the Met and in a European theater the previous season. You can't get any more political than that!

**Talking about Ukraine leads me to bring up the topic of Russian artists. The Met's stance on this issue is sometimes met with incomprehension in Europe. Anna Netrebko, who is no longer invited to New York, is still invited to Paris, Vienna, Milan... Are we too naïve?**
**P.G.:** The Met has always been consistent: from the beginning of the invasion, we have taken a strong stance and we're sticking to it. Speaking of Netrebko, as someone who spent a lot of time with her during the seasons when she was at the Met more than anywhere else, I am very familiar with her opinion of Putin and the war. When I gave her an ultimatum, she clearly told me:

"I support my country." But the Met supports Ukraine, so we have cut ties with the Bolshoi and any organization supported by Putin. However, Russian artists are welcome at the Met, as long as they don't publicly speak out in favor of Putin. Netrebko has filed lawsuits against the Met, and against me personally. But I believe this action has no chance of succeeding and that she will lose.

**We were talking about economic difficulties: in a country where there are no public subsidies, can you always count on patronage?**
**P.G.:** It's not entirely accurate to say that there's no public support, because the federal government does allocate the profit from certain taxes to philanthropic organizations.

Mezzo-soprano Emily d'Angelo, in the lead role of *Grounded*, the opera by Jeanine Tesori (born in 1961) which will be performed next season and broadcast in movie theaters worldwide.

One of the major problems in the United States is the ever-increasing inequality. The super-rich accumulate billions, but they don't support the arts because they don't see the importance of doing so. Convincing them is therefore the real challenge.

**You've been at the helm of the Met for eighteen years now. Since 2006, what achievement are you most proud of? And what was the worst challenge you've faced?**
**P.G.:** My greatest source of pride is having succeeded in conveying the message that opera cannot have a future without change. These days, I'm always ready to take new initiatives, to never give up on the fight to keep this opera house and this art form alive. As for the most difficult moment... there are too many to count! One day, while we were putting together his monumental production of the *Ring*, Robert Lepage said to me: "Problems are my friends." I think that's a good motto. ∎



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Diapason - Ou va le Met**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Jacqueline Yorke

Sworn to before me this
September 29, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public