# Exhibit B

# Anna Netrebko, Shunned in U.S. Over Putin Support, Will Sing in Palm Beach

The star soprano, who lost work at American opera companies after Russia invaded Ukraine, will sing at a gala for Palm Beach Opera, her first American engagement since 2019.

 Listen to this article · 4:09 min   Learn more

 By Javier C. Hernández

July 31, 2024

Since the Russian invasion of Ukraine, the superstar soprano Anna Netrebko has been persona non grata at cultural institutions in the United States, shunned for her past support of Russia's president, Vladimir V. Putin.

But in February, Ms. Netrebko will make her first appearance in the United States since 2019: She will perform in Florida at a gala concert at the Breakers Palm Beach hotel to benefit Palm Beach Opera, the company announced on Wednesday.

Ms. Netrebko, one of the biggest stars in classical music, has in recent months returned to many top concert halls and opera houses in Paris, Milan, Berlin and elsewhere in Europe, prompting some protests but also winning ovations and strong reviews.

But most American institutions, including the Metropolitan Opera, where she reigned as a prima donna for two decades, have continued to refuse to engage her because of her past support for Mr. Putin and her unwillingness to criticize him now. Her last performance in the United States was before the pandemic, when she headlined a gala New Year's Eve performance at the Met Opera.

In a statement, Ms. Netrebko said she was looking forward to singing in Florida.

"I am honored to be lending my voice to the Palm Beach Opera's annual gala," she said. "I am excited to spend time in this beautiful community."

> **Want to stay updated on what's happening in Russia, Ukraine and Florida?** Sign up for Your Places: Global Update, and we'll send our latest coverage to your inbox.

James Barbato, who leads the Palm Beach Opera, said in a statement that Ms. Netrebko was "more than a great artist with a magnetic stage presence and a voice of breathtaking beauty and power."

"She is a cultural icon," he said, "and her long-awaited return to the U.S. is not to be missed."

Since the invasion Ms. Netrebko has said in a statement that she condemns the war in Ukraine, but she has refrained from explicitly criticizing Mr. Putin, and she has not spoken in depth about her previous record of support for him.

Some arts leaders criticized the Palm Beach Opera's decision to hire her. Peter Gelb, general manager of the Metropolitan Opera, who severed the company's ties with Ms. Netrebko two years ago, citing her "close association with Putin," said Palm Beach had made an "unfortunate decision." He said he felt that Ms. Netrebko had made a "disingenuous effort to distance herself from the Russian war effort."

Ms. Netrebko protested the Met's action, filing a complaint last year through the American Guild of Musical Artists, the union representing opera performers. An arbitrator in that dispute ordered the Met to pay her more than $200,000 for 13 canceled performances.

Ms. Netrebko continued her fight, suing the Met last year and seeking at least $360,000. In her complaint, she accused the company of discriminating against her because she is Russian; of issuing "defamatory" statements about her in the press;

and of breaching contracts by not paying her for some lost work. (The Met has disputed her claims.)

Miguel Esteban, Ms. Netrebko's manager, rejected Mr. Gelb's criticisms, providing a 28-page "fact sheet" containing her previous comments and social media posts about the war, along with responses to her critics. He said Ms. Netrebko had not returned to Russia since the invasion.

Will she ever return to the Met?

Mr. Gelb said that "she can a sing a recital at the Met tomorrow if it was to benefit Ukraine."

Mr. Esteban wrote in an email that "Anna Netrebko will be happy to consider an invitation to return to the Metropolitan Opera — after the departure of its current general director."

Ms. Netrebko has garnered attention recently for personal reasons. She recently separated from her husband, the tenor Yusif Eyvazov, with whom she frequently performed.

"After 10 happy years together, we have made the difficult but amicable decision to separate," the couple said in a joint statement last month. Ms. Netrebko and Mr. Eyvazov said they would remain "wonderful friends" and continue to work together.

**Javier C. Hernández** reports on classical music, opera and dance in New York City and beyond.

A version of this article appears in print on  , Section C, Page 3 of the New York edition with the headline: Netrebko to Sing in U.S., a First Since 2019