# Exhibit E



Kultur › Musik   International   Inland   Wirtschaft   Web   Sport   Panorama   Etat   Wissenschaft   Lifestyle   Diskurs   mehr...

POLITIK UND MUSIK

# Met-Chef: "Gergiev ist eine Art künstlerischer Stellvertreter Putins"

Der Direktor der Metropolitan Opera New York Peter Gelb kritisiert den Plan, den Dirigenten und Putin-Protegé Valery Gergiev in Italien auftreten zu lassen

Ljubiša Tošić
13. Juli 2025, 19:14

56 Postings    Später lesen



Peter Gelb, Direktor der Metropolitan Opera in New York, hält die Einladung Gergievs für einen großen Fehler. Auch mit Anna Netrebko ist er in Konflikt geraten.
Paola Kudacki

Seit dem Angriffskrieg Russlands gegen die Ukraine wird darüber debattiert, wie mit russischen Künstlern und Künstlerinnen und deren Haltung zur Putin-Diktatur umzugehen wäre. Am ambivalentesten diskutiert wurde die

Rolle von Dirigent Teodor Currentzis, der sowohl in Russland als auch teilweise im Westen hofiert wird. Currentzis schweigt beharrlich oder redet nur darüber, warum er das Recht habe zu schweigen. Anders Sopranistin Anna Netrebko. Zunächst in Deckung, hat sie den Krieg schließlich verurteilt. Danach konnte sie wieder mit Engagements rechnen.

Eindeutig war bis vor kurzem der Fall des Putin-Protegés und Dirigenten Valery Gergiev. Er verlor Engagements wie Posten und zog sich nach Russland zurück. Nun geriet er in die Schlagzeilen, da er eingeladen wurde, demnächst beim italienischen Festival Un'Estate da Re zu dirigieren. Er hat den Krieg nicht nur nie verurteilt. Gergiev ist mittlerweile in Russland mit zusätzlicher Macht ausgestattet worden.

Einer der konsequentesten Opernintendanten, was den Umgang mit Russland anbelangt, der Direktor der New Yorker Metropolitan Opera Peter Gelb, hält das für einen großen Fehler. Gegenüber dem STANDARD meint er, "in der Stunde der größten Not der Ukraine" untergrabe diese Einladung "an Putins wichtigsten Kulturvertreter, die von ukrainischen Verbündeten versprochene Solidarität". Es sei schwer vorstellbar, "dass Ministerpräsidentin Giorgia Meloni das Konzert nicht absagen wird, sobald ihr klar wird, was eine Einladung an Gergiev wirklich bedeutet. Gergiev ist eine Art künstlerischer Stellvertreter Putins."



Valery Gergiev, Chef des Mariinsky-Theaters und des Bolschoi. Demnächst in Italien?
AFP/ALEXANDER NEMENOV

Gelb definiert seine Haltung so: "Wir möchten Putin canceln, nicht Puschkin! Wir glauben nicht, dass russische Kunstschaffende Putins kriminellen Handlungen zum Opfer fallen sollten." Mit jenen, "die Putin offiziell unterstützen", könne es jedoch keinen "kulturellen Austausch geben. Mit 'kulturellem Austausch' wird ja das Engagement von Gergiev offenbar begründet." Entweder sei die zuständige Beamtenschaft "extrem naiv oder gefährlich unaufrichtig", findet Gelb.

Die Metropolitan Opera, so Gelb, "führt weiterhin russische Opern auf und präsentiert russische Künstler", aber nicht etwa Anna Netrebko. Gelb beendete die Zusammenarbeit, Netrebko zog vor Gericht, die Auseinandersetzung beschäftigt weiter Rechtsanwälte: "Aus meiner Sicht verurteilte sie den Krieg aus reiner Zweckmäßigkeit und erst, nachdem die Met sie entlassen hatte. Ich glaube, es gibt zahlreiche Beispiele für ihre Sympathie gegenüber Putin und seiner Ideologie", so der Met-Chef.

