# Exhibit G





CONFIDENTIAL CSAM002428



Now all she has to do is call upon Putin to end the war.

So this is not enough?

Sorry - on the other line

Pls call when you can

1. Mar 2022 at 18:21

I am going to the airport now to get to Vienna. I will call you in ca. 45 minutes

OK

2. Mar 2022 at 01:32

Just between us: IF, and that is a big if, I got her to say the following, would it be enough in your opinion?

„I have clearly expressed my opposition to the war against Ukraine since the day it began. I am devastated by the suffering unfolding in front of our eyes. I



CONFIDENTIAL CSAM002429



„I have clearly expressed my opposition to the war against Ukraine since the day it began. I am devastated by the suffering unfolding in front of our eyes. I reiterate here that I strongly condemn this senseless war of aggression and am calling on Russia to end this war right now.

In 2014, I made a donation to the opera house in Donetsk and was (naively) used by separatist leaders for their cause. I have expressed my regret for this in the past. In no way does this past event mean that I am supporting this war. I am unequivocally against it.

Over the past two decades, I have received accolades and recognitions from my homeland, sometimes bestowed on me by President Putin. I am proud to have been recognized by Russia, my home, that way. I love Russia and its people and want to express my support for the Russian people in this dark hour. They did not choose this war.



CONFIDENTIAL CSAM002430



> and its people and want to express my support for the Russian people in this dark hour. They did not choose this war.
>
> But with the invasion of (war against) Ukraine, a line has been crossed and I can no longer support President Putin. His actions in Ukraine have broken international law, they are horrifying and inexcusable. They must stop now and, again, I am calling on him to end this senseless war."

> I guess I have one more shot at this and you are really the only one I can ask

Yes, Judith. If she made this statement, that would definitely do it! Toi, toi, toi! All best, Peter

2. Mar 2022 at 05:04

I should add that if Anna agrees to make this statement, she has to really own it — with no further equivocating.



CONFIDENTIAL CSAM002431



CONFIDENTIAL CSAM002432



2. Mar 2022 at 12:08

Would this work (very much in theory):

„I have clearly expressed my opposition to the war against Ukraine since the day it began. I am devastated by the suffering unfolding in front of our eyes. I reiterate here that I strongly condemn this senseless war of aggression:

In 2014, I made a donation to the opera house in Donetsk and was (naively) used by separatist leaders for their cause. I have expressed my regret for this in the past. In no way does this past event mean that I am supporting this war. I am unequivocally against it.

Over the past two decades, I have received accolades and recognitions from my homeland, sometimes bestowed on me by President Putin. I am proud to have been recognized by Russia,



CONFIDENTIAL CSAM002433



> received accolades and recognitions from my homeland, sometimes bestowed on me by President Putin. I am proud to have been recognized by Russia, my home, that way. I love Russia and its people and want to express my support for the Russian people in this dark hour. They did not choose this war.
>
> But with the invasion of Ukraine, a line has been crossed. I cannot support President Putin in his actions and am begging him to stop this senseless war."

Your earlier statement was stronger when it came to Putin. This is not clear enough. She should not be begging Putin.

The Met is prepared to support and defend her, but Putin is killing innocent Ukrainians and she must unilaterally condemn him for this to work.

Got it. Keep you posted



> Got it. Keep you posted

> Thanks. If she says the right thing, and sticks with it, I will publicly come to her defense.

2. Mar 2022 at 13:44

> She will not make a statement. She is too scared. What is your timeline?

> In that case she should withdraw now so that I don't have to fire her. There is added pressure on the Met to find a replacement because of the HD broadcast.

> Okay. We have a day or two? To get all our ducks in a row

> Let's agree that she withdraws by end of the day tomorrow. The situation in Ukraine is getting much worse by the hour. I just don't understand why she is committing professional suicide. That's what she should be scared of — not Putin.

> I know



CONFIDENTIAL CSAM002435