# Exhibit H

**From:** Neuhoff, Judith [Judith.Neuhoff@umusic.com]
**Sent:** 3/1/2022 2:04:01 PM
**To:** Gelb, Peter [pgelb@metopera.org]
**Subject:** Re: message for Anna

**Flag:** Follow up

She has deleted all posts since last week and set her account to private.

Judith Neuhoff
Managing Director
CSAM GmbH
www.centrestagemanagement.com


Am 01.03.2022 um 18:58 schrieb Gelb, Peter <PGelb@metopera.org>:

I was just told that Anna had deleted her most recent anti-war message...

**From:** Gelb, Peter
**Sent:** Tuesday, March 1, 2022 1:48 PM
**To:** Neuhoff, Judith <Judith.Neuhoff@umusic.com>
**Subject:** message for Anna

Dear Judith,

As discussed, I think Anna knows how much I admire her artistry and our relationship over the past 16 years – an artistic partnership that has brought glory to the Met and provided Anna with an opportunity to reach millions of her fans around the world. I appreciate her most recent message denouncing the war, but it doesn't go far enough. Because Anna is perceived as being so closely aligned with Putin, it's really necessary that she publicly separate herself from him in order for her to be able to sing at the Met. Otherwise, she would be greeted with protests and I will not be in a position to defend her. Right now, Putin is surrounding Kiev and is threatening to destroy the city. The Putin who Anna has been so close to is not the same man today, now seemingly determined to destroy thousands of innocent lives. It needs to be clear to the public that not only is Anna against the war, but that she is against the person who is waging it. I sincerely hope that Anna will make the right decision. It will be very sad for us all if she weren't to sing at the Met again.

Best wishes,

Peter