# Exhibit I

| | |
|---|---|
| From: | Gelb, Peter [/O=METROPOLITAN OPERA ASSOCIATION/OU=METROPOLITANOPERA/CN=RECIPIENTS/CN=PGELB] |
| Sent: | 3/5/2022 3:05:35 PM |
| To: | 'McGillion, Alice' [amcgillion@rubenstein.com]; Brierley, Gilly [gbrierley@metopera.org] |
| Subject: | RE: cnn clip |

Thanks. I just watched. The problem is that they are misinformed and think Netrebko is innocent. Even though she posted a recent anti-war statement, she is totally behind Putin (which is obvious through the balance of her posts over recent times). This is why the opera-savvy audience, for the most part, knows that what the Met did is correct.

**From:** McGillion, Alice
**Sent:** Saturday, March 5, 2022 2:38 PM
**To:** Gelb, Peter <PGelb@metopera.org>; Brierley, Gilly <GBrierley@metopera.org>
**Subject:** cnn clip

Please see below for CNN clip.

*CNN Smerconish*

March 5, 2022

https://app.criticalmention.com/app/#clip/view/ae0d3ab0-3b65-47a1-9f9b-e642fb11da36?token=6b3df8f4-7c58-442c-b55e-ed06403cc15f