CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
ANNA NETREBKO,

        Plaintiff,

vs.                                    Case Number
                                        23-cv-6857
METROPOLITAN OPERA ASSOCIATION,
INC. d/b/a THE METROPOLITAN OPERA
and PETER GELB, in his professional
and individual capacities

        Defendants.
- - - - - - - - - - - - - - - - - - -x


       *   *   *   CONFIDENTIAL   *   *   *


     VIDEO-RECORDED DEPOSITION of MICHAEL HEASTON, taken by Plaintiff at 1177 6th Avenue, New York, New York, on Thursday, October 16, 2025, commencing at 10:27 a.m., before Pamela Grimaldi, a Registered Merit Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York.

Page 31

```
 1   releases, cast change announcements, proofing of
 2   publications, social media, and sharing of
 3   long-range planning.
 4         Q    Okay.  I have some questions about
 5   what you just said.  But before I ask that, who is
 6   the head of the community -- sorry -- the
 7   marketing team?
 8         A    Gillian Brierley.
 9         Q    And does anyone report to
10   Ms. Brierley?
11         A    Yes.
12         Q    Who are those people?
13         A    She has a press director named Jen
14   Luzzo.  Melayna Busca.
15         Q    Who is that?
16         A    Melayna Busca?  Who is she?  She's
17   one of her sort of right-hand managers.  I don't
18   know the specific hierarchy of her org chart.
19         Q    Okay.
20         A    But she has different divisions.
21   Jay Goodwin.  Matt Dobkin.  DiDi Turley.
22         Q    Who is Jay Goodwin?
23         A    He's the head of editorial.
24         Q    What does that mean?
25         A    They oversee publications of The
```

Page 32

1   Met, written materials.
2        Q    All written materials?
3             Oh, sorry.  What do you mean by
4   "publications"?
5        A    Oh.  Text that would appear on the
6   website and in printed calendars, subscription
7   brochures, print materials that are outward-facing
8   to the public.
9        Q    Does that include playbills?
10       A    Yes.  They also will write program
11  notes for the playbill.
12       Q    What are "program notes"?
13       A    Program notes appear in a printed
14  playbill, and they provide historical context
15  about the opera, when it was written, the world
16  circumstances surrounding it, information about
17  the composer and librettist.  And perhaps
18  references to previous Met performances or
19  productions of a given opera.
20       Q    Do the playbills include a letter
21  from Peter Gelb?
22       A    I don't recall.
23       Q    And who is Matt Dobkin?
24       A    He now has a new title as a
25  consultant.  But he was head of creative content.

Page 33

```
 1         Q     What does that mean?
 2         A     Oftentimes thinking about photo
 3  shoots for new productions, layouts for season
 4  brochures, thinking of opportunities to have
 5  artists that are in leading roles promote the
 6  operas for marketing purposes.
 7         Q     Is there anyone else on
 8  Ms. Brierley's team that you haven't mentioned?
 9         A     Jenna Grein.
10         Q     Who is that?
11         A     She is the director of house
12  management.
13         Q     What does that mean?
14         A     She handles the staff that oversees
15  the front and the back of the opera house, ranging
16  from ushers to cleaners to security.
17         Q     And that team reports to
18  Ms. Brierley?
19         A     Yes.
20         Q     Is it considered part of marketing?
21         A     Her whole title is marketing and
22  communications.
23         Q     Oh, okay.
24         A     And they are interfacing with our
25  staff and communicating with patrons from the
```

CONFIDENTIAL

Page 34

```
 1   house.
 2        Q    Okay.  Let me go back to the -- some
 3   of the things you mentioned a couple minutes ago.
 4             You mentioned that one of your
 5   responsibilities is reviewing publications.  Is
 6   that right?
 7        A    Uh-huh.
 8        Q    What kind of publications do you
 9   review?
10        A    I review -- in terms of
11   publications, I review the season book, I review
12   the subscription calendar.  I review press
13   releases.  And I also review digital publications.
14        Q    You mentioned "cast change
15   announcements."  To whom are cast change
16   announcements distributed?
17        A    It depends on the size of the role.
18        Q    Okay.  For a large role, for a
19   leading role, who is a cast change announcement
20   distributed to?
21        A    It is distributed both externally
22   and internally.
23        Q    Is Gillian Brierley's role -- sorry.
24   What is Ms. Brierly's title?
25        A    Assistant general manager, marketing
```

Page 35

```
 1   and communications.
 2        Q     Does she report to Peter Gelb
 3   directly?
 4        A     Yes, she does.
 5        Q     Who is Lee Abrahamian?
 6        A     Lee Abrahamian is retired from The
 7   Met.
 8        Q     What was her position previously?
 9        A     I believe it was press director.
10        Q     How long has Ms. Brierley held the
11   position that you just identified?
12        A     I don't know her specific start
13   date.
14        Q     Do you have a -- do you know she
15   held that role in 2022?
16        A     Yes, she did.
17        Q     Okay.  So at least three years?
18        A     Yes.
19        Q     When you said "cast change
20   announcements are distributed externally," what
21   does that mean?
22        A     That means we do a timed
23   announcement for a leading role where my artistic
24   team handles the internal announcement while the
25   marketing and press team has a press statement
```

Page 130

```
 1   Ms. Netrebko had been replaced by a Ukrainian
 2   soprano?
 3              MR. SHILOH:  Could you repeat that
 4         question?  Sorry.
 5              Oh, I have it right here.  Sorry.
 6        A     I'm not sure I can fully answer that
 7   because I'm not in press team meetings, so I don't
 8   know what they discussed.
 9        Q     Are you aware of any conversations
10   about The Met publicizing the fact that
11   Ms. Netrebko had been replaced by a Ukrainian
12   soprano?
13        A     Not that I remember.
14        Q     Are you aware of any ultimate
15   decisions about publicizing the fact that
16   Ms. Netrebko had been replaced by a Ukrainian
17   soprano?
18        A     No, I wasn't informed about any
19   specific decisions about that.
20              (3/3/22 email chain, Bates Number
21         Met0004107, was marked as Heaston
22         Exhibit Number 10 for identification, as
23         of this date.)
24   BY MS. ULMET:
25        Q     I'm going to show you a document
```

CONFIDENTIAL

Page 142

1          Do you know whether The Met wanted
2    to announce the termination of Ms. Netrebko close
3    in time to the invasion of Ukraine?
4          A    No, that was never expressed to me
5    that way.
6          Q    So you weren't involved in
7    conversations about that publicity decision?
8          A    No.  That would have fallen to my
9    colleagues in the press and marketing to talk
10   about that angle of it.
11         Q    Okay.  Which colleagues would have
12   been involved in those decisions?
13         A    This would be, again, conjecture on
14   my part, but it would have made sense for it to
15   involve Gillian Brierley, Lee Abrahamian, and I'm
16   not sure beyond that who else might have -- those
17   two immediately come to mind as making sense to be
18   part of that.
19         Q    Okay.  Why does that make sense?
20         A    Because Gilly is the head of all
21   marketing and comms.  And Lee was the press
22   director, so she would be the one liaising
23   directly with media sources and newspapers and
24   such.
25         Q    Ms. Abrahamian would liaise directly

1  such.  So he didn't necessarily speak about her to
2  me in a way that would elevate her in this sort of
3  way as a symbol.
4         Q    Was it your understanding -- is it
5  your understanding that -- that Gelb viewed
6  Ms. Monastyrska as a symbol of the Ukrainian
7  cause?
8         A    Yes, as I read in this quote here, I
9  think that's what his words are indicating, yes.
10        Q    And is it fair to say that Mr. Gelb
11 understood Ms. Netrebko to be a symbol of the
12 Russian cause that he was opposed to?
13        A    He never really -- he never spoke of
14 her again in that way with me, just as he didn't
15 speak about Liudmyla from the Ukrainian
16 perspective of it.
17             But I think with her being the most
18 prominent Russian singer in the world, that there
19 was a correlation, perhaps.
20        Q    I'm going to show you one more
21 document and then we can all take a break.  I know
22 it's been a while since we've had a break.
23                (5/2/22 email chain, Bates Numbers
24             Met0001936 through -55, was marked as
25             Heaston Exhibit Number 19 for

Page 180

1            identification, as of this date.)
2    BY MS. ULMET:
3        Q    I'm going to mark this document as
4    Heaston Exhibit 19.  This document is
5    Bates-stamped Met0001936.
6             Do you recognize Exhibit 19 as an
7    email from Renata Kapilevich containing The Met
8    opera press clippings from May 2nd, 2022?
9             (Document review.)
10       A    Yes, I do.
11       Q    And I'll turn your attention to the
12   first article in this -- in these press clippings,
13   on the first page of the document with the
14   headline "Ukrainian Diva Replacing Netrebko at The
15   Met Wears Her Country's Flag."
16            Do you recall Ms. Monastyrska being
17   wrapped in a Ukrainian flag for her curtain call
18   at Turandot?
19       A    Yes, I do.
20       Q    And whose idea was that?
21       A    I don't know whose idea that was
22   because it wasn't something that was discussed
23   with me directly.
24       Q    Do you know how -- just thinking
25   through the logistics.  So first of all, how

Page 181

```
 1   was -- do you know how the Ukrainian flag was
 2   obtained for that purpose?
 3        A    No, I don't know how that was
 4   sourced for this moment.
 5        Q    And do you know how it was
 6   communicated to Ms. Monastyrska that the flag
 7   would be provided to her for her curtain call?
 8        A    No, I don't.
 9        Q    Do you know who would have been
10   involved in that, sort of making that happen?
11        A    Not specifically.  It honestly could
12   have been a few different ways that could have
13   happened.
14        Q    Would Peter Gelb have -- do you know
15   if Peter Gelb approved having Liudmyla wrap
16   herself in the flag for the curtain call?
17        A    Yes, yeah, he would have had to
18   approve that.
19        Q    And do you know who else was
20   involved in that process?
21        A    No, I don't.
22        Q    Would the production department have
23   been involved?
24        A    They could be one of the possible
25   because that could fall into a -- either a
```

Page 182

```
 1   costumes or a props area.  So you have -- those
 2   are two separate departments within production, so
 3   either of them would be, like, the departments
 4   that typically would be able to source that.
 5        Q    Uh-huh.  Okay.
 6             And do you know if the press team
 7   was involved in that decision-making?
 8        A    No, I don't know if they
 9   participated in deciding that.
10        Q    Now, given the New York Times
11   headline that the -- that includes a reference to
12   wearing the flag, would the press team have been
13   involved in the publicity about that?
14        A    Yes, they would have been.
15        Q    In what way do you think the -- is
16   it your understanding that they would have been
17   involved?
18        A    They would be able to speak more
19   directly about the specific process.  But they
20   would have, under my assumption, been already
21   communicating with the Times further, having
22   followed the Monastyrska rehearsal footage that
23   was taken that perhaps there was ongoing
24   conversation about more stories.  But that would
25   be something for press or marketing to specify.
```

1        Q    I have a question for you.  The
2   article by Javier Hernandez, is that considered a
3   review or some other sort of article?
4             Oh, I mean the one that we're
5   looking at now, Exhibit 19.
6        A    Oh, sorry.
7             No, we wouldn't consider that a
8   review because there's not commentary about the
9   performers and the performances and criticism of
10  how well they did or didn't do.
11            Oftentimes they will just do
12  different sort of features.  Sometimes that's
13  called Critics Notebook, which is a different
14  thing from just saying review in The Times.  But
15  here, I don't see a delineation up in the line
16  about if it falls into a Critics Notebook or not.
17       Q    Uh-huh.  So this is --
18       A    This also could just be a separate
19  report they wanted to include in the arts section.
20       Q    So this is more in the nature of
21  publicity?
22       A    Yeah, perhaps.  I think that could
23  certainly be one element of it.  I'm not expert in
24  classifying everything the journalists are writing
25  about as in terms of what type of piece it is.

Case 1:23-cv-06857-AT-OTW   Document 129-1   Filed 10/29/25   Page 14 of 15

CONFIDENTIAL

Page 184

```
 1   But I think there is a publicity angle to it.
 2              MS. ULMET:  Okay.  Let's go off the
 3          record.
 4              THE VIDEOGRAPHER:  We are going off
 5          the record at 5:49 p.m.
 6              (Whereupon, a recess was taken
 7          between 5:49 and 5:57 p.m.)
 8              THE VIDEOGRAPHER:  We are now back
 9          on the record at 5:57 p.m.
10   BY MS. ULMET:
11       Q     Mr. Heaston, do you recall a
12   performance of Turandot when there were
13   ambassadors to the UN in attendance?
14       A     Yes.  Vaguely, I do.
15       Q     Do you recall anything about that?
16       A     I believe we had to bring the
17   ambassadors backstage afterwards following the
18   performance to the green room, and perhaps there
19   was a need to light the box that they were in, but
20   I can't remember if that was the case or not.
21       Q     And who were these ambassadors?
22       A     I think the ambassador for Ukraine
23   was there, but I can't remember what other nations
24   might have been represented.
25       Q     And how -- how did the ambassador
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1      A    I remember him just questioning
2   whether he might be pro Putin and Putin's choices
3   and Putin's platform.
4      Q    Okay.  Do you know what the basis
5   was of Mr. Gelb wondering about Mr. Abdrazakov's
6   allegiance to Putin?
7      A    I don't specifically know.  My
8   general sense when Peter would ask about something
9   like that was that perhaps there was his own
10  research or own things he had been looking at.
11     Q    Was there anybody on the staff of
12  The Met that was involved in doing research about
13  artists' allegiance to Putin?
14     A    There was no sort of formal
15  initiative to look up, and certainly not in my
16  department.  It's possible that marketing or press
17  would have had to look into things, especially if
18  external sources had sent us pictures or notices
19  about artists that they would have had to look in
20  and verify.
21     Q    Are you aware of any instances when
22  external sources sent such information concerning
23  any artists' allegiances to Putin?
24     A    Certainly, the photo of Hibla
25  Gerzmava.  And then there is an opera blog called