Page 34

```
 1   house.
 2         Q    Okay.  Let me go back to the -- some
 3   of the things you mentioned a couple minutes ago.
 4              You mentioned that one of your
 5   responsibilities is reviewing publications.  Is
 6   that right?
 7         A    Uh-huh.
 8         Q    What kind of publications do you
 9   review?
10         A    I review -- in terms of
11   publications, I review the season book, I review
12   the subscription calendar.  I review press
13   releases.  And I also review digital publications.
14         Q    You mentioned "cast change
15   announcements."  To whom are cast change
16   announcements distributed?
17         A    It depends on the size of the role.
18         Q    Okay.  For a large role, for a
19   leading role, who is a cast change announcement
20   distributed to?
21         A    It is distributed both externally
22   and internally.
23         Q    Is Gillian Brierley's role -- sorry.
24   What is Ms. Brierly's title?
25         A    Assistant general manager, marketing
```

CONFIDENTIAL

Page 35

```
 1   and communications.
 2        Q    Does she report to Peter Gelb
 3   directly?
 4        A    Yes, she does.
 5        Q    Who is Lee Abrahamian?
 6        A    Lee Abrahamian is retired from The
 7   Met.
 8        Q    What was her position previously?
 9        A    I believe it was press director.
10        Q    How long has Ms. Brierley held the
11   position that you just identified?
12        A    I don't know her specific start
13   date.
14        Q    Do you have a -- do you know she
15   held that role in 2022?
16        A    Yes, she did.
17        Q    Okay.  So at least three years?
18        A    Yes.
19        Q    When you said "cast change
20   announcements are distributed externally," what
21   does that mean?
22        A    That means we do a timed
23   announcement for a leading role where my artistic
24   team handles the internal announcement while the
25   marketing and press team has a press statement
```

CONFIDENTIAL

Page 130

```
 1   Ms. Netrebko had been replaced by a Ukrainian
 2   soprano?
 3              MR. SHILOH:  Could you repeat that
 4          question?  Sorry.
 5              Oh, I have it right here.  Sorry.
 6       A     I'm not sure I can fully answer that
 7   because I'm not in press team meetings, so I don't
 8   know what they discussed.
 9       Q     Are you aware of any conversations
10   about The Met publicizing the fact that
11   Ms. Netrebko had been replaced by a Ukrainian
12   soprano?
13       A     Not that I remember.
14       Q     Are you aware of any ultimate
15   decisions about publicizing the fact that
16   Ms. Netrebko had been replaced by a Ukrainian
17   soprano?
18       A     No, I wasn't informed about any
19   specific decisions about that.
20              (3/3/22 email chain, Bates Number
21          Met0004107, was marked as Heaston
22          Exhibit Number 10 for identification, as
23          of this date.)
24   BY MS. ULMET:
25       Q     I'm going to show you a document
```

CONFIDENTIAL

Page 142

1                 Do you know whether The Met wanted
2    to announce the termination of Ms. Netrebko close
3    in time to the invasion of Ukraine?
4         A    No, that was never expressed to me
5    that way.
6         Q    So you weren't involved in
7    conversations about that publicity decision?
8         A    No.  That would have fallen to my
9    colleagues in the press and marketing to talk
10   about that angle of it.
11        Q    Okay.  Which colleagues would have
12   been involved in those decisions?
13        A    This would be, again, conjecture on
14   my part, but it would have made sense for it to
15   involve Gillian Brierley, Lee Abrahamian, and I'm
16   not sure beyond that who else might have -- those
17   two immediately come to mind as making sense to be
18   part of that.
19        Q    Okay.  Why does that make sense?
20        A    Because Gilly is the head of all
21   marketing and comms.  And Lee was the press
22   director, so she would be the one liaising
23   directly with media sources and newspapers and
24   such.
25        Q    Ms. Abrahamian would liaise directly

Page 143

1    with media sources?
2         A    Yes.
3         Q    And what about Ms. Brierley, what
4    was her role?
5         A    So within our structure the press
6    director, which at that time was Lee, would report
7    to Gilly.  Gilly is that person's supervisor.  So
8    they would be meeting regularly also with Peter
9    about the publicity and marketing and anything
10   press related on a very regular basis.
11        Q    Do you know whether Mr. Gelb liaised
12   directly with the media?
13        A    Related specifically to this
14   announcement?
15        Q    Oh, no.  I mean generally, like you
16   just -- yeah, as --
17        A    Yes.  Mr. Gelb does speak directly
18   to media.
19        Q    Do you have an understanding of
20   the -- on what occasions Mr. Gelb would speak
21   directly to media as opposed to the press director
22   speaking directly to media?
23        A    No.  That's sort of outside my area
24   of -- that I deal with.
25        Q    At the time that Ms. Monastyrska was

Page 180

1          identification, as of this date.)
2     BY MS. ULMET:
3          Q     I'm going to mark this document as
4     Heaston Exhibit 19.  This document is
5     Bates-stamped Met0001936.
6               Do you recognize Exhibit 19 as an
7     email from Renata Kapilevich containing The Met
8     opera press clippings from May 2nd, 2022?
9               (Document review.)
10         A     Yes, I do.
11         Q     And I'll turn your attention to the
12    first article in this -- in these press clippings,
13    on the first page of the document with the
14    headline "Ukrainian Diva Replacing Netrebko at The
15    Met Wears Her Country's Flag."
16              Do you recall Ms. Monastyrska being
17    wrapped in a Ukrainian flag for her curtain call
18    at Turandot?
19         A     Yes, I do.
20         Q     And whose idea was that?
21         A     I don't know whose idea that was
22    because it wasn't something that was discussed
23    with me directly.
24         Q     Do you know how -- just thinking
25    through the logistics.  So first of all, how

Page 181

1  was -- do you know how the Ukrainian flag was
2  obtained for that purpose?
3         A    No, I don't know how that was
4  sourced for this moment.
5         Q    And do you know how it was
6  communicated to Ms. Monastyrska that the flag
7  would be provided to her for her curtain call?
8         A    No, I don't.
9         Q    Do you know who would have been
10 involved in that, sort of making that happen?
11        A    Not specifically.  It honestly could
12 have been a few different ways that could have
13 happened.
14        Q    Would Peter Gelb have -- do you know
15 if Peter Gelb approved having Liudmyla wrap
16 herself in the flag for the curtain call?
17        A    Yes, yeah, he would have had to
18 approve that.
19        Q    And do you know who else was
20 involved in that process?
21        A    No, I don't.
22        Q    Would the production department have
23 been involved?
24        A    They could be one of the possible
25 because that could fall into a -- either a

```
 1   costumes or a props area.  So you have -- those
 2   are two separate departments within production, so
 3   either of them would be, like, the departments
 4   that typically would be able to source that.
 5          Q    Uh-huh.  Okay.
 6               And do you know if the press team
 7   was involved in that decision-making?
 8          A    No, I don't know if they
 9   participated in deciding that.
10          Q    Now, given the New York Times
11   headline that the -- that includes a reference to
12   wearing the flag, would the press team have been
13   involved in the publicity about that?
14          A    Yes, they would have been.
15          Q    In what way do you think the -- is
16   it your understanding that they would have been
17   involved?
18          A    They would be able to speak more
19   directly about the specific process.  But they
20   would have, under my assumption, been already
21   communicating with the Times further, having
22   followed the Monastyrska rehearsal footage that
23   was taken that perhaps there was ongoing
24   conversation about more stories.  But that would
25   be something for press or marketing to specify.
```

CONFIDENTIAL

Page 218

1   A    I remember him just questioning
2  whether he might be pro Putin and Putin's choices
3  and Putin's platform.
4       Q    Okay.  Do you know what the basis
5  was of Mr. Gelb wondering about Mr. Abdrazakov's
6  allegiance to Putin?
7       A    I don't specifically know.  My
8  general sense when Peter would ask about something
9  like that was that perhaps there was his own
10 research or own things he had been looking at.
11      Q    Was there anybody on the staff of
12 The Met that was involved in doing research about
13 artists' allegiance to Putin?
14      A    There was no sort of formal
15 initiative to look up, and certainly not in my
16 department.  It's possible that marketing or press
17 would have had to look into things, especially if
18 external sources had sent us pictures or notices
19 about artists that they would have had to look in
20 and verify.
21      Q    Are you aware of any instances when
22 external sources sent such information concerning
23 any artists' allegiances to Putin?
24      A    Certainly, the photo of Hibla
25 Gerzmava.  And then there is an opera blog called