**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

| | | |
|---|---|---|
| ANNA NETREBKO, | : | Case No. 23-cv-6857 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| METROPOLITAN OPERA ASSOCIATION, INC. d/b/a THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities, | : : : : | **DECLARATION OF JULIE R. ULMET IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| Defendants. | : | |

------------------------------X

I, JULIE R. ULMET, pursuant to 28 U.S.C. § 1746, affirm as follows:

1. I am the principal attorney of The Law Offices of Julie R. Ulmet, co-counsel to Anna Netrebko, the Plaintiff in this action. I am fully familiar with the facts and circumstances recited herein. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Supplemental Complaint filed on September 10, 2025.

2. This Declaration is submitted for the purpose of providing the Court with true and correct copies of certain documents incorporated by reference into the operative Complaint in this case, Second Amended Complaint ("SAC") (Doc. No. 27) and the Supplemental Complaint ("Supp. Compl.) (Doc. No. 118).

3. Annexed hereto as Exhibit A is a true and correct copy of Ms. Netrebko's February 25, 2022 public statement to the media, as published in full in a media publication, which is quoted in paragraph 25 of the SAC.

4. Annexed hereto as Exhibit B is a true and correct copy of Ms. Netrebko's February 26, 2022, public statement, which is quoted in paragraph 27 of the SAC, including a republication by another Twitter user showing the three-part statement together.

5. Annexed hereto as Exhibit C is a true and correct, though partial, copy of Ms. Netrebko's February 26, 2022, repost of Anne-Laure Grizon's Instagram comment, which is referenced in the Arbitrator's Brief (Doc. No. 124-6, p. 24-25).

1

6. Annexed hereto as Exhibit D is a true and correct copy of Defendant Metropolitan Opera's brief to the Arbitrator, which quoted the full text of the document attached hereto as Exhibit C. (Ex. D, p. 6).

7. Annexed hereto as Exhibit E is a true and correct copy of Ms. Netrebko's March 1, 2022, public statement, which is quoted in paragraph 28 of the SAC.

8. Annexed hereto as Exhibit F is a true and correct copy of the Met's March 3, 2022 press release, which is quoted in paragraph 31 of the SAC.

9. Annexed hereto as Exhibit G is a true and correct copy of a *New York Times* article, which is quoted in paragraph 32 of the SAC.

10. Annexed hereto as Exhibit H is a true and correct copy of the certified transcription of Vanessa Thorpe, et al, "The Diva and The Dictator: Opera at War," The Slow Newscast. https://observer.co.uk/listen/the-slow-newscast/the-diva-and-the-dictator-opera-at-war. The Plaintiff engaged TransPerfect – a professional transcription company – to make this transcription.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.

Dated:   October 31, 2025
         New York, NY

                                           /s/ Julie R. Ulmet
                                           Julie R. Ulmet