Case 1:23-cv-06857-AT-OTW    Document 136-1    Filed 11/06/25    Page 1 of 6



FEB 25, 2022

# Anna Netrebko & Yusif Eyvazov Cancel Concert, Release Joint Statement

*By David Salazar*



Anna Netrebko and Yusif Eyvazov have postponed tonight's concert in Denmark and have released a statement regarding the Russian invasion of Ukraine.

In a joint statement the couple said, "In light of current events and due to significant concerns for the safety and security of all involved, we are forced to postpone our concert in Arhus tonight. These are very sad days and we are deeply concerned for the well-being of all people involved. Every war is a terrible tragedy. This is not a time for music but for reflection and prayer. And so we hope and pray for a swift and peaceful resolution."

Netrebko and Eyvazov were set to perform at the Musikhuset Aarhus in a program of music by Verdi, Puccini, Giordano, Dvorak, De Curtis, and Leoncavallo.

The statement comes after Rabih Azad-Ahmad, councilor in Denmark's Aarhus Municipality's culture and citizen service [called for the venue to cancel the concer](#)t, noting that in the past, the soprano has shown support for Russian President Vladimir Putin.





**Categories**       News





By [David Salazar](#)

Prior to creating OperaWire, DAVID SALAZAR, (Editor-in-Chief) worked as a reporter for Latin Post where he interviewed major opera stars, Oscar nominees, Golden Globe winners and film industry giants.

David holds a Masters in Media Management from Fordham University. During his time at Fordham, he studied abroad at the Jagiellonian University in Poland. He also holds a dual bachelor's from Hofstra University in Film Production and Journalism.

# Stories you may also like…





OCT 31, 2025                                                               OCT 31, 2025

The Crossing to Present 'Of Being Numerous'

Cast Change: Wiener Staatsoper Announces Changes for 'Luisa Miller' & 'Falstaff'

## Newsletter

Stay up to date with the latest Opera news, events and releases!

Join Now

## Links

HOME

ABOUT OPERAWIRE

EDITORIAL POLICY

ADVERTISE

JOIN THE TEAM

PRIVACY POLICY

## Social

Facebook

Twitter

Instagram

## Contact

**General Enquiries**
Francisco@operawire.com

OPERAWIRE

**Articles & Press**

David@operawire.com

Opera is thriving. And OperaWire came about as a desire to take in as much of it and allow the passionate fan base access to everything this wondrous art form has to offer on a daily basis.

© Copyright 2025 OperaWire

Site by <u>Lenny's Studio</u>