Post

**Zachary Woolfe**
@zwoolfe

Anna Netrebko, under pressure:



10:10 AM · Feb 26, 2022

19    63    136    13







anna_netrebko_yusi_tiago

I want to add one thing, however: forcing artists, or any public figure, to voice their political opinions in public and to denounce their homeland is not right. This should be a free choice. Like many of my colleagues, I am not a political person. I am not an expert in politics. I am an artist and my purpose is to unite people across political divides.

19    63    136