anna_netrebko_yusi_tiago

As I have said, I am opposed to this senseless war of aggression and I am calling on Russia to end this war right now, to save all of us. We need peace right now.

1,743 likes

View all 182 comments

16 minutes ago