MENU

The Metropolitan Opera

 CALENDAR

# Anna Netrebko withdraws from Met performances this spring

March 3, 2022

Not complying with the Met's condition that she repudiate her public support for Vladimir Putin while he wages war on Ukraine, soprano Anna Netrebko has withdrawn from her upcoming Met performances in Puccini's *Turandot* this April and May, as well as the run of Verdi's *Don Carlo* next season. "It is a great artistic loss for the Met and for opera," said Met General Manager Peter Gelb. "Anna is one of the greatest singers in Met history, but with Putin killing innocent victims in Ukraine, there was no way forward."

SEND A MESSAGE

l    *andot* by

AN000031

☰ MENU                  The Metropolitan Opera                  🗓 CALENDAR

replacement for the role of Elisabeth de Valois
in the 2022–23 performances of *Don Carlo* will
be announced at a later date.

Ukrainian soprano Liudmyla Monastyrska,
who has sung Turandot previously at the
Ukrainian National Opera and at the Bolshoi,
made her Met debut in 2012, singing the title
role in Verdi's *Aida,* which she again sang with
the company in 2014. Her other Met roles
include the title character in
Puccini's *Tosca,* Santuzza in
Mascagni's *Cavalleria Rusticana,* and Abigaille in
Verdi's *Nabucco.* She has also performed widely
at many leading opera houses,
including Milan's La Scala, Royal Opera
House Covent Garden, Bavarian State Opera,
Vienna State Opera, Berlin State
Opera, Barcelona's Gran Theatre del Liceu,
and many others.

The spring run of *Turandot* is conducted by
Marco Armiliato and also stars Yonghoon Lee
as Calàf, Ermonela Jaho as Liù, and Ferruccio
Furlanetto as Timur. The production is by
Franco Zeffirelli.

[                                    3,7,11, and
                SEND A MESSAGE
                                    ansmitted live

AN000032

MENU

The Metropolitan Opera

CALENDAR

EMAIL SIGNUP

TERMS & CONDITIONS    PRIVACY POLICY    OUR DIGITAL ADS    日本語    DINING

ACCESSIBILITY

©2023 The Metropolitan Opera



SEND A MESSAGE

8/30/2023, 5:09 AM

AN000033