The Slow Newscast

The Diva and the Dictator: Opera At War

Season 1, Episode 351

Tuesday, September 2, 2025

JAMES HARDING:  Hello, I'm James Harding, and I edit The Observer.  I just wanted to start by saying thank you for listening to our podcasts.  We really appreciate the fact that you make the time for our journalism, and of course, you can now get so much of what we do in the paper every Sunday.  By subscribing to The Observer in print, you can get our investigations, the coverage of politics, the exploration of ideas: challenging, we hope, interesting, thought-provoking comment, and of course, we're really proud that we take the arts and food and sport and culture as seriously as we do trying to make sense of the news.  We look to go beyond the headlines and tell stories that you simply won't get anywhere else.  You may have heard or read Chloe Hadjimotheo's investigation into the Salt Path?  I hope you listened to John Ungar Thomas's reporting on honey fraud and read about it too in the paper, and of course we have reviews, the latest in film, what's out in the theatre, a brilliant book section,

[00:01:00]

a real interest in dance and music and television, and if you're a fan of food, there's no better place to come than The Observer, Recipes for every occasion from Nigel Slater's kitchen.  So, if you enjoy our podcasts, please do subscribe now to The Observer and get the best of our journalism in print.  Head to observer.co.uk/print, and you can find out more.

ADAM GRANT:  Hi, I'm Adam Grant, host of the podcast WorkLife. Did you know Paylocity offers one platform for HR, finance, and IT? That means innovative solutions, like on-demand payment, which offers

2

1    employees access to wages prior to payday, flexible time tracking

2    features, which enable staff to clock in through their mobile device,

3    numerous other cutting edge integrations are available to all your

4    teams in one single place.  Learn more about how Paylocity can help

5    streamline work

6        [00:02:00]

7        and bring teams together at paylocity.com slash one.

8        RYAN REYNOLDS:  Mint is still $15 a month for premium wireless,

9    and if you haven't made the switch yet, here are 15 reasons why you

10   should.  One, it's $15 a month.  Two, seriously, it's $15 a month.

11   Three, no big contracts.  Four, I use it.  Five, my mom uses it.

12       MRS. REYNOLDS:  Are you playing me off?  That's what's happening,

13   right?  Okay.

14       RYAN REYNOLDS:  Give it a try at mintmobile.com/switch.

15       FEMALE 1:  Upfront payment of $45 for three-month plan, $15 per

16   month equivalent required.  New customer offer: first three months

17   only, then full price plan options available.  Taxes and fees extra.

18   See mintmobile.com.

19       FEMALE 2:  The Observer.

20       VANESSA THORPE:  The singers take the curtain call after another

21   summertime performance at the Royal Opera House.  The performers,

22   singers and dancers alike, bow

23       [00:03:00]

24       to the packed auditorium.  Unremarkable, except one dancer

25   standing at the back unfurls a Palestine flag.

1    JAMES HARDING:  Oh, my God!

2    VANESSA THORPE:  Within seconds, a man in a dark suit tries to

3    rip away the flag, but the dancer, Daniel Perry, stands firm.

4    DANIEL PERRY:  My act of resistance has been called inappropriate

5    by the Royal Opera House.  We are lucky enough to have these platforms

6    that reach huge audiences.  Therefore, I feel we have a responsibility

7    to use them.

8    VANESSA THORPE:  In the weeks after the protest, more than 200

9    Royal Ballet and Opera members signed an open letter criticizing the

10    Royal Opera House's wider stance on Gaza.  Following the letter, the

11    opera company pulled its 2026 performances in Israel, but that's not

12    the only war it's found itself wading into.

13    [00:04:00]

14    JOSEPH KALEA:  I'm ashamed, actually, of the Royal Opera House

15    for considering even inviting her in the time when the war is

16    escalating.

17    VANESSA THORPE:  Because the Royal Opera House has chosen to open

18    its new season with Tosca, starring a female soprano not heard in the

19    UK for several years, a Russian woman, Anna Netrebko.

20    FEMALE 4:  There are really artists who show themselves, prove

21    themselves neutral, but Anna Netrebko is not one of them.

22    VANESSA THORPE:  In the past, she's expressed support for

23    Vladimir Putin, once saying it was impossible to think of a better

24    president for Russia.  Subsequently, since the 2022 full invasion of

25    Ukraine, she's effectively been boycotted by opera houses around the

4

1    world.  That was the case, until the Royal Opera House stepped in, and

2    the man who will be directing her in Tosca

3        [00:05:00]

4        is the same man, Oliver Mears, who tried to tear the Palestine

5    flag from the protesting performer earlier this summer.  So, what does

6    the decision to cast Anna Netrebko in a leading role tell us about the

7    divisions in the world's leading theatres?  I'm Vanessa Thorpe, and

8    you're listening to the Slow Newscast from The Observer.  This week:

9    The Diva and the Dictator, Opera at War.  Puccini's opera, Tosca, is

10   over 100 years old.  I lived for art.  I lived for love.  I never

11   harmed a living soul.  Tosca's most famous aria,

12       [00:06:00]

13       and there's an irony to the words Anna Netrebko will sing,

14   because Tosca is about a singer in Rome at the turn of the 19th

15   century, trapped as Napoleon invades her city.  She wants to keep her

16   art pure but becomes embroiled in a brutal struggle with a dictatorial

17   leader.  The parallels in the lyrics of this famous aria feel, well, if

18   anything, a bit too on the nose.

19       JOSEPH KALEA:  We're talking about Anna, so let's talk about

20   Anna.  I've known Anna for many, many years.

21       VANESSA THORPE:  Joseph Kalea is one of the best tenors in the

22   world, and he's performed with Anna Netrebko many times.

23       JOSEPH KALEA:  I've known her for 20 years.  I think it was The

24   Golden Voice, 20 years ago.

25

1      VANESSA THORPE:  Joseph enjoys an onstage joke or two, and not

2  even opera's greatest stars are protected from it.

3      JOSEPH KALEA:  You remember once [PH] in Bohem in Covent Garden.

4      VANESSA THORPE:  The Royal Opera House is known to those in the

5  industry as Covent Garden.  It's based in the old flower market.

6      [00:07:00]

7      JOSEPH KALEA:  And she was telling me, Joseph, Joseph, I kill

8  you, I kill you.  Why are you telling this?  Joseph, I kill you.

9      VANESSA THORPE:  Luckily, Anna Netrebko was not too cross.  He

10  says that's not surprising.

11      JOSEPH KALEA:  She was always very joyous, gregarious, the

12  charisma that is born and self-taught.  Nobody taught her that.  She

13  was just born with it.

14      VANESSA THORPE:  Listening to Joseph, the picture he builds up is

15  of a woman whose personality is as big as her voice.

16      JOSEPH KALEA:  She is a tenor's nightmare, and I tell you why

17  she's a tenor's nightmare, because she combines beauty of voice with

18  massive volume.  Usually, most of her colleagues have one or the other.

19  She has both, and very, very few people have that kind of volume.

20      VANESSA THORPE:  In some ways, the ultimate diva.

21      JOSEPH KALEA:  Of course, that is very important, but you can

22  refine it, but nobody teaches you that.  You either have it, or you

23  don't, which is why, for the last decades, she has been steadily

24  opera's biggest star by far.

25      [00:08:00]

1       VANESSA THORPE:  This, in a nutshell, is why the Royal Opera

2   House is so keen to cast her in a lead role, why for so many years, the

3   world's biggest opera houses did invite her to play the major roles.

4   She's one of the best.

5       FEMALE 3:You're the first opera singer ever to be put on Time

6   magazine's most influential people list.  You're called the genius of

7   the 21st century.

8       VANESSA THORPE:  Joseph says Anna Netrebko is an artist who lives

9   for art.  She loves opera, and when it isn't opera, it's fashion, never

10  politics.

11      JOSEPH KALEA:  She never, ever expressed, in the last 20 years,

12  anything, or we never discussed, ever, anything political.  When you're

13  with Anna, you talk about shoes, clothes, fashion, or children.  Now

14  I'm not interested in clothes, fashion or shoes, so what we talk is

15  usually about children and food.

16      VANESSA THORPE:  But in Russia,

17      [00:09:00]

18      politics is never too far away.

19      JOSEPH KALEA:  I don't see this terrible, heinous Anna that some

20  are choosing.

21      PETER GELB:  I was in Moscow, working on a co-production,

22  attending the final dress rehearsal of a co-production of Wagner's

23  Lohengrin, which was then going to come to the Met.

24

25

1    VANESSA THORPE:  Peter Gelb, often described as the most powerful

2    man in opera, is the general manager of the New York Metropolitan

3    Opera.

4    PETER GELB:  It's very clear in my case, because I was actually

5    in Moscow two nights before the invasion, working on a cultural

6    exchange between the Bolshoi, the leading opera company in Russia, and

7    the Met.

8    VANESSA THORPE:  He was in Moscow in February 2022.

9    PETER GELB:  I had entered into a three-opera deal.

10    VANESSA THORPE:  And was aware that something new was happening

11    on Russia's western border.

12    PETER GELB:  We were all aware, the Russians as well as myself,

13    who I was dealing with, that the Russian

14    [00:10:00]

15    troops were amassed in Belarus, but everyone said, oh, it's just

16    Putin, just trying to show… he's waving his stick, not realizing that

17    it really was about to happen.

18    VANESSA THORPE:  When he eventually made it home, he saw the

19    full-scale invasion playing out in real time.

20    PETER GELB:  I flew to New York.  As soon as I arrived in New

21    York, the invasion had begun, and I immediately, at that point, for me,

22    that was the line, because I said, you know, what had been an

23    appropriate cultural exchange up until then was… I stopped.

24

25

VANESSA THORPE:  For Peter Gelb, this was personal too.  His wife, Kerri-Lynn Wilson, is half-Ukrainian.  So, disgusted by what he saw, he decided to use the powers he had.

PETER GELB:  I stopped it right there, because that was no longer… you can't have cultural exchange with a country that is trying to kill millions of people.

VANESSA THORPE:  Peter Gelb wasn't alone.  Following the invasion, the Royal Opera House cancelled performances by the

[00:11:00]

Bolshoi Ballet, a Moscow troupe, saying, under current circumstances, it can't go ahead.  A year later, the Royal Opera House organized Songs for Ukraine to mark the anniversary of Russia's invasion, but the invasion hasn't meant a blanket ban on all Russian performers, just some.

PETER GELB:  And I just, you know, stopped it at that point and cut all relations with the Russian government and with any Russian artist who I felt was supporting Putin.

VANESSA THORPE:  And for Anna Netrebko, because of her past, this meant trouble.  When the Winter Olympics were announced for Sochi, Russia, in 2014, Anna Netrebko made it her goal to perform at them.  Sochi is in her home region of Krasnodar, and the Olympics is a global stage.  She stepped out into the stadium to sing the Olympic anthem, as it is traditionally done,

[00:12:00]

1    in the language of the host country.  At this point, Anna

2    Netrebko was at the peak of her powers, and in the stands, watching on,

3    was Vladimir Putin.  Just one month after that Olympic performance,

4    Putin would begin an invasion of Ukraine and the annexation of Crimea,

5    Russia's first war.  After the outbreak of the conflict, Anna Netrebko

6    met with a Ukrainian separatist leader in order to give a donation to

7    an opera house in the annexed territory.  When they met, a picture was

8    taken of the soprano and the separatist leader, holding a separatist

9    flag.  For many, this was Anna Netrebko aligning herself with Putin's

10   invasion, but it doesn't end there.  In 2012, she'd appeared on a list

11        [00:13:00]

12   of celebrities supporting Vladimir Putin's presidential

13   candidacy.  Five years later, she made her comments, saying it was

14   impossible to think of a better president for Russia.  In 2018, four

15   years after Russia annexed part of Ukraine, her name appeared again on

16   a list of people supportive of Vladimir Putin.  These are some of the

17   events that critics point to, to show Anna Netrebko's support for

18   Putin, but her team has a response for them all.  They say she was not

19   aware her name was to appear on any lists.  They say she did not know

20   the person she would meet was a separatist leader, and that the flag

21   was unfurled without her knowledge.  They say her words were taken out

22   of context, but on top of all this, her own musical career, too, is, in

23   some ways, linked back to the Kremlin.  Valery Gergiev is widely seen

24   as Russia's finest conductor and director.  He's also a friend of Putin

25   and is now

[00:14:00]

sanctioned by Western countries, such as Canada.  After a city was destroyed during Russia's 2008 invasion of Georgia, he conducted Shostakovich's 7th Symphony in an open-air concert, with his orchestra against the backdrop of a wrecked parliament building to a crowd of Georgian soldiers, and it was Gergiev who discovered Anna Netrebko's talent and became her mentor.

PETER GELB:  Just to digress for a moment, who threw out the leader of the Bolshoi, Vladimir Yurin, and replaced him with Valery Gergiev, who has been basically his principal cultural henchman for the last 20 years.

VANESSA THORPE:  When Peter Gelb banned performers aligned with Putin, it was men like Valery Gergiev he had in mind.

PETER GELB:  Russia and Putin have used cultural propaganda for years.

VANESSA THORPE:  Travelling to Russia had been a regular occurrence for Peter Gelb, and as a result, he knew the strength of the ties between politics and the arts.  Even his own deal between the Met and the Bolshoi had links to the Kremlin.

[00:15:00]

PETER GELB:  I was aware that Putin had authorized the deal, because the leader of the Bolshoi had told me.

VANESSA THORPE:  That famous Moscow theatre is now run by Valery Gergiev, who replaced a man who would not support Putin's war in

1    Ukraine.  For Gelb, this shows how tightly politics and art run

2    together.

3         PETER GELB:  In Russia, the leaders, you know, literally are

4    appointed by Putin.

5         VANESSA THORPE:  After the invasion, Peter Gelb asked Anna

6    Netrebko to publicly denounce Vladimir Putin.  When she refused, the

7    Met cancelled her upcoming performances.

8         FEMALE 5:  A Russian superstar soprano will no longer perform at

9    the Metropolitan Opera because of her ties to Vladimir Putin.

10         PETER GELB:  Institutions across the West began to follow, and

11    although the soprano has sung at some theatres, since February 2022,

12    opera's biggest star has dimmed, until this year.  The Royal Opera's

13    invitation to sing Tosca in a new production

14         [00:16:00]

15         would have to have been made some time ago.  The diaries of

16    opera's biggest names are fixed years in advance.  There are only a few

17    top singers, a bit like Formula One drivers or top tennis players, but

18    the impact of COVID lockdowns and the imposition of Russian sanctions

19    may well have opened up some windows for the soprano.  Whenever the

20    Royal Opera House did invite her, the management would have been

21    acutely aware of the situation in New York and the legal ramifications

22    for the Met.  Now, so much closer to opening night and with protests

23    planned outside the Opera House to show solidarity with Ukraine, the

24    atmosphere is tense.  British newspapers aren't quite sure where to

25    stand on the issue, with articles in The Guardian, The Spectator, The

1   Telegraph, and The Times all taking different perspectives, and the

2   responsibility for casting Netrebko has become an issue too.  An

3   article published by The Telegraph

4        [00:17:00]

5        last month and since taken down suggested that the decision to

6   cast Anna Netrebko had been taken by Jakob Hrusa, the Royal Opera

7   House's new Czech musical director.  Oliver Mears, according to the

8   article, suggested that no executive was involved.  The Telegraph and

9   the Royal Opera House have not commented when asked why the article was

10  taken down.  Another executive, the Opera House's CEO, Sir Alex Beard,

11  has also explained that its immediate backing of Ukraine after the

12  outbreak of war was aligned with the global consensus, and that now, as

13  the world's geopolitics have become more complex, its stance has

14  changed.  Those still fighting in Ukraine might disagree.  In the week

15  before this podcast was published, airstrikes killed 23 people in Kiev

16  in what was the second biggest Russian aerial attack since the

17  beginning of the war.  When

18        [00:18:00]

19        approached for comment, the Royal Opera House, also known as

20  Covent Garden, said:

21        MALE 5:  Covent Garden has always been a place for audiences to

22  experience the very best talent from around the world.  Every decision

23  about who performs on our stage is made with great care and thoughtful

24  consideration.  Anna Netrebko has made her position clear.

25

13

1    VANESSA THORPE:  Jakob Hrusa, who will conduct Tosca, has said

2    that the decision was based on her talent and the Opera House's need to

3    have an absolutely first-class artistic approach.  He can certainly

4    empathize with the experience of growing up under communist rule, in

5    his case, in a satellite Soviet state.  He knows, he's said, the

6    importance of keeping your head below the parapet.  Given Russia and

7    Putin's reputation for targeting dissidents at home and abroad, is it

8    any wonder if Anna Netrebko has, at times, been careful to say the

9    right thing, and that's not always been aligned with Putin.  When

10   Russia invaded

11       [00:19:00]

12       Ukraine again in 2022, Anna Netrebko was in Moscow.  The night

13   before the full-scale invasion, she and her then-husband, also an opera

14   singer, performed a concert together.  They then went out to celebrate

15   with friends.  When she woke up to learn the news, she began to cancel

16   her shows and release statements.  In a statement the day after the

17   invasion, she said:

18       READER:  These are very sad days, and we are deeply concerned for

19   the well-being of all people involved.  Every war is a terrible

20   tragedy.

21       VANESSA THORPE:  And on Instagram.

22       READER:  I'm opposed to this war.  I'm Russian, and I love my

23   country, but I have many friends in Ukraine, and the pain and suffering

24   right now breaks my heart.  I want this war to end, and for people to

25   be able to live in peace.

14

1    VANESSA THORPE:  In response to her statements, some of her shows

2    in Russia were cancelled, and the chairman of the state, Duma, even

3    questioned her love for the Motherland.  Anna Netrebko had not towed

4    the party line.

5    [00:20:00]

6    She quickly left Russia to her adopted home of Austria, where

7    she's now a citizen, and has yet to return, but then the images of Anna

8    Netrebko with separatist leaders, word of her name on Putin's lists,

9    and of her earlier praise for the president, began to circulate, and

10   the New York Met, led by Peter Gelb, and other institutions cancelled

11   her performances.  She was caught in between.  Anna Netrebko was

12   eventually compensated $200,000, and she's currently in a legal battle

13   with the Met.  In court rulings, it was argued that at least four other

14   Russian artists, who have shown support for Vladimir Putin, have been

15   allowed to continue to perform in New York.  The most prominent of

16   these, Ildar Abdrazakov, continued his relationship with the Met into

17   2023, even though he'd performed at events at which Putin had hailed

18   the war effort as a cleansing of harmful elements within

19   [00:21:00]

20   Russia.  When we asked Peter Gelb about Anna Netrebko and the

21   Met, he refused to be drawn on the specifics.

22   PETER GELB:  I've spoken extensively about my feelings about her,

23   and it's well documented, what I've said about her, and I've also been

24   warned repeatedly by my lawyers to not talk about it, since we're in

25

1    litigation with her, but, you know, I think, in general, you know, if

2    people do the right things, they should be forgiven.

3        VANESSA THORPE:  But some people in the world of opera see Anna

4    Netrebko's point of view.

5        JOSEPH KALEA:  I'm not judging the Met in any way negatively.

6    Peter Gelb is a good friend, I respect him a lot.  I'm sure he has his

7    reasons.

8        VANESSA THORPE:  Joseph Kalaya is against the war, but he doesn't

9    believe Anna Netrebko should be boycotted.

10       JOSEPH KALEA:  I know what I know.  I don't know what went

11   through, you know, between this institution and the artists, but I

12   think not allowing someone with Anna's capability not to sing is, I

13   think, a disservice towards

14       [00:22:00]

15       opera in general, again, with the facts that I know of today.

16       VANESSA THORPE:  Where does he believe the red line should be

17   drawn?

18       JOSEPH KALEA:  If you have someone, you know, who's a predator,

19   who did terrible things, that's different.  You know, what we're

20   talking about here is punishing someone, what I'm talking about, let me

21   be clear, just because of where they come from, right, or just because

22   the president so-and-so happens to be their president.

23       VANESSA THORPE:  In the case of Russian performers, though, some

24   who have publicly distanced themselves from the regime and others

25

1    who've aligned themselves with it, it's not as simple as coming out for

2    or against.  Silence may be the safest tactic.

3        HANNAH BURNER:  This is Hannah Burner from Giggly Squad.  O-Pill

4    is the first over-the-counter daily birth control pill available in the

5    U.S.  Let's be real, getting a birth control prescription

6        [00:23:00]

7        is not always easy, and it's so much admin.  In fact, about a

8    third of women face barriers to access prescription birth control.

9    Between scheduling appointments, missing work, class, or just trying to

10    exist, it's a lot, but now, O-Pill is putting birth control in our

11    control.  O-Pill is a daily birth control that's FDA-approved, full

12    prescription strength, and estrogen-free, and 98% effective when used

13    as directed.  Grab it online, or at most major retailers, no

14    prescription or doctor's appointment needed.  So, if you're thinking

15    about birth control, check out O-Pill to see if it's right for you.

16    Use code GIGGLY for 25% off your first month of O-Pill at O-P-I-L-L

17    dotcom.  That's code GIGGLY at O-P-I-L-L dotcom, birth control in your

18    control.  We love to see it.

19        RYAN REYNOLDS:  Hey, Ryan Reynolds here from Mint Mobile.  Now, I

20    don't know if you've heard, but Mint's premium wireless is $15 a month,

21    but I'd like to offer one other perk.  We have no stores.  That means

22    no small talk.  Crazy weather we're having.  No,

23        [00:24:00]

24        it's not.  It's just weather.  It is an introvert's dream.  Give

25    it a try at MintMobile.com/switch.

17

1    FEMALE 1:  Upfront payment of $45 for 3-month plan, $15 per month

2    equivalent required.  New customer offer, first 3 months only.  Then

3    full price plan options available.  Taxes and fees extra.  See

4    MintMobile.com.

5    VANESSA THORPE:  Aleksandr Malochnikov was rising through the

6    ranks of the Russian cultural system in the 2010s when Anna Netrebko

7    had already made her name.  We spoke to him down a bad telephone line.

8    ALEKSANDR MALOCHNIKOV:  I think that [INDISCERNIBLE] night

9    [INDISCERNIBLE] witnessed was Russian before the war.  I think it was

10   the most extraordinary [PH] open minded a time when nobody would censor

11   theatre.  You could kind of do what you wanted.

12   VANESSA THORPE:  Before the 2022 invasion of Ukraine, Aleksandr

13   Malochnikov could make art without fear of censorship.

14   ALEKSANDR MALOCHNIKOV:  And sort of the climates of success, it

15   kind of was really going good.

16   VANESSA THORPE:  It wasn't

17   [00:25:00]

18   just going well for Aleksandr Malochnikov.  He was one of the

19   most promising young artists in the country.  His ballet, The Seagull,

20   won a Golden Mask Award at the Bolshoi Theatre in 2021.

21

22   ALEKSANDR MALOCHNIKOV:  They just had a ballet at the Bolshoi

23   Theatre that came out [INDISCERNIBLE] TV show, I mean during, like, the

24   first months of the war, became most-watched TV show of the year.

25

18

1    VANESSA THORPE:  He, like Anna Netrebko, was in Russia when the

2    invasion started.  When he saw what was happening on his television

3    screen, he expressed his feelings.

4    ALEKSANDR MALOCHNIKOV:  I also supported Ukraine in my Instagram

5    from day one.  I think I posted a Ukrainian flag, and then I was

6    writing things in support of…

7    VANESSA THORPE:  When he was forced to remove these posts,

8    Aleksandr Malochnikov found new ways to back Ukraine.

9    ALEKSANDR MALOCHNIKOV:  And so, basically any information about

10   the war, including calling it a war, was a risk of getting in prison.

11   So, I did have to put down some posts, and I kind of sound a

12   metaphorical

13       [00:26:00]

14       kind of… you're talking about one thing and actually mean the

15   other.

16   VANESSA THORPE:  In an attempt to stay under the radar, he would

17   speak in metaphors and anecdotes to get his message across, but soon,

18   the Kremlin began to notice.

19   ALEKSANDR MALOCHNIKOV:  And I think end of July, beginning of

20   August, they started a deputy group, that you [INDISCERNIBLE] an

21   appointment that was literally created just to forbid my work.

22   VANESSA THORPE:  They started to ban his work.  Then the threats

23   became more serious.

24   ALEKSANDR MALOCHNIKOV:  Also, I got threats from Wagner Group on

25   Telegram.

19

1      VANESSA THORPE:  That's the mercenary arm of the Kremlin.

2      ALEKSANDR MALOCHNIKOV:  Sent me photos of apartments of my mom

3  and my dad's houses in Moscow and Petersburg.

4      VANESSA THORPE:  The Wagner Group was showing Aleksandr

5  Malochnikov what they might do if he continued to speak out of line,

6  and the threats became so serious that he decided to leave.

7      ALEKSANDR MALOCHNIKOV:  So, that was actually on the day when I

8  was leaving, but it was a nice goodbye from

9      [00:27:00]

10      the Wagner Group.

11      VANESSA THORPE:  And like Anna Netrebko, has not been back since.

12  His story is by no means the only one, but to stand against Putin is to

13  put your life and the lives of your family at risk.  Russia has

14  repeatedly shown it isn't afraid to seek retribution on foreign soil

15  against people it believes are traitors.  For Peter Gelb and The Met,

16  it is clear-cut.  Right from the beginning of the war, they've made

17  public their stance, and for one exiled Ukrainian theatre director who

18  we spoke to, Oksana Taranenko, the issue is painfully real.  Singers

19  she has worked with in opera are now dead or fighting on the front

20  line.  Inside the Royal Opera House, things sound unsettled.  One staff

21  member we spoke to said…

22      MALE 8:  Rehearsals seem to be going well, though the atmosphere

23  isn't comfortable.  There are also chorus extras who think it's pretty

24  atrocious, but they don't sing at the Royal Opera House

25      [00:28:00]

1    often enough to feel they have any say in it, or they're anxious

2    to keep their positions on the extras list.

3    VANESSA THORPE:  But judgement calls are clearly being made, just

4    as they were made when, in 2023, they put on Songs for Ukraine.  The

5    decision to cast Anna Netrebko falls into that space, whether they like

6    it or not.  It's about when you hold an artist responsible, and when

7    you don't, because a week before the curtain goes up on the Opera

8    House's staging of Tosca, just 3 miles away, Peter Gelb also put on a

9    show.  When we spoke to Peter Gelb, he was in final preparations with

10    the Ukrainian Freedom Orchestra before they travelled to perform in the

11    UK.

12    PETER GELB:  It's a demonstration of the importance of Ukrainian

13    art.  I mean, I think, if not for the war, Ukrainian art would not be

14    known as well as it has become known outside of Ukraine.  Each tour of

15    the past four years has included Ukrainian compositions, and this tour

16    is no exception.

17    VANESSA THORPE:  The orchestra

18    [00:29:00]

19    was set up by his wife, a conductor in her own right, to defend

20    Ukraine's cultural legacy in the immediate aftermath of the Russian

21    invasion.  As part of their show, they were to premiere a new song: The

22    Mothers of Herson.

23    PETER GELB:  The program that's being played tonight is the world

24    premiere of [PH] Maxime Kolomyets' orchestral suite from The Mothers of

25    Herson, who, without their menfolk at home, since they were fighting on

21

1    the front lines, and not knowing what to do with their children,

2    particularly teenage daughters, who they were afraid would be raped by

3    Russian soldiers, agreed to have them sent to a summer camp in Crimea,

4    not realizing that it was a trick, that this summer camp, in fact, was

5    an induction center to steal children from Ukrainians, and so, this

6    opera is about this incredible, brave voyage, or trip, odyssey, I

7    should say, that two mothers, in particular, took.

8         VANESSA THORPE:  The orchestra is made up of Ukrainian artists

9         [00:30:00]

10        and the music by a Ukrainian composer.

11        PETER GELB:  And the musicians come partly from inside Ukraine,

12   about half of them come from inside Ukraine, from many of the cities

13   that are suffering nightly bombing attacks.

14        VANESSA THORPE:  And for Peter Gelb, the orchestra is a way of

15   weaponizing culture for positive purposes.

16        PETER GELB:  Art has to play a role, a political role, in

17   demonstrating that it exists as a cornerstone of a civilized and

18   democratic world.  I think it's more important than ever that art be

19   weaponized against these forces that are trying to destroy, you know,

20   our culture and our country.

21        VANESSA THORPE:  The Ukrainian government sees the orchestra in

22   the same light.  It has given musicians involved in the group

23   dispensation to avoid military service, even if they're of fighting

24   age.  One man in the orchestra has a brother fighting on the front

25

1    lines.  For the Ukrainian government, keeping Ukrainian culture alive

2    through music

3        [00:31:00]

4        and song is another key front in the war.  The question about

5    whether art can ever really be kept separate from conflict is now a

6    real one for the Royal Opera as well.  Even if Anna Netrebko is only

7    guilty of being naïve, or of having made comments she now regrets, she

8    remains the reluctant symbol of a regime that is waging a brutal war.

9    The decision to offer her platform in London, however artistically

10   justified, is about to put our response to the tragedy in Ukraine right

11   under the spotlight on Covent Garden stage.  By inviting her to sing

12   while the war still rages, the Royal Opera House is making a statement,

13   while others are debating the morality of choosing this Tosca now,

14   Covent Garden has not yet explained what it means by changing complex

15   geopolitics or the nature of the values it is standing by.  In its

16   silence,

17       [00:32:00]

18       it allows those watching on to fill in the gaps.

19       RYAN REYNOLDS:  Mint is still $15 a month for premium wireless,

20   and if you haven't made the switch yet, here are 15 reasons why you

21   should.  One, It's $15 a month.  Two, seriously, it's $15 a month.

22   Three, No big contracts.  Four, I use it.  Five, My mom uses it.

23       MRS. REYNOLDS:  Are you playing me off?  That's what's happening,

24   right?  Okay.

25       RYAN REYNOLDS:  Give it a try at MintMobile.com/switch.

1       FEMALE 1:  Upfront payment of $45 per three month plan, $15 per

2   month equivalent required.  New customer offer, first three months

3   only.  Then full price plan options available.  Taxes and fees extra.

4   See mintmobile.com.

5       VANESSA THORPE:  Thanks for listening to this episode of The Slow

6   Newscast from The Observer.  This episode was reported by me, Vanessa

7   Thorpe, Nina Curriata, Lauren Crosby-Medleycott,

8       [00:33:00]

9       and Jonathan Lewis, who was the producer.  Artwork by Lola

10  Williams.  The sound design was by Dominic DeLarghi, and the editor was

11  Matt Russell.

12      FEMALE 2:  The Observer.

13      HANNAH BURNER:  This is Hannah Burner from Giggly Squad.  O-Pill

14  is the first over-the-counter daily birth control pill available in the

15  U.S.  Let's be real, getting a birth control prescription is not always

16  easy, and it's so much admin.  In fact, about a third of women face

17  barriers to access prescription birth control.  Between scheduling

18  appointments, missing work, class, or just trying to exist.  It's a

19  lot, but now O-Pill is putting birth control in our control.  O-Pill is

20  a daily birth control that's FDA approved, full prescription strength,

21  and estrogen free, and 98% effective when used as directed.  Grab it

22  online or at most major retailers.  No prescription or doctor's

23  appointment needed.

24      [00:34:00]

25

1    So, if you're thinking about birth control, check out O-Pill to

2    see if it's right for you.  Use code GIGGLY for 25% off your first

3    month of O-Pill at O-P-I-L-L dotcom.  That's code GIGGLY at O-P-I-L-L

4    dotcom.  Birth control in your control.  We love to see it.

5    FEMALE 9:  Dear career ladder, you've had your moment.  You're

6    linear and one-dimensional.  Ambition doesn't just go up anymore.  It

7    zigs and zags and squiggles.  We're CEOs, executives, founders.  We're

8    advising companies, launching side hustles, taking breaks, defining our

9    next act.  Ambition on our terms?  The possibilities are endless.

10   Chief, lead on.  Join us at chief.com

1    I hereby certify that the foregoing is, to the best of my

2  knowledge and belief, a true and accurate transcription from English to

3  English.

4

5       *Anders Nelson*

6       Anders Nelson (Oct 31, 2025 10:11:17 EDT)
       _____

7       Anders Nelson

8       Project Manager

9       TransPerfect Legal Solutions

10

11

12       October 31, 2025

13

14

15

16

17

18

19

20

21

22

23

24

25