Ariadne Panagopoulou
7 World Trade Center, 11th Floor
New York, NY 10007
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1362

December 4, 2025

***By ECF***
Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

Re: *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
Case No. 23-cv-6857

Dear Judge Wang,

We represent Defendants in the above-referenced matter. We write to request a short 4-day extension to file our anticipated motion for an adverse inference.

During the deposition of Plaintiff Anna Netrebko, the parties called the Court with a dispute relating to Plaintiff's counsel directing the Plaintiff not to answer a relevant line of questioning and Plaintiff's refusal to answer said questions. As the Court is aware, three options were proposed and, ultimately, Plaintiff chose the second one. The Court gave Defendants a deadline of December 5 to file "any desired motions" and Plaintiff until December 12 to file any response. Dkt. No. 139.

Plaintiff elected not to answer multiple questions during her deposition. Considering that Plaintiff's deposition was over two days, with each day taking more than 10 hours, and with now having a complete rough transcript to reference, we write requesting an extension to file Defendants' motion on December 9, 2025.

This is Defendants' first request for an extension of this particular deadline. Though we sought Plaintiff's consent for an extension to file our moving brief, the parties were unable to agree to a briefing schedule that would not push the briefing of this motion well into January 2026. Should the Court grant Defendants' application, this would not affect any further deadlines.

We thank the Court for its time and consideration, as well as its immediate attention and assistance during the Plaintiff's deposition.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Honorable Ona T. Wang
December 4, 2025
Page 2

Respectfully submitted,

*Ariadne Panagopoulou*

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

168072279.1