**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANNA NETREBKO,

                    Plaintiff,

        -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

               Defendants.

-------------------------------------------------------------x

        23-cv-6857 (AT) (OTW)

        **ORDER**

        **ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 140, 141, and 145.

Defendants' application for an extension of the deadline to file a motion for an adverse inference to December 9, 2025, (ECF 140), is **GRANTED** *nunc pro tunc*; Plaintiff's application for an extension of her deadline to oppose Defendants' motion to January 7, 2026, (ECF 141), is **GRANTED**. Plaintiff's duplicate motion for an extension at ECF 145 is **DENIED AS MOOT.**

Additionally, it has come to the Court's attention that Defendants have filed the supporting materials for this motion, (ECF Nos. 143 and 144) under seal, but have made no motion to do so. The parties are directed to review Section VI of my Individual Rules and Practices, meet and confer, and then file a <u>joint</u> motion to seal, if desired, before **December 16, 2025**. In their joint motion, the parties are directed to specifically address the Court of Appeals'

opinions in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

The Court of Clerk is respectfully directed to close ECF Nos. 140, 141, and 145.

**SO ORDERED.**

/s/  Ona T. Wang

Dated: December 10, 2025          **Ona T. Wang**
       New York, New York          United States Magistrate Judge

2