**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – X

ANNA NETREBKO,                        :          Case No. 23-cv-6857

               Plaintiff,      :

                v.               :

                       :

METROPOLITAN OPERA ASSOCIATION,   :      **AFFIDAVIT OF DR. LAUREN A.**
INC. d/b/a THE METROPOLITAN OPERA and    **MCCARTHY IN SUPPORT OF**
PETER GELB, in his professional and individual  :    **MOTION TO SEAL**
capacities,                         :

             Defendants.     :

– – – – – – – – – – – – – – – – – – – – – – – – – X

I, DR. LAUREN A. MCCARTHY, pursuant to 28 U.S.C. § 1746, swear and affirm as follows:

1. I am a Professor of Legal Studies and Political Science with the Department of Legal Studies at the University of Massachusetts Amherst.

2. I have been retained as an expert by Anna Netrebko, the Plaintiff in this action. I am fully familiar with the facts and circumstances recited herein. I submit this affidavit in opposition to the Motion for an Adverse Inference and in support of the Cross-Motion for a Protective Order, filed on January 7, 2026.

3. My curriculum vitae is attached hereto as Appendix A. Most pertinent to this case, I am fluent in Russian, and I have published widely on the Russian legal system. My publications include a book with Cornell University Press on the law enforcement system in Russia, and extensive articles in academic and popular press publication outlets on subjects related to Russian laws, law enforcement in Russia, and the Russian government's response to protests and expressions of dissent concerning the Russian invasion of Ukraine. I also work closely with organizations tracking political repression in Russia, in particular OVD-Info, one of the largest organizations focused on human rights abuses in Russia. My current research program focuses directly on repression of anti-war sentiment. Most recently, I co-edited *The Evolution of Repressive Law in Russia*, a book which is under contract with University College London press and is scheduled to be published later this year. I have also written affidavits as a country conditions expert for Russian asylum seekers in 18 cases, several of which have required in-court testimony. In each of these cases DHS and/or the court have recognized me as an expert on Russian law and politics.

4. I was asked by the Plaintiff in this case to provide information related to the topics on which Defendants are seeking adverse inferences against the Plaintiff in this case, namely,

the potential legal consequences in Russia for answering the questions asked by the Defendants (the "Deposition Questions") if the answers were to become known to Russian authorities.  I have reviewed Defendants' Motion for an Adverse Inference and the transcript of the Deposition of Anna Netrebko, Volumes I and II (December 1 and 2, 2025). Based on that review, my knowledge of the topics therein, and additional research conducted in preparation for making this sworn statement, I have concluded that Ms. Netrebko, a Russian citizen, could be charged and prosecuted for crimes in Russia, and/or experience oppression or other undue burdens if she answers the Deposition Questions in a way that reflects negatively on President Putin or Russia's policies on Ukraine – that is, in a way that is favorable to her position in this case.  More detail on each category of questions is provided herein.

5.  In general, the Russian government has proven remarkably adept at using law as a tool of repressive governance. It has used classic techniques of authoritarian law, like vaguely worded and broad laws, in combination with new technologies that allow it vast surveillance reach.  Many laws that were developed and passed for reasonable purposes have morphed into tools of repression, and the state has also passed laws that have clear repressive intent. Using carefully calibrated, step-by-step legal mechanisms to limit opposition activity, police the boundaries of acceptable speech and action, and create a culture of uncertainty in which red lines are rarely clear and constantly shifting, the Russian state has created a web of repression that can entrap both political opponents and ordinary people alike. The application of the laws is both selective and random, creating a generalized sense of unease, self-censorship, and a preference for avoiding political talk.

**A.      Questions Concerning Netrebko's Views on Putin**

6.  The first category of questions for which Defendants seek an adverse inference concern Netrebko's views on President Vladimir Putin. The questions are as follows:

- "In 2023, did you – from now – from 2022, from when you didn't think anything till today, do you still think that President Putin is the best president for Russia?" (Tr., 152:2)
- "In 2022, did you believe that Vladimir Putin was a repressive, autocratic dictator who has zero regard for human rights?" (Tr., 173:6).
- "So sitting here today at this deposition, you're not willing to provide your opinion as to whether the words The Met asked you to state [*i.e.*, that Putin was a murderer] were right or wrong?" (Tr., 241:23)
- "In this statement, the Zurich Opera House is publicly condemning Vladimir Putin and his actions. At this time, were you willing to publicly condemn Vladimir Putin and his actions?" (Tr., 250:21)

7.  Under current Russian law, criticizing the President is punishable under both criminal and administrative offense law.

8. Even before the Russian invasion of Ukraine, criticizing Russian government authorities was punishable under law. In 2019, three new parts were added to the article on petty hooliganism (Article 20.1, parts 3-5) in the Code of Administrative Offenses which outlawed online statements about the state, its symbols, and its leaders "expressed in an indecent form that insults human dignity and public morality." The fine for a violation of this Article is 30,000-100,000 rubles. If there is a second violation, the fine increases to 100,000-200,000 rubles with possible short-term detention up to 15 days. If there is a third violation, the fine increases to 200,000-300,000 rubles with possible short-term detention up to 15 days. Three offenses in 24 hours requires notification to the prosecutor. Since this article was introduced, most of the cases brought under this article have been for offensive statements about the President.

9. While Article 20.1 is the most expansive way of targeting someone for insulting President Putin, two other articles of the Code of Administrative Offense have also been used in more specific circumstances. Article 20.3 of the Code of Administrative Offenses (public display of Nazi attributes or symbols) has been used to penalize insulting the president when it is related to comparing Putin to Hitler or calling him a fascist or a Nazi. Article 20.3.3, discrediting the military, has been used when the comments are focused on criticizing Putin about the war in Ukraine.

10. Since the Deposition Questions asked Ms. Netrebko to make statements in 2025 that could be unlawful, I reviewed data concerning the recent enforcement of these laws—in 2024 and 2025. According to data from OVD-Info, one of the leading organizations tracking political persecution in Russia, in the years 2024-2025, 140 cases were brought under Article 20.1, 6 cases brought under Article 20.3 and 31 cases brought under Article 20.3.3 in which the insults at issue were directed at President Putin. This number may be higher. Here I include only those in which the decision text specifically includes this detail about the statements at issue. In my own research collecting data on administrative offenses for anti-war statements (that is, for discrediting the military), at least 21 cases involved allegations that the defendant had referred to Putin as a killer ("*ubiitsa*"). In these cases, the unlawful comments were made in social media posts, street posters, or in conversation.

11. Under the current Russian legal and political system, administrative offenses are meant to serve as a warning to the person charged and to create a broader culture of fear of criticizing the government or its actions. Though they are not criminal offenses, the European Court of Human Rights has found the fines and punishments in the Code of Administrative Offenses to be disproportionate and to create a "chilling effect" on freedoms of speech and assembly undermining democratic values.[1] Russia has also developed a practice of holding people under administrative arrest multiple times in a row and using that time to build a criminal case, which Russians colloquially refer to as the "administrative carousel." Though the statute of limitations in administrative offense cases is 3 months, online activity is considered an ongoing offense under Russian law—so long as the offending information remains posted online, it is considered current.

---

[1] See, for example, *Google LLC and Others v. Russia* (2025), *Kobaliya and Others v. Russia* (2025), *Nemytov and Others v. Russia* (2025).

3

12. The Russian state has also used numerous different criminal code articles to charge people for insulting the president. I reviewed data compiled by OVD-Info on 2024-2025 for criminal cases that had insulting or criticizing Putin as the criminal act. There were 35 total cases during this two-year period, 16 of which were charged as public calls for terrorism (Article 205.2). The penalty for violation of Article 205.2 is up to 5 years in prison.[2] Eleven were charged under various anti-war criminal code statutes (see below). Others included charges for rehabilitating Nazism, hooliganism, or vandalism.

**B.     Questions Concerning Netrebko's Views on Russia's Invasion of Ukraine, Including Netrebko's Public Statements on the Invasion**

13. The second category of questions for which Defendants seek an adverse inference concern Netrebko's views on Russia's invasion of Ukraine, including in relation to her past public statements about the invasion. The questions are as follows:

- "Sitting here today, do you support Russia's invasion of Ukraine?" (Tr., 110:6-7)
- "Since Russia's invasion of Ukraine, have you donated any money to Ukrainian cultural centers in Ukraine?" (Tr., 136:5)
- "Did you believe that Russia's invasion of Ukraine was a war of aggression?" (Tr., 194:4).
- "Sitting here today, are you telling me that you will not provide your own personal opinion on Vladimir Putin as well as your thoughts on Vladimir Putin's decision to invade Ukraine?" (Tr., 242:10)
- "I'm not asking you whether you support a political party, but do you support Vladimir Putin's actions in Ukraine as of 2022?" (Tr., 270:13)
- "Do you support Vladimir Putin's statement that the goal of the military operation in Ukraine is to demilitarize and de-nazify Ukraine?" (Tr., 271:11)
- "Your first statement 'I expressly condemn the war on Ukraine,' means that somebody is engaged in a war with Ukraine. I'm asking: Who do you understand engaged in a war with Ukraine?" (Tr., 361:4)

14. Under current Russian law, criticizing the war against Ukraine is punishable under both criminal and administrative offense law. Such statements have been punished under Code of Administrative Offenses 20.3.3 (discrediting the Russian military), Criminal Code 207.3 (spreading knowingly false information about the Russian military), and Criminal Code 280.3 (repeat discrediting the military), which were all enacted on March 4, 2022. Code of Administrative Offenses Article 20.3.3 envisions fines from 30,000-50,000 rubles, whereas Criminal Code Article 207.3 has a maximum punishment of 15 years in prison and Article 280.3 has a maximum punishment of 5 years.

15. Since these laws were passed, over 11,000 administrative offense cases have been opened for discrediting the military, 454 criminal cases have been opened for spreading

---

[2] https://ridl.io/from-discrediting-the-military-to-high-treason-and-terrorism/

knowingly false information about the Russian military, and 285 criminal cases have been opened for repeat discrediting.[3]

16. According to the most recent report by OVD-Info, "Repression in 2025," 229 verdicts were handed down in politically motivated cases involving war-related statements. There were 289 such verdicts in 2024.[4] Some of these fall under the anti-war Criminal Code articles described above (207.3 and 280.3)—118 cases of "knowingly false information" and 72 for "repeat discrediting" from 2024 to 2025. Starting in 2024, anti-war statements have increasingly been prosecuted as calls for terrorism (Article 205.2). These cases have been opened for nearly anything, including discussing an event in the war which the government has deemed an act of terrorism, such as drone strikes on Russia or an attack on the bridge to Crimea.

17. As to the question about donations of money to Ukrainian cultural centers, financial support of Ukraine is considered high treason under Russia's Criminal Code (Article 275). The law itself is broad and capacious. In addition to more traditional forms of treason like espionage, sharing state secrets, and defection to the enemy, a person can be charged with committing high treason for "provision of financial, material, technical, consulting or other assistance to a foreign state, an international or foreign organization or their representatives" if it is directed against the security of the Russian Federation. Whether something is designated as a threat to Russia's security is determined by the FSB (Federal Security Service) which has sole jurisdiction over investigating and prosecuting treason. Since 2022, Russian courts have enforced the law to include donations to Ukrainian organizations. Based on this logic, a donation to a Ukrainian culture center, as Ms. Netrebko was asked about, could be prosecuted under Criminal Code Article 275.

18. For example, in 2024, a court sentenced Ksenia Karelina (also known by the last name Khavana), a dual U.S.-Russian citizen who had come to Russia to visit relatives, to 12 years in prison for high treason.[5] On searching her phone at border control, the FSB discovered that in February 2022, she had transferred $51.80 from her personal account to the Ukrainian humanitarian foundation Razom for Ukraine.

19. I have reviewed data showing that by the end of 2024, at least 15 people had been convicted of high treason for money transfers to Ukraine.[6] But this number may be higher because data on treason cases is difficult to access. In approximately half of the cases of prosecution for treason where information has been made public, there is no information on the criminal act—it is concealed as a state secret. What little information

---

[3] https://repression.info/ru

[4] https://reports.ovd.info/repressii-v-rossii-v-2025-godu-obzor-ovd-info, in Russian, not yet available in English

[5] https://zona.media/news/2024/06/17/karelina

[6] Pervyi Otdel. 2024f. 'Figturantov del o gosizmene, shpionazhe i konfidentsial′nom sotrudnichestve uzhe 1000.' 20 December 2024. Accessed 12 December 2025. https://dept.one/story/izmena-2024/

is available on these cases shows a sharp rise in the use of treason prosecutions as a method of political persecution in the last several years. [7]

**C.      Questions Concerning Netrebko's Donation to the Donetsk Opera House in 2014, Shortly After Russia's Annexation of Crimea**

20. The third category of questions for which Defendants seek an adverse inference concern Netrebko's donation to an opera house in Donetsk in 2014, shortly after Russia's annexation of Crimea. The questions are as follows:

- "As a Russia citizen sitting here today, do you believe Russia should give back Crimea to Ukraine?" (Tr., 119:21).
- "Is [Donetsk] a region in Russia proper or is it in Ukraine?" (Tr., 132:17)

21. Answers to these questions could be considered "public calls for actions aimed at violating the territorial integrity of the Russian Federation," Criminal Code Article 280.1. The punishment is up to 4 years imprisonment.  If done with use of media, the punishment increases to 5 years.  This article was added to the criminal code in 2014 after Russia illegally annexed Crimea and notably criminalizes speech rather than action.[8]  The law has been used selectively to prosecute people criticizing the annexation of Crimea. [9]

22. Russia has also placed the fictitious "Anti-Russian Separatist Movement" on the list of terrorists and extremists in 2024, a common tactic used to create a large bucket into which nearly anyone discussing any of the annexed territories (Crimea, Sevastopol, Donetsk, Luhansk, Zaporizhiya, and Kherson) could fall. [10]  A person could then be criminally liable for participating in the activities of an extremist organization (Article 282.2), punishable from two to six years in prison.  Likewise financing an extremist organization is criminally punishable (Article 282.3).

23. The more general provision, Criminal Code Article 280.4, "calls for conducting activities against the security of the state" was included in the Criminal Code in July 2022. This article punishes "calls to carry out activities directed against the security of the Russian Federation, or to obstruct the execution by authorities and their officials of their powers to ensure the security of the Russian Federation."  Like many other laws used for repression in Russia, the broad and vague legal formulation means that this statute could also easily be used against people calling for Crimea to be returned to Ukraine.

24. For example, three Russian poets were prosecuted under Articles 282 and 280.4 for criticisms of the invasion of Ukraine they were alleged to have expressed during a poetry

---

[7] https://dept.one/story/izmena-2024/ in Russian.

[8] https://jamestown.org/kremlin-fights-international-movement-of-anti-russian-separatists-that-does-not-exist/

[9] https://www.rferl.org/a/russia-selective-takedowns-crimea-seizure-separatism-charges/28918477.html

[10] https://jamestown.org/kremlin-fights-international-movement-of-anti-russian-separatists-that-does-not-exist/

reading (but have denied making). The poets were sentenced to four, five, and seven years in prison.[11]

### D.    There are Reasons to Believe Netrebko Would Be a Likely Target for Prosecution if Required to Answer the Deposition Questions and Those Answers Became Known to Russian Authorities

25. Since the invasion in 2022, the Russian government has targeted leading cultural figures for prosecution and enforcement of administrative penalties. According to data from OVD-Info's April 2025 report "Persecution of 'disloyal' individuals in culture industry in Russia" targeting of cultural figures by the security services has increased six-fold since the start of the war.[12]  Several examples are contained below.

26. In 2022, one of Russia's most popular and best-known fiction writers, Grigori Chkhartishvili who writes under the pseudonym Boris Akunin, had a criminal case opened for spreading false information about the Russian military, was put on the Russian list of terrorists and extremists, and was arrested in absentia for "justifying terrorism." He had been prank called by pro-Kremlin activists pretending to be Ukrainian officials and was recorded expressing support for Ukraine in the war.  His books are no longer published in Russia because he has been labeled an extremist, which under the law makes all of his written works extremist materials.[13]  If he returns to Russia he faces immediate arrest, conviction and significant prison time under these laws.

27. In 2024, Ludmila Ulitskaya another of Russia's best loved writers, who was then living outside Russia, was also prank called by the same pro-Kremlin team pretending to be a Ukrainian official.  On the call she admitted to sending her royalties to support Ukraine. After being placed on the "foreign agents" list, her published works were pulled from bookstores and libraries, and she was stripped of her honorary professorship at a Russian university after being anonymously denounced to the university leadership.[14]  She had left Russia in March 2022 and gave numerous interviews to Western publications speaking out against the war.  The foreign agent label opens her up to criminal liability for failure to properly follow the onerous reporting and labeling requirements imposed by the government on foreign agents.

28. Liya Akhedzhakova, a famous stage and screen actress, had her performances in Russia canceled after she criticized the war, and she was pressured to resign from the company

---

[11] https://data.ovd.info/anti-war-case

[12] https://ovd.info/en/persecution-culture-industry-russia

[13] https://truerussia.org/en/, https://apnews.com/article/russia-akunin-writer-detective-navalny-prison-arrest-d1b8f0b23eb40ed2c41ab8d082721a67

[14] https://www.themoscowtimes.com/2024/02/02/ludmila-ulitskaya-is-the-latest-russian-writer-under-fire-a83957, https://meduza.io/news/2024/01/31/lyudmilu-ulitskuyu-kotoraya-vystupaet-protiv-voyny-v-ukraine-lishili-zvaniya-pochetnogo-professora-rhtu; https://www.themoscowtimes.com/2024/03/01/russia-labels-author-lyudmila-ulitskaya-foreign-agent-a84313

of the Sovremennik theatre where she had been for 46 years.[15]  Later an anonymous denunciation requested that a treason case be opened against her and that she be stripped of her People's Artist of Russia title,[16] and a criminal investigation was opened against her for discrediting the military though it does not appear to have gone anywhere.[17] Though she remains in Russia, Akhedzhakova has been unable to work.  Every time she has been cast in a play, the play has been canceled for various pretextual reasons.[18]

29. Yuri Shevchuk, frontman of the band DDT, was charged with discrediting the army for speaking out against the war during a concert in Russia.  Future concerts were canceled.[19]

## E.    Living Abroad or Carrying a Foreign Passport Does Not Protect Netrebko

30. Living abroad or carrying a passport from another country does not offer sufficient protection from the risks of criminal or other adverse consequences that Netrebko could face should she be required to answer the deposition questions.

31. As noted above, the Russian government has regularly opened criminal cases against people known to live abroad, either in exile after the war began or permanently. In July 2025, a military court sentenced Grigori Chkhartishvili to 14 years in absentia for a variety of politically motivated charges noted above, including justifying terrorism for his discussion of an attack on the Crimean bridge.[20]  In 2024, Ludmila Ulitskaya was placed on the foreign agents list, which opens her up to criminal liability.

32. Dual citizenship is also not protective. For the purposes of criminal prosecution, the Russian state does not recognize dual citizenship.  A Russian citizen is subject to Russian criminal law. As noted above, dual U.S.-Russian citizen Ksenia Karelina was sentenced to 12 years in prison for a fifty dollar donation to Ukraine.  Dual Belgian-Russian citizen Mikhail Loshchinin was recently charged with high treason for "financing representatives of a foreign state considered hostile to the Russian Federation" for sending money to his Ukrainian ex-girlfriend after the FSB searched his phone at the border where he entered to visit his ailing father.[21]

---

[15] https://www.themoscowtimes.com/2023/03/30/beloved-russian-actress-resigns-from-moscow-theater-over-war-criticism-a80662

[16] https://www.themoscowtimes.com/2023/04/11/actress-liya-akhedzhakova-accused-of-treason-a80789

[17] https://meduza.io/en/news/2023/09/02/russia-s-internal-affairs-ministry-investigates-actress-liya-akhedzhakova-for-discrediting-russian-army

[18] https://novayagazeta.eu/articles/2023/04/24/russia-play-starring-soviet-film-icon-liya-akhedzhakova-cancelled-after-her-anti-war-comments-en-news

[19] https://www.rferl.org/a/russia-rock-musician-shevchuk-anti-war-heart-attack/32629886.html

[20] https://novayagazeta.eu/articles/2025/07/14/russian-court-sentences-writer-boris-akunin-in-absentia-to-14-years-in-prison-en-news

[21] https://meduza.io/en/feature/2025/12/04/belgian-russian-dual-citizen-charged-with-treason-after-trying-to-visit-father-in-st-petersburg-following-a-heart-

33. In addition, the Russian government was able to put pressure on other artists who had left Russia. Several venues in countries friendly to Russia canceled shows by anti-war musicians under pressure from the Russian government. For example, members of the rock band B-2 were detained and fined while on tour in Thailand, reportedly at the request of Russian authorities. They were nearly deported back to Russia before being deported instead to Israel.[22] Russia also requested that the UAE cancel numerous concerts and performances by anti-war cultural figures.[23] These two countries are notable because they are places to which many anti-war Russians have fled.

34. Of even more concern, Russia has increasingly aggressively prosecuted, convicted and sentenced people in absentia, often for criticism of the war.[24] A Reporters without Borders investigation found that 70 journalists had been prosecuted in absentia since the start of the war. But it is not only journalists and opposition politicians. The government has also moved to allow Russian courts to more easily conduct trials in absentia for a specific list of offenses (all politically motivated).[25] Even if the people never serve prison time in Russia, these prosecutions in absentia often lead to harassment of family members still in Russia through searches of their homes, and seizure of personal property of the accused.[26] Further, a sentence in absentia will likely result in an unpaid fine creating a pretext for denying the issuance of a passport.[27]

35. Russia has also vindictively used prosecution in absentia as retaliation against foreign officials, recently sentencing the prosecutor and eight judges of the International Criminal Court to prison terms ranging from 3.5 to 15 years.[28] The ICC had issued arrest warrants for Vladimir Putin and his Children's Rights Commissioner Maria Lvova-Belova for their role in transferring Ukrainian children from occupied territories to Russia.

36. In addition to these criminal punishments, Russia has also moved to punish people living abroad who speak out against the government in other ways. One common way of doing this is placing a person on the foreign agent list. The Russian government can a designate a person as a foreign agent if authorities claim that they are 'under foreign

---

attack?utm_source=email&utm_medium=briefly&utm_campaign=2025-12-05&mc_cid=5065d17b4d&mc_eid=a38069be46

[22] https://www.bbc.com/news/world-asia-68137594, https://carnegieendowment.org/russia-eurasia/politika/2024/02/russias-attempt-to-extradite-bi-2-rock-band-reveals-the-extent-of-its-fantasy-world?lang=en, https://meduza.io/en/news/2024/01/31/all-members-of-anti-war-russian-belarusian-rock-band-bi-2-who-were-arrested-in-thailand-deported-to-israel.

[23] https://www.currenttime.tv/a/kak-artistam-iz-rossii-otkazyvayut-v-vystupleniyah-v-oae-i-tailande/32777159.html

[24] https://ovd.info/en/wasnt-caught-will-be-judged-ant-war-activists-put-trial-absentia

[25] https://meduza.io/en/news/2025/03/13/russian-lawmakers-propose-criminal-charges-for-cooperating-with-international-organizations-trials-in-absentia-for-exiled-foreign-agents

[26] https://rsf.org/en/exiled-convicted-surveilled-how-russia-has-prosecuted-nearly-70-journalists-beyond-its-borders

[27] https://www.bbc.com/russian/features-64424787, https://theins.ru/news/269711

[28] https://en.zona.media/article/2025/12/12/ICC

influence,' and engaged in political activities, criteria applied so broadly that nearly anyone can fall under them, including for receiving money from any foreign source.

37. In addition to its negative connotations of espionage and nefarious activity, placement on the list comes with numerous restrictions for people so designated. Foreign agents must label everything as "created by a foreign agent," including all social media posts, even about things unrelated to politics. They must also submit extensive financial reports quarterly to the Ministry of Justice. Failure to do so can result in an administrative offense conviction under Article 19.34 with fines from 30,000-50,000 rubles for individuals. Failure to do so three times in a year can result in criminal charges (Criminal Code Article 330.1) with possible punishment of up to 3 years in prison. As of June 2025, these laws have extraterritorial effect. The Russian government can open cases, issue penalties and keep violations on record even if the accused does not return to Russia. If the accused did return, they would immediately face the consequences.

38. The foreign agent designation is made by the Ministry of Justice without any court involvement. The list is public and includes personal information, which can lead to extrajudicial targeting and harassment. It can also lead to official blocking of social media and websites of foreign agents, a process which does not require judicial review. People on the foreign agent list are subject to a variety of restrictions that limit participation in public life within Russia including running for office, applying for or receiving state support, and conducting educational activities, among many others. However, the impact of the restrictions easily extends beyond Russia's borders. Any publication mentioning a person on the foreign agent list must note that they have been labeled a foreign agent or face fines. Supporting a foreign agent monetarily, including through advertising or sponsorship, is also prohibited.

39. In November 2024, a law to create special bank accounts for foreign agents was adopted. These accounts accumulate income from the foreign agents' real estate, dividends and intellectual property until the foreign agent is removed from the register. This income can be confiscated as fines if the court convicts the foreign agent of failure to comply with obligations of a foreign agent (Article 19.34).

40. In her deposition, Ms. Netrebko notes her relief that she has not yet been named a foreign agent (Tr., 350:23-25). Though she was unable to recite the precise details of what the foreign agent designation entailed, it is clear she properly ascertained the risks and consequences that issuing such a statement might bring. This risk remains significant. New people and organizations are added to the foreign agent register weekly. As of late December 2025, it contained over 1,100 entries, including both organizations and individuals.

41. In December 2025, a new bill was introduced to the legislature which would place restrictions on Russians abroad if they are convicted of a list of offenses (administrative and criminal) largely considered political, including calls for violating the territorial

integrity of the Russian Federation, and the laws on discrediting the military. [29]  There is a long list of potential restrictions, but the ones most relevant here are: suspension of real estate rights, refusal to provide state and municipal services online (most utilities, for example, are paid for online), freezing or blocking monetary funds and other properties, refusal to perform consular actions (including renewal of passports abroad), ban on using power of attorney to conduct transactions, and banning the use of electronic signatures. Though this bill has not yet been passed or signed into law, it is very likely that it will be.

42. More generally, the trajectory of increasingly aggressive laws aimed at critics of Vladimir Putin and his government, including Russians living abroad, demonstrates that the possibility of criminal or other negative consequences for Russians living anywhere in the world has dangerously increased.

**F.    Potential Consequences of Ms. Netrebko's Testimony**

43. Based on my research and as illustrated by the information contained in this Affidavit, it is my conclusion that Ms. Netrebko could face criminal prosecution and other significant consequences if she were required to answer the Deposition Questions and her answers became known to Russian authorities. As described throughout this Affidavit, Ms. Netrebko's responses to the Deposition Questions – if given in a manner favorable to her position in this litigation – could be prosecuted under various Russian laws. Such prosecution would be consistent with Russian courts' interpretation and application of these laws in the past two years.

44. Given Ms. Netrebko's celebrity and high profile in Russia, and Russian authorities' treatment of other leading cultural figures who have spoken out against Vladimir Putin and the war, I have every reason to believe that Russian authorities would not allow her comments to escape consequence. As noted by Ms. Netrebko in her testimony and confirmed by the Telegram post itself, which I reviewed in its original Russian, just the day after she made her March 30th statement, she was called out by name as a "traitor" in a Telegram post by the Speaker of the State Duma Vyacheslav Volodin. Telegram is one of the most widely used social media platforms in Russia.  Volodin's Telegram channel has over 1.3 million followers.[30]

45. At numerous points in her deposition, Ms. Netrebko expressed concern about Russian law and its application. I confirm that these fears are well-founded. For example, when asked whether she supported Russia's invasion of Ukraine, she stated, "According to the laws that are being adopted now in Russia and that constantly are changing in Russia practically every two weeks, I prefer not to answer this question so as not to subject myself to a risk to be convicted according to the law based on things that I expressed verbally." (Tr., 111:9-17). She later added in answer to the question "As a Russian citizen,

---

[29] https://meduza.io/en/feature/2025/12/11/russian-lawmakers-draft-new-repressive-laws-targeting-citizens-abroad-convicted-on-political-charges
[30] https://t.me/vv_volodin

do you believe you have the right to criticize the Russian government?" that "one has to be very careful with criticism." (Tr., 147:6-10).

46. Ms. Netrebko is correct that Russian laws have been in constant flux. Between the start of the full-scale invasion of Ukraine in February 2022 and August 2025, over 60 repressive laws have been passed or amended by the Russian legislature.[31] Nearly 250,000 websites have been blocked by federal agencies under anti-war laws.[32] New additions are made to the lists of terrorists and extremists, foreign agents, undesirable organizations on a daily or weekly basis. Even for an expert, it can be challenging to keep up with what is legal and illegal.

47. Ms. Netrebko also stated correctly that Russian laws require that the Russian invasion of Ukraine be referred to as a "special operation". (Tr., 40:8; 286:5). Her statement "they made an official law in Russia that the phrase 'war on Ukraine' is forbidden. I don't remember if it's five or ten years of imprisonment. I don't want to go to Russian prison" is accurate (Tr., 361:17-24). President Putin and Russia's Ministry of Defense refer to the war as a "special military operation" and any publications or statement about the war must call it that or face legal liability. Newspapers and online media reporting on the war had to follow these language requirements or risk getting shut down or their websites blocked. For individuals, violation of this law can lead to prosecution for a "knowingly false" statement about the Russian military, which carries up to 15 years of imprisonment as a punishment, as described above. As with many Russians, Ms. Netrebko notes her attempts to walk this fine terminological line when issuing a statement: "I remember that I was very careful about the wording 'war in Ukraine,' because this is a forbidden phrase in Russia and I could have criminal liability in Russia." (Tr., 346:7-347:21 (re-direct)).

Pursuant to 28 U.S.C. § 1746, I affirm and swear under the penalty of perjury the foregoing is true and correct.

Dated:     January 7, 2026
           New York, NY

_____
                    Dr. Lauren A. McCarthy, PhD.

---

[31] OVD-Info. 2024. 'Repression at the legislative level since the full-scale invasion', 31 July 2024. Accessed 5 April 2025. https://ovd.info/en/repression-legislative-level?utm_source=reports.ovd.info&utm_medium=referral
[32] https://russiapost.info/society/internet_censorship

**APPENDIX A**

# Lauren A. McCarthy

Department of Political Science
University of Massachusetts Amherst
226 Thompson Hall, 200 Hicks Way
Amherst, MA  01003
Email: mccarthy@legal.umass.edu
Webpage: http://people.umass.edu/laurenmc

## APPOINTMENTS AND AFFILIATIONS

Professor of Political Science and Legal Studies, University of Massachusetts Amherst, 2024 to present.

Associate Professor of Political Science and Legal Studies, University of Massachusetts Amherst, 2017 to present.

Director of Legal Studies, Department of Political Science, University of Massachusetts Amherst, 2020-2023

Assistant Professor of Political Science and Legal Studies, University of Massachusetts Amherst, 2011-2017.

Member, PONARS (Program on New Approaches to Research and Security in Eurasia), 2017 to present.

Research Fellow, Center for the Study of Institutions and Development, Higher School of Economics, Moscow, Russia, 2011 to 2022.

Associate, Davis Center for Russian and Eurasian Studies, Harvard University, 2012 to present.

Working Group Member, US-Russia Social Expertise Exchange Rule of Law and the Community project, Eurasia Foundation, 2014-2015.

Lecturer in Political Science, University of Wisconsin-Madison, Fall 2010.

## EDUCATION

Ph.D. in Political Science, University of Wisconsin-Madison, 2011.
Major Fields*:* Comparative Politics and International Relations; Minor Field: Law
Dissertation: "Trafficking (In)justice: Russian Law Enforcement's Response to Human Trafficking."

M.A. in Political Science, University of Wisconsin-Madison, 2005.

Summer Language Institute (Russian), Johns Hopkins School of Advanced International Studies, Washington DC, 2007.

B.A. with Honors, College of Social Studies, Wesleyan University, Middletown, CT, 2001. Thesis: "Playing to Win: Sports, Politics and the Cold War."

## PEER REVIEWED PUBLICATIONS
BOOKS AND BOOK CHAPTERS

McCarthy, Lauren A. 2022. "Law, Legal Enforcement and the Courts" in *Russian Politics Today*, ed. Susanne Wengle, Cambridge University Press.

Marat, Erica, Lauren A. McCarthy, eds. 2022. *Justice, Crime and Citizenship in Eurasia: A Socio-legal Perspective*, Routledge (published originally as Special Issue in *Europe-Asia Studies*)
- Marat, Erica and Lauren A. McCarthy. "Introduction to Special Issue: Justice, Crime, and Citizenship in Eurasia: A Sociolegal Perspective,"
- McCarthy, Lauren A., Scott Gehlbach, Timothy Frye and Noah Buckley. "Who Reports? Using Survey Experiments to Explore Cooperation with the State in Russia and Georgia,"

McCarthy, Lauren A. 2021. "Trafficking of Women and Men to and from Russia" in *The Routledge International Handbook to Gender in Central-Eastern Europe and Eurasia*, eds. Katalin Fábián, Janet Elise Johnson, and Mara Lazda.
- Book won the 2022 Heldt Prize for best book in Slavic/East European/Eurasian women's and gender studies.

McCarthy, Lauren A. 2018. "Decision-making in the Russian Criminal Justice System: Prosecutors, Judges and Human Trafficking Cases." In *A Sociology of Justice in Russia*, eds. Marina Kurkchiyan and Agnieszka Kubal. New York, NY: Cambridge University Press.

McCarthy, Lauren A. 2015. *Trafficking Justice: How Russian Police Enforce New Laws, from Crime to Courtroom*. Ithaca, NY: Cornell University Press.
- Winner of Best Publication in Organized Crime from International Association for the Study of Organized Crime, 2017.
- Reviewed in: *Perspective on Politics, Policing & Society, Laboratorium, Russian Review, Foreign Affairs, Canadian Slavonic Papers, Choice, Biz India,*

ARTICLES

de Vogel, Sasha, Hannah S. Chapman, and Lauren A. McCarthy. 2025. "Authoritarian Information Gathering amid Crisis" *Comparative Politics* 58(1): 75-99.

McCarthy, Lauren A. 2025. "Oversight of the Legal System in an Authoritarian Regime: Police and Court Monitoring in Russia," *Journal of Law & Courts*, 13(1): 195-219.

McCarthy, Lauren A. and Renata Mustafina, 2024. "Guiding through Law: Citizen Legal Advocates, Lay Lawyering, and Access to Justice in Russia," *Punishment & Society* 26(4): 610-628.

McCarthy, Lauren A., Douglas Rice, Aleks Lokhmutov. 2023. "Four Months of 'Discrediting the Military': Repressive Law in Wartime Russia" *Demokratizatsiya* 31(2): 125-160.

Marat, Erica and Lauren A. McCarthy. 2021. "Introduction to Special Issue: Justice, Crime, and Citizenship in Eurasia: A Sociolegal Perspective," *Europe-Asia Studies* 73(1): 1-7.

McCarthy, Lauren A., Scott Gehlbach, Timothy Frye and Noah Buckley. 2021. "Who Reports? Using Survey Experiments to Explore Cooperation with the State in Russia and Georgia," *Europe-Asia Studies* 73(1): 8-35.

McCarthy, Lauren A., Katherine Stolerman and Anton Tikohmirov. 2020. "Managed Civil Society and Police Oversight in Russia: Regional Police-Public Councils," *Europe-Asia Studies* 72(9): 1498-1522.

McCarthy, Lauren A. 2020. "A Gendered Perspective on Human Trafficking Perpetrators: Evidence from Russia" *Journal of Human Trafficking*, 6(1): 79-94.

McCarthy, Lauren A. 2018. "Life after Trafficking in Azerbaijan: Reintegration Experiences of Survivors" *Anti-Trafficking Review* 10, 105-122.

Collins, Jr. Paul M and Lauren A. McCarthy. 2017. "Friends and Interveners: Interest Group Litigation in a Comparative Context." *Journal of Law and Courts* 5(1): 55-80.

Wallsten, Kevin, Tatishe Nteta, Lauren A. McCarthy and Melinda Tarsi. 2017. "Racial Prejudice or Principled Conservatism? Racial Resentment and White Opinion Toward Paying College Athletes as a Critical Test." *Political Research Quarterly* 70(1): 209-222.

Buckley, Noah, Timothy Frye, Scott Gehlbach and Lauren A. McCarthy. 2016. "Cooperating with the State: Evidence from a Survey Experiment on Policing in Moscow." *Journal of Experimental Political Science* 3(2): 124-139.

McCarthy, Lauren A. 2016. "Transaction Costs: Prosecuting Child Trafficking for Illegal Adoption in Russia." *Anti-Trafficking Review* 6: 31-47.

McCarthy, Lauren A. 2016. "Human Trafficking," *Oxford Bibliographies in Sociology*, Ed. Janeen Baxter. New York: Oxford University Press.

McCarthy, Lauren A. 2014. "Human Trafficking and the New Slavery." *Annual Review of Law and Social Sciences*. 10: 221-242.

McCarthy, Lauren A. 2014. "Local-Level Law Enforcement: Muscovites and their Uchastkovyy." *Post-Soviet Affairs*. 30(2-3): 195-225.

McCarthy, Lauren A. 2010. "Beyond Corruption: An Assessment of Russian Law Enforcement's Fight against Human Trafficking." *Demokratizatsiya* 18(1): 1-27.
>    Featured on Wilson Quarterly's online "In Essence" section, September 2010:
>    http://www.wilsonquarterly.com/blog/index.cfm/In_Essence/2010/9/20/enterprising-apparatchiks

**OTHER PUBLICATIONS**

Storyev, Dan, Daria Korolenko, and Lauren McCarthy, "The hidden strength of Russia's anti-war movement" *Riddle*, December 1, 2023, https://ridl.io/the-hidden-strength-of-russia-s-anti-war-movement/

McCarthy, Lauren A. "War and the Weaponisation of Law against Russian Citizens" *Australian Outlook*, June 9, 2023. https://www.internationalaffairs.org.au/australianoutlook/war-and-the-weaponisation-of-law-against-russian-citizens/

Morris, Catherine and Lauren A. McCarthy "Giving Peace a Chance: Pushing Back on a Chilling Russian Censorship Law," May 23, 2023, *Slaw.ca* https://www.slaw.ca/2023/05/23/giving-peace-a-chance-pushing-back-on-a-chilling-russian-censorship-law/

McCarthy, Lauren A. "Why Putin uses Russian law to crack down on dissent" *Washington Post*, April 7, 2022, https://www.washingtonpost.com/politics/2022/04/07/autocrats-russia-kremlin-protest-fines-jail/

McCarthy, Lauren A. "Russian Anti-War Protests and the State's Response" PONARS Eurasia Commentary, March 4, 2022. https://www.ponarseurasia.org/russian-anti-war-protests-and-the-states-response/

McCarthy, Lauren A. "Post-Protest Legal Encounters and the Development of DIY Lawyering in Russia" PONARS Policy Memo, June 2021. https://www.ponarseurasia.org/post-protest-legal-encounters-and-the-development-of-diy-lawyering-in-russia/

McCarthy, Lauren A. and Noah Buckley, "Do Russians Trust their Police? Reform Must Start from the Top" PONARS Policy Memo, October 2018. https://www.ponarseurasia.org/do-russians-trust-their-police-reform-must-start-from-the-top/

McCarthy, Lauren A. 2014. "The Day-to-day Work of the Russian Police." *Russian Analytical Digest* 151: 5-7.

McCarthy, Lauren. 2008. "A Comparative Analysis of Russian and American Law Enforcement Practices on Human Trafficking," in *Beyond Tolerance: Human Trafficking and Slave Labor: Metamorphosis of an Old Crime and New Methods for Combating It*. Pacific State Economic University, Vladivostok, Russia. (Published in Russian: "*Sravnitel'nii analiz praktiki rossiiskikh i amerikanskikh pravookhranitel'nykh institutov v protivodeistvii torgovle liud'mi*" in *Vne tolerantnosti. Torgovlya liud'mi i rabskii trud: metamorfozy starykh prestuplenii i novye metody ikh preodoleniya*).

BOOK REVIEWS

McCarthy, Lauren A. 2022. Review of *Weak Strongman: The Limits of Power in Putin's Russia* by Timothy Frye, *The Russian Review* 81(4).

McCarthy, Lauren A. 2019. Review of *Scorecard Diplomacy: Grading States to Influence their Reputation and Behavior* by Judith Kelley, *Contemporary Sociology* 48(2): 182-183.

McCarthy, Lauren A. 2016. Review of *Economies of Violence: Transnational Feminism, Postsocialism, and the Politics of Sex Trafficking* by Jennifer Suchland. *Canadian Slavonic Papers* 58(4): 425-426.

McCarthy, Lauren A. 2016. Review of *Gangs of Russia: From the Streets to the Corridors of Power* by Svetlana Stephenson. *The Russian Review* 75(3): 544-545.

McCarthy, Lauren A. 2009. Review of *Adapting to the New Russian Labour Market: Gender and Employment Strategy* edited by Sarah Ashwin. *Labor History* 50(3): 391-393.

REPORTS

Maltseva, Elena, Lauren McCarthy, Maria Mokhova, Dmitry Poletayev, and Caress Schenk. 2014. "Modern Slavery Landscape in Russia," Country Strategy Report produced for the Walk Free Foundation.

McCarthy, Lauren. 2011. "Assessment of Sustainability of Return and Occurrences of Re-trafficking in Azerbaijan" for International Organization for Migration.

**GRANTS, AWARDS AND FELLOWSHIPS (selected)**

Visiting Scholar at the George Washington University Elliott School of International Affairs Institute for European, Russian, and Eurasian Studies (IERES), September 2023-June 2024

Title VIII Short Term Fellow, Kennan Institute at the Woodrow Wilson Center, Washington DC, March 2024.

UMass Mid-Career Post Tenure (MCPT) Fellowship, 2023-2024.

ADVANCE Faculty Fellow for Department of Political Science, UMass Amherst, 2021-2022.

Virtual Open Research Laboratory Fellow, University of Illinois Urbana-Champaign, 2020-2021

Visiting Fellow. Aleksanteri Institute (Finnish Centre for Russian and Eastern European Studies), University of Helsinki, Finland. (May-July 2020, canceled due to coronavirus)

Distinguished Teaching Award Nominee, 2017, 2018, 2019.

Massachusetts Society of Professors (MSP) Research Support Fund, 2019 ($500), 2023 ($1,000)

School of Social and Behavioral Sciences Research Support Grant, University of Massachusetts Amherst, 2018 ($7,000), for work on text automation of news reports on human trafficking cases in Russia, with Douglas Rice and Meredith Rolfe.

Institute for Social Science Research Scholars Program, University of Massachusetts Amherst, 2015-2016.

Publication Subvention Award, Office of Research Development, University of Massachusetts Amherst, 2014 ($500).

Flex Grant for Teaching/Faculty Development, University of Massachusetts Amherst, 2014 and 2015 ($500 each).

Advanced Practitioner Fellow, US-Russia Social Expertise Exchange Rule of Law and the Community Project, Eurasia Foundation (trip cancelled because of political considerations), 2015.

Title VIII Research Scholar, Kennan Institute at the Woodrow Wilson Center, January-August, 2013.

Edward S. Corwin Award for best dissertation in Public Law from the American Political Science Association, 2012.

School of Social and Behavioral Sciences Research Support Grant, University of Massachusetts Amherst, 2012 ($6,000).

American Political Science Association Annual Meeting Travel Grant, 2010 ($500).

Vilas Travel Grant for travel to 2009 Law and Society Association Conference, 2008.

Fellow, Institute for Legal Studies, University of Wisconsin-Madison, 2008-2010.

Fulbright Institute for International Education Fellow, for dissertation research in Russia, September 2007-July 2008.

International Research and Exchange Board (IREX), Individual Advanced Research Opportunities Program Grantee, for dissertation research in Russia and Ukraine, 2007-2008 (declined).

Foreign Language and Area Studies (FLAS), Summer Fellowship for Russian language study at Johns Hopkins School of Advanced International Studies, 2007.

White Fellowship, Wesleyan University Department of Government for a graduate in pursuit of post-graduate study, 2004-2005.

## **INVITED PRESENTATIONS AND WORKSHOPS**
INVITED RESEARCH PRESENTATIONS
"'Discrediting' the Military and Spreading 'Fakes': Repressive Law in Wartime Russia," Sciences Po, Paris, France, July 2023.

"Law as a Weapon of War: Russia's Repressive Governance After February 2022" College of Social Studies Monday Lunch Speaker Series, Wesleyan University, April 2023.

Keynote Speaker. "Law as a Weapon of War: Russia's Repressive Governance After February 2022" Russia at War Seminar, Indiana University, March 2023.

"Watching the Detectives—Strategies and Tactics of Police Oversight in Russia" Columbia University Rule of Law in Autocracy Speaker Series, May 2021 (virtual).

"Citizen Oversight of the Legal System in Russia" Virtual Open Research Lab Brownbag Talk, University of Illinois Urbana-Champaign, February 2021 (virtual).

"Citizen Oversight and Accountability in the Russian Legal System" Politics of Russia and Eurasia Seminar Series (PRESS), February 2021 (virtual).

"Citizen Oversight and Accountability in the Russian Legal System" Global Law and Politics Workshop, October 2020 (virtual).

"Civilian Oversight and Police Accountability in Russia" Shasha Seminar for Human Rights Concerns: Understanding Russia, Wesleyan University, October 2019.

"Civilian Oversight and Police Accountability in Authoritarian Regimes—The Russian Case," at PONARS New Voices on Eurasia conference, Washington DC, April 2019.

"Civilian Oversight and Police Accountability in Authoritarian Regimes—The Russian Case," at Foreign Service Institute, Washington DC, April 2019.

"Can Civil Society Hold the Russian State Accountable?" at Understanding Russia Conference, Smith College, February 2019.

"Trafficking Justice: How Russian Police Enforce New Laws, From Crime to Courtroom" at University of Washington Law School, Seattle, WA, April 2018.

"Trafficking Justice: How Russian Police Enforce New Laws, From Crime to Courtroom," at International Association for the Study of Organized Crime Conference, Philadelphia, PA, November 2017.

"Managed Civil Society and the Realities of Police Oversight in Russia," at Higher School of Economics' Research Seminar on Diversity and Development, Moscow Russia, June 2017.

"The Police and the Public in Russia Today" PONARS Eurasia New Voices on Russia Speaker Series, Washington DC, March 2017.

Keynote speech. "Law Enforcement's Pursuit of Trafficking Cases in Russia," at Human Trafficking in the 21st Century Conference, Uppsala Centre for Russian and Eurasian Studies, Uppsala, Sweden, April 2016.

"Women as Perpetrators of Trafficking in Russia," at Human Trafficking in the 21st Century Conference, Uppsala Centre for Russian and Eurasian Studies, Uppsala, Sweden, April 2016.

"Trafficking Justice: How Russian Police Enforce New Laws, from Crime to Courtroom," Center for Russian, Eastern European and Eurasian Studies at University of Wisconsin-Madison, Madison, WI, March 2016.

McCarthy CV-9 (December 2025)

"Decision-making in the Russian Criminal Justice System: Investigators, Procurators, Judges and Human Trafficking Cases," Sociology of Justice in Russia Workshop, Oxford University, UK, December 2015.

Keynote speech. "Implementing Laws on Human Trafficking in Russia," Higher School of Economics XVI April International Academic Conference on Economic and Social Development, Moscow, Russia, April 2015.
>    Media coverage in Russian news outlets: https://slon.ru/posts/50165; http://antijob.net/class_war/id1486/; https://www.muiv.ru/novosti/lektsiya-professora-lmakkarti/

"Ancient Horrors, New Laws: Human Trafficking in Russia," University of Massachusetts Amherst Center for Public Policy and Administration's Faculty Colloquium, January 2015.

"Enforcing Human Trafficking Laws in Russia," Boston University Law School Human Trafficking Clinic, October 2014.

"Current Practices in Addressing and Combating Human Trafficking and Smuggling," for Human Rights Education Associates webinar, June 2014.

"A Rotten Orchard?: Societal Perceptions of Police Misbehavior in Moscow, Russia," Early Career Workshop, Annual Meeting of the Law and Society Association, Minneapolis, MN, May 2014.

"Enforcing Laws on Human Trafficking," Kennan Institute Noontime Discussion Series, Woodrow Wilson Center, Washington DC, May 2013.

"Human Trafficking in Russia," Institute for European, Russian and Eurasian Studies, George Washington University, Washington DC, April 2013.

Policy Briefings to US Department of State, Bureau for Intelligence and Research.
>    May 2013 on local-level policing in Moscow.
>    April 2011 on prosecution of human trafficking in Russia.

"Policing Human Trafficking in Russia," Five College Slavic Seminar, Amherst, MA October 2012.

"Law Enforcement's Response to Human Trafficking in Russia," Higher School of Economics, Moscow, Russia, July 2012.

"The Problem of Human Trafficking in Post-Soviet Russia," Russia after the Collapse of Communism: Prospects for Liberalization Conference, Beloit College, Beloit, WI, March 2012.

"Law and Informal Practices in the Soviet Union: Experiences through the Eyes of Ukrainian Immigrants," Workshop: What Was the Soviet Union?, Wesleyan University, Middletown, CT, October 2011.

"Slavery DOES Exist: Human Trafficking in and from Russia and the Former Soviet Union," Beloit College, Beloit, WI, April 2011.

"Russian Law Enforcement's Implementation of Anti-Trafficking Laws," International Research and Exchange Board (IREX) 2011 Regional Policy Symposium: Gender in the 21st Century Eastern Europe and Eurasia, Washington, DC, April 2011.

"A Comparative Analysis of Russian and American Law Enforcement Practices on Human Trafficking," in Russian, Labor Migration in Eurasia: Tendencies, Problems and Methods for Cooperation, Vladivostok, Russia, May 2008; also presented in Khabarovsk, Russia, May 2008 and Irkutsk, Russia, July 2008.

INVITED WORKSHOPS
Workshop Participant (and Discussant). "Political Ethnography of State and Society in Post-Soviet Contexts in the Shadow of the Russian Invasion to Ukraine," Yale University, December 2022.

Workshop Leader. "Rethinking fieldwork, today and tomorrow: interviews and ethnography in the 21st century" Graduate Methods Training Workshop, Russian Studies Workshop, Indiana University Bloomington, October 2022 (virtual).

Workshop Discussant, Chinese Political Research in Progress for John Wagner Givens and Suzanne Scoggins "If You Have a Problem, Call the Police? Police Action and Inaction in China," September 2022 (virtual).

Workshop Participant. "Monitoring the Russian State: Grassroots Oversight of the Russian Legal System" Social Activism in Eurasia Workshop, PONARS Eurasia, April 2021 (virtual).

Workshop Leader. "Some Fieldwork Advice from the Trenches" Russia Studies Workshop Graduate Methods Training Workshop, Russian Studies Workshop, Indiana University Bloomington, October 2020 (virtual).

"Fieldwork interruptus? Research in the Time of COVID" Association for Slavic, East European and Eurasian Studies webinar, July 2020 (virtual).

Consortium of Undergraduate Law and Justice Program workshop on "Strengthening Sociolegal Studies, Approaches that Can Involve Undergraduates in Research," sponsored by National Science Foundation, Washington DC, July 2014.

"Local-Level Law Enforcement: Muscovites and their Uchastkovye," Engaging the Law in Eurasia and Eastern Europe Workshop, Kennan Institute, Washington DC, January (closed workshop) and May 2013 (open conference).

"Russian Citizens' Experience with and Attitudes towards the Police," SSRC Eurasia Program Title VIII Summer Workshop in Quantitative Methods, Madison, WI, August 2012.

"'Normalization' of Articles 127.1 and 127.2: Learning How and When to Use a New Law," Social Science Research Council Eurasia Dissertation Development Workshop, Harvard University, October 2010.

Law and Society Association Graduate Student Workshop, Denver, CO, May 2009.

"A Comparative Analysis of Russian and American Law Enforcement Practices on Human Trafficking," 8th Annual International Young Researchers Conference: The Role of Law in the Construction and Destruction of Democracy in Postcommunism, Havighurst Center for Russian & Post-Soviet Studies, Miami University, Oxford, OH, October 2008.

"Human Trafficking in Russia and Ukraine," Social Science Research Council Eurasia Dissertation Development Workshop, Yale University, New Haven, CT, March 2007.

GUEST LECTURES
"Human Trafficking in Russia," Zoom lecture at Georgetown for course on Organized Crime, March 2021 and February 2022.

"Alexei Navalny" guest lecture at UMass for course on Law and Social Activism, March 2021.

"Human Trafficking in Russia," Skype lecture at Johns Hopkins SAIS for course on Political Violence, April 2019 and November 2020

"Human Trafficking in Russia," Zoom lecture at National Defense University for course on Organized Crime, June 2020.

"Trafficking Justice: How Russian Police Enforce New Laws, from Crime to Courtroom," UMass Amherst Russian Club, April 2016.

"Trafficking Justice in Russia," and guest lecturer in Russian Politics course at Wellesley College, Wellesley, MA, February 2016.

*Trafficking Justice: How Russian Police Enforce New Laws, from Crime to Courtroom*, book discussion in Human Rights Graduate Seminar, Georgia State University, November 2015.

**CONFERENCE ACTIVITY**
CONFERENCE PRESENTATIONS
Paper. "Repressive Law in Action: Law in Wartime Russia" Southern Political Science Association Conference, January 2023.

Paper. "Repressive Law in Action: Law in Wartime Russia" Association for Slavic, East European and Eurasian Studies Annual Convention, Chicago, November 2022.

Paper (co-authored with Renata Mustafina). "Guiding through Law: Citizen Legal Advocates, Access to Justice, and Legal Consciousness in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, Chicago, November 2022.

Paper and Panel Organizer. "Four Months of 'Discrediting the Military': Repressive Law in Wartime Russia" Annual Meeting of the Law and Society Association, Lisbon, Portugal, July 2022.

Presenter. "Anti-war Protests in Russia and the State's Response" Ukrainathon—24 Hours of Expert Lectures Related to the Invasion, virtual, March 2022.

Paper. "Grassroots Legal Aid in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, virtual November 2021

Paper. "Helping to Access Justice: Citizen Legal Advocates in Russia" Annual Meeting of the Law and Society Association, online, May 2021.

Paper and Panel Organizer. "Watching the Detectives: Grassroots Oversight of the Police in Russia" Association for Slavic, East European and Eurasian Studies Annual Convention, virtual November 2020.

Paper and Panel Organizer. "Citizen Oversight and Police Accountability in Authoritarian Regimes: The Russian Case," Annual Meeting of the Law and Society Association, Washington DC, May 2019.

Paper. "Citizen Oversight and Police Accountability in Authoritarian Regimes: The Russian Case," American Political Science Association Annual Conference, Boston, MA, August 2018.

Paper. "Women's Involvement in Human Trafficking," Annual Meeting of the Law and Society Association, New Orleans, LA, June 2016.

Author Meets Reader Panel, *Trafficking Justice: How Russian Police Enforce New Laws, from Crime to Courtroom,* Association for the Study of Nationalities Annual World Convention, New York, April 2016.

Paper. "Women Traffickers in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, Philadelphia, PA, November 2015.

Paper. "Human Trafficking in Russia," University of Massachusetts Interdisciplinary Legal Studies Conference, Boston, MA, April 2015.

Paper. "Tolerance of Police Misbehavior in Moscow, Russia," Annual Meeting of the Association for Slavic, East European and Eurasian Studies Annual Convention, San Antonio, TX, November 2014.

Paper. "A Rotten Orchard? Acceptability of Police Misbehavior in Moscow," International Center for the Study of Institutions and Development Workshop, New York, Columbia University, September 2014.

Paper. "A Rotten Orchard?: Societal Perceptions of Police Misbehavior in Moscow, Russia," Annual Meeting of the Law and Society Association, Minneapolis, MN, May 2014.

Paper. "Patterns of Prosecuting Human Trafficking Cases in Russia: The First 10 Years," Association for Slavic, East European and Eurasian Studies Annual Convention, Boston, MA, November 2013.

Paper. "Local-Level Law Enforcement: Muscovites and their Uchastkovye," Annual Meeting of the American Political Science Association, Chicago, IL, August 2013.

Paper. "Local-Level Law Enforcement: Muscovites and their Uchastkovye," Studying Institutions and Development in Russia: New Data and New Approaches Conference, Higher School of Economics, Moscow, Russia, June 2013.

Paper. "Local Law: Experience with and Attitudes towards Beat Police in Moscow Russia," Annual Meeting of the Law and Society Association, Boston MA, May 2013.

Paper. "Cooperating with the State: Evidence from Survey Experiments on Policing," Annual Meeting of the Law and Society Association, Honolulu, HI, June 2012.

Paper. "Prosecution of Slave Labor Cases in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, Washington, DC, November 2011.

Paper. "Learning to Use New Laws on Human Trafficking: Law Enforcement's Contribution to Getting Justice," Association for Slavic, East European and Eurasian Studies Annual Convention, Los Angeles, CA, November 2010.

Paper. "Police and the Rule of Law in Russia," poster presentation, Annual Meeting of the American Political Science Association, Washington DC, September 2010.

Paper. "Police and the Rule of Law in Russia," Annual Meeting of the Law and Society Association, Chicago, IL, May 2010.

Paper. "The Impact of Soviet Era Law Enforcement Practices on the Prosecution of Human Trafficking Cases in Contemporary Russia," Laws Locations: Textures of Legality in Developing and Transitional Societies, Madison, WI, April 2010.

Paper. "Police and the Rule of Law in Russia," American Association for the Advancement of Slavic Studies Annual Convention, Boston, MA, November 2009.

Paper. "Human Trafficking in the Russian Legal System," Annual Meeting of the Law and Society Association, Denver, CO, May 2009.

Paper. "Russian Law Enforcement's Capacity and Willingness to Implement Anti-Trafficking Laws," American Association for the Advancement of Slavic Studies Annual Convention, Philadelphia, PA, November 2008.

Paper. "Law Enforcement Practice on Human Trafficking in Russia," Midwest Law and Society Retreat, Madison, WI, September 2008.

Paper. "Power and Transnational Advocacy Networks: Organizations Working on Sex Trafficking in Russia," Midwest Political Science Association Conference, Chicago, IL, April 2007.

CHAIR AND DISCUSSANT ACTIVITY

Panelist and Organizer. "Researching Law in Authoritarian Regimes—Is Big(ger) Data the Answer?" Annual Meeting of the Law and Society Association, San Juan, Puerto Rico, June 2023.

Discussant. "Law, War and Pandemic in Eurasia," Annual Meeting of the Law and Society Association, San Juan, Puerto Rico, June 2023.

Moderator. Ukrainathon-2023, PONARS Eurasia, February 2023 (virtual).

Chair. "Nationality, Race & Equality in Europe and Eurasia" Annual Meeting of the Law and Society Association, Lisbon, Portugal, July 2022.

Discussant. "Book Panel on Laura Dean's 'Diffusing Human Trafficking Policy in Eurasia'" Association for the Study of Nationalities World Convention, May 2022 (virtual).

Moderator. Ukrainathon—24 Hours of Expert Lectures Related to the Invasion, PONARS Eurasia, March 2022 (virtual).

Discussant. "How Strong is Civil Society," Association for Slavic, East European and Eurasian Studies Annual Convention, November 2021 (virtual).

Service Panel "Reflections on Teaching During a Global Pandemic" Annual Meeting of the Law and Society Association, May 2021 (virtual).

Chair and Discussant "Author Meets Reader: Elena Bogdanova's 'Complaints to the Authorities in Russia: A Trap between Tradition and Legal Modernization'" Annual Meeting of the Law and Society Association, May 2021 (virtual).

Chair. "State-Civil Society Relations in Russia: Environmental Activism, Labor Politics, and State Coercion" Association for Slavic, East European and Eurasian Studies Annual Convention, November 2020 (virtual).

Chair. "Memory, Identity and Politics in the Post-Soviet Space" Association for Slavic, East European and Eurasian Studies Annual Convention, Boston, MA, November 2018.

Discussant. Young Scholars Conference, University of Wisconsin Center for Russia, Eastern Europe and Central Asia, Madison, WI, July 2018.

Discussant. Book release for Erica Marat's *The Politics of Police Reform: Society against the State in Post-Soviet Countries*, Kennan Institute, Washington DC, May 2018.

Discussant. "Judicial Reform, Citizenship, and Social Capital in Eurasia," Association for the Study of Nationalities World Convention, May 2017.

Chair. "Book Panel on Robert Orttung and Sufian Zhemukhov's Putin's Olympics: The Sochi Games and the Evolution of Twenty-First Century Russia," Association for the Study of Nationalities World Convention, May 2017.

Chair, Discussant and Co-Organizer "Policing in Transitional and Electoral Authoritarian Regimes," Association for Slavic, East European and Eurasian Studies Annual Convention, Washington, DC, November 2016.

Roundtable Panelist "Rethinking the Role of Law in Contemporary Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, Washington, DC, November 2016.

Chair, Discussant and Co-Organizer. "Post-Soviet Policing in Comparative Perspective," Annual Meeting of the Law and Society Association, New Orleans, LA, June 2016.

Panelist. "Teaching Café," Annual Meeting of the Law and Society Association, New Orleans, LA, June 2016.

Panel Organizer. "Current Research on Human Trafficking in the post-Soviet Space," Association for Slavic, East European and Eurasian Studies Annual Convention, Philadelphia, PA, November 2015.

Chair, Discussant, and Organizer. "Policing the Post-Communist Space," Annual Meeting of the Law and Society Association, Seattle, WA, May 2015.

Chair. "The Use of Law in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, San Antonio, TX, November 2014.

Panel Organizer "Police, Corruption and the Rule of Law in the Post-Soviet Space," Annual Meeting of the Law and Society Association, Minneapolis, MN, May 2014.

Panel Organizer. "Current and Future Prospects for Law Enforcement Agencies in Russia," Association for Slavic, East European and Eurasian Studies Annual Convention, New Orleans, LA, November 2012.

Chair. "The Russian Immi"grey"tion System: Informal Determinants and Outcomes," Association for Slavic, East European and Eurasian Studies Annual Convention, New Orleans, LA, November 2012.

## TEACHING EXPERIENCE
University of Massachusetts Amherst, Legal Studies Program
Undergraduate Courses:
    Introduction to Legal Studies, Fall 2013, Spring 2014, Fall 2014, Fall 2015, Fall 2018, Fall 2020, Spring 2021, Fall 2022; UWW Spring 2021, Spring 2022

    Legal Systems around the World/Comparative Law & Society, Fall 2011, Fall 2012, Spring 2012, Spring 2015, Spring 2016, Fall 2018

    Human Rights and Wrongs, Spring 2012, Fall 2013

    Justice on and off the Field, Fall 2012

Russian Politics, Law and Society, Fall 2014, Spring 2016, Spring 2018, Fall 2021, Spring 2023

Human Trafficking and Modern Day Slavery, Fall 2015 (First Year Seminar), Spring 2019

Citizen's Police Academy (in collaboration with UMass Police Department), Fall 2015, 2016, 2017, 2018, 2019, 2021, 2022, Spring 2016, 2017, 2019

Graduate Independent Study: Comparative Policing, Spring 2021

## RESEARCH AND PROFESSIONAL POSITIONS
Expert Witness for Asylum cases from Russia, 2017-present

Editorial Advisor and Volunteer Translator. OVD-Info (Russia), 2022-present.

Consultant, Walk Free Foundation, Western Australia, March-August 2014.

Consultant, International Organization for Migration, Azerbaijan, May-November 2011.

Assistant to the Counter Trafficking Project, International Organization for Migration, Moscow, Russia, Feb. 2008-July 2008.

Anti-Trafficking and Gender Issues Intern, United States Agency for International Development, Washington DC, Summer 2007.

Summer Intern, Angel Coalition, Moscow, Russia, Summer 2005.

Teacher of English as a Foreign Language, Language Link, Moscow, Russia Aug. 2003-Jun. 2004.

Research Coordinator, Valley Radiotherapy Associates Medical Group, Chatsworth, CA, 2001- 2003.

## EXTERNAL SERVICE
Editorial Board. *Law & Politics Book Review*

Member. Russian Scholar Travel Grant Award Committee (Association of Slavic, East European and Eurasian Studies), 2022-2024

Member. International Activities Committee of the Law and Society Association, 2018-present.

Co-Chair. Collaborative Research Network on Law and Society in Central and Eastern Europe, Balkans, Russia and Eurasia, Law and Society Association, 2017-present.

International Expert Reviewer. Higher School of Economics (Moscow) Academic Fund, 2018, 2019.

Senior Mentor. "Cultivating Networks & Innovative Scholarship in Law & Courts" conference, Wesleyan University, June 2022

Member. APSA Law and Courts Section Service Award Committee, 2021

Chair. Best Dissertation Award Committee, Law and Society Association, 2019.

Editorial Board member: *Journal of Trafficking, Organized Crime and Security*, 2014 to present.

Member. Best Graduate Student Paper Award Committee, Law and Courts Section of the American Political Science Association, 2014-2015.

Host for participant in Eurasia Foundation's US-Russia program on Social Entrepreneurship, Svetlana Bazhenova (arranged visits with professors at 5 colleges, Bay State College and with local socially responsible businesses), 2014.

Discussant for final student presentations, University of California in Washington DC, May 2013.

Organization for Security and Cooperation in Europe, Office of Democratic Institutions and Human Rights, Election Observer, Constitutional Referendum, Kyrgyzstan, June 2010 (trip cancelled due to security concerns).

Comprehensive Exam Examiner in Government, College of Social Studies, Wesleyan University, Middletown, CT, May 2010.

Reviewer: *American Political Science Review, Anti-Trafficking Review. Communist and Post Communist Studies, Contemporary Sociology, Demokratizatsiya, Europe-Asia Studies, International Criminal Justice Review, International Organization, Journal of Contemporary Economic Policy, Journal of Family Violence, Journal of Law and Courts, Labor History, Laboratorium* (Russian)*, Law & Social Inquiry, Law & Society Review, Onati Socio-Legal Studies Series, Nationalities Papers, Post-Soviet Affairs, Problems of Post-Communism, Stability, Review of Central and East European Law, Theoretical Criminology, World Politics,* Carnegie Corporation of New York, Georgetown University Press, National Science Foundation Law and Social Science Section and Political Science Section, Oxford University Press, Cambridge University Press, Routledge Press, Rowman & Littlefield Press, University of Wisconsin Press, US Agency for International Development Campus Challenge Grant Program on Human Trafficking research,

## LANGUAGES AND OTHER SKILLS
Russian (Advanced); Spanish (Basic)
Stata, NVivo, MaxQDA

## PROFESSIONAL MEMBERSHIPS AND ACTIVITIES
American Political Science Association (Law and Courts Section)
Association for Slavic, East European, and Eurasian Studies
Association of Women in Slavic Studies
Law and Society Association