

Ariadne Panagopoulou
7 World Trade Center, 11th Floor
New York, NY 10007
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1362

January 12, 2026

**By ECF**
Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

      Re:   *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
             Case No. 23-cv-6857

Dear Judge Wang,

    We represent Defendants in the above-referenced matter. We write to request permission to submit a short, two-page letter reply in further support of Defendants' motion for an adverse inference (Dkt. Nos. 142-144).

    As Your Honor may recall, during the course of Plaintiff's deposition, the parties called the Court to address a dispute that had arisen due to Plaintiff's refusal to respond to certain questions posed by Defense counsel. During such call, Your Honor set a briefing schedule for Defendants' anticipated motion for an adverse inference, in the event Plaintiff continued to refuse to answer questions. Your Honor specifically requested opening and opposition briefs but stated that a reply brief would be unnecessary.

    However, in support of Plaintiff's brief, Plaintiff filed a so-called "Expert Affidavit" which, in Defendants' view, is completely irrelevant and should be disregarded. *See* Dkt. No. 154-3. We therefore request permission to file a two-page letter reply to address this affidavit.

    Further, while we do not believe that our letter—or the Expert Affidavit itself—constitutes confidential material warranting filing under seal, we are mindful of Plaintiff's pending motion seeking to maintain the Expert Affidavit under seal. *See* Dkt. No. 150. Accordingly, while that motion remains pending, and in lieu of filing a separate motion to seal, we respectfully request permission to file our letter reply addressing the Expert Affidavit under seal.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Honorable Ona T. Wang
January 12, 2026
Page 2

      We thank the Court for its time and consideration.

                                       Respectfully submitted,

                                       *Ariadne Panagopoulou*

                                       Ariadne Panagopoulou of
                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:     All Counsel (via ECF)