## Keine sanfte Debatte

Er findet nicht, dass er zu rigoros urteilt. "Wenn die gesamte Ukraine belagert wird, sich die Autokratie weltweit ausbreitet und die grundlegenden Prinzipien der Demokratie so stark bedroht sind wie seit dem Zweiten Weltkrieg nicht mehr, ist dies nicht der richtige Zeitpunkt für sanfte Debatten", so Gelb und legt nach: "Jetzt, dreieinhalb Jahre nach dieser brutalen Invasion, könnten manche darüber nachdenken, Russland zu verlassen, wie dies viele bereits getan haben."

Gelb befindet, auf seine eigene Rolle bezogen, "nur für das zu kämpfen, was ich für richtig halte". Und Putins künstlerischem Verbündeten "zu erlauben, ein Konzert in Italien zu geben, während Putin Nacht für Nacht unschuldige Zivilisten bombardiert und tötet, ist eindeutig nicht richtig". (Ljubiša Tošić, 13.7.2025)

---

**Mehr zum Thema:**

Putin-Protegé Valery Gergiev soll in Italien dirigieren [https://www.derstandard.at/story/3000000278533/putin-protege-valery-gergiev-soll-in-italien-dirigieren]

Gergiev verliert Chefposten und zahlreiche Engagements [https://www.derstandard.at/story/2000133737908/gergiev-wird-als-chefdirigent-der-muenchner-philharmoniker-entlassen]

"Hexenjagd": Bachler findet Gergiev-Entlassung "ganz unmöglich" [https://www.derstandard.at/story/2000134200634/hexenjagd-bachler-findet-gergiev-entlassung-ganz-unmoeglich]

---

**Wie finden Sie den Artikel?** 26 Reaktionen

| 13 ♡ | 7 informativ | 1 hilfreich | 3 berührend | 2 unterhaltsam |

---

## Österreich braucht eine starke liberale Stimme!



„Seit etwas über 50 Jahren arbeite ich als Journalist. Dabei war mir immer wichtig, dass es in Österreichs konservativer und stark vom Boulevard geprägter Medienlandschaft eine liberale und seriöse Stimme gibt. Mit der Gründung des STANDARD wurde endlich auch in Österreich eine liberale und weltoffene Tageszeitung etabliert.

Ich glaube, dass DER STANDARD wichtiger ist denn je zuvor. **Gerade jetzt, wo überall der autoritäre Rechtspopulismus vorrückt.** Österreich neigt etwas zum autoritären Denken, umso mehr brauchen die vielen liberal und weltoffen denkenden Bürger eine starke Stimme."

**Unterstützen Sie den STANDARD! Ihr Beitrag stärkt eine unabhängige und seriöse Stimme in Österreichs Medienlandschaft!**

Jetzt unterstützen 

**Zehntausende Israelis protestierten für Ende des Gaza-Kriegs**



AFP

© STANDARD Verlagsgesellschaft m.b.H. 2025

Alle Rechte vorbehalten. Nutzung ausschließlich für den privaten Eigenbedarf.
Eine Weiterverwendung und Reproduktion über den persönlichen Gebrauch hinaus ist nicht gestattet.

| Culture >Music | International | Domestic | Economics | Web | Sports | Panorama | Budget | Science | Lifestyle | Discourse | more... |

**POLITICS AND MUSIC**

# General Manager of the Met: "Gergiev is a kind of artistic representative of Putin"

The General Manager of the Metropolitan Opera in New York, Peter Gelb, criticizes the plan to have the conductor and Putin protégé Valery Gergiev perform in Italy.

**Ljubiša Tošić**
July 13, 2025, 07:14 p.m.

[icon] **56 posts** [icon] **Read later**



Peter Gelb, General Manager of the Metropolitan Opera in New York, thinks Gergiev's invitation is a huge mistake. He has also had an issue with Anna Netrebko.
Paola Kudacki

Since Russia's war of aggression against Ukraine, there has been debate about how to deal with Russian artists and their attitude toward the Putin dictatorship. The most ambivalently discussed role was that of conductor Teodor

Currentzis, who is courted both in Russia and partly in the West. Currentzis remains persistently silent or only talks about why he has the right to remain silent. Unlike soprano Anna Netrebko. Initially taking cover, she finally condemned the war. After that, she could again count on getting engagements.

Until recently, the case of Putin protégé and conductor Valery Gergiev was clear. He lost engagements and positions and retreated to Russia. Now he's made headlines since he was invited to conduct at the upcoming Italian Festival Un'Estate da Re. Not only has he never condemned the war, but Gergiev has since been given additional power in Russia.

One of the most consistent opera directors in terms of dealing with Russia, the General Manager of the New York Metropolitan Opera, Peter Gelb, considers this to be a huge mistake. He told the STANDARD that "in the hour of Ukraine's greatest hardship," this invitation "of Putin's most important cultural representative undermines the solidarity promised by Ukrainian allies." It is difficult to imagine that Prime Minister Giorgia Meloni will not cancel the concert once she realizes what an invitation of Gergiev really means. "Gergiev is a kind of artistic representative of Putin"



**Valery Gergiev, General Director of both the Mariinsky and the Bolshoi Theater. Coming soon to Italy?**
AFP/ALEXANDER NEMENOV

Gelb defines his position as follows: "We want to cancel Putin, not Pushkin! We don't think Russian artists should fall victim to Putin's criminal acts." However, "cultural exchange" is out of the question with those who "officially support Putin". "Gergiev's engagement is apparently justified with 'cultural exchange'." Gelb believes that the responsible officials are "extremely naive or dangerously insincere."

The Metropolitan Opera, says Gelb, "continues to perform Russian opera and to present Russian artists," but not Anna Netrebko. Gelb ended the collaboration, Netrebko went to court, and the dispute continues to occupy attorneys: "In my view, she condemned the war purely out of expediency, and only after the Met had dismissed her. I believe there are numerous examples of her sympathy toward Putin and his ideology," the General Manager of the Met said.

## No Gentle Debate

He doesn't think his job is done. "When the entire Ukraine is besieged, autocracy is spreading around the world, and the fundamental principles of democracy are threatened like never before since World War II, this is not the right time for gentle debates," Gelb says, adding: "Now, three and a half years after this brutal invasion, some may consider leaving Russia, as many have already done."

Gelb, referring to his own role, says he is "only fighting for what I believe is right." And "allowing" Putin's artistic allies "to give a concert in Italy, while Putin bombs and kills innocent civilians night after night, is clearly wrong." (Ljubiša Tošić, 07/13/2025)

---

**More on this topic:**

**Putin protégé Valery Gergiev to conduct in Italy** [https://www.derstandard.at/story/3000000278533/putin-protege-valery-gergiev-soll-in-italien-dirigieren]

**Gergiev loses top position and numerous engagements** [https://www.derstandard.at/story/2000133737908/gergiev-wird-als-chefdirigent-der-muenchner-philharmoniker-entlassen]

**"Witch hunt": Bachler finds Gergiev's dismissal "quite appalling"** [https://www.derstandard.at/story/2000134200634/hexenhunt-bachler-findet-gergiev-entlassung-ganz-unmoeglich]

---

**What do you think of the article?** 26 responses

| 13 [icon] | 7 informative | 1 helpful | 3 touching | 2 entertaining |

---

### Austria needs a strong liberal voice!



"I've been working as a journalist for a little over 50 years. It was always important to me that there is a liberal and reputable voice in Austria's conservative and highly tabloid-driven media landscape. With the founding of the STANDARD, a liberal and cosmopolitan daily newspaper was finally established in Austria.

I think DER STANDARD is more important than ever. **Particularly these days, when authoritarian right-wing populism is advancing everywhere.** Austria tends toward authoritarian thinking, which is why its many liberal and cosmopolitan citizens need a strong voice."

**Support the STANDARD! Your contribution strengthens an independent and reputable voice in Austria's media landscape!**

Support Now [icon]

**Tens of thousands of Israelis protested to end the War in Gaza**
DER STANDARD

1 : 56

*watch on*

AFP

© STANDARD Verlagsgesellschaft m.b.H. 2025

All rights reserved. Use exclusively for private personal use.
Further use and reproduction beyond personal use is not permitted.



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Met-Chef Gergiev ist eine Art kunstlerischer Stellvertreter Putins**" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

_____
Jacqueline Yorke

Sworn to before me this
September 29, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE