THE LAW OFFICES OF
# JULIE R. ULMET

January 12, 2026

**By ECF**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

        Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
                  Case No. 23-cv-6857

Dear Judge Wang,

      The parties write to respectfully request a brief extension of the time to complete discovery in this case. In an August 22, 2025 Order (ECF Doc. 115), the Court ordered a January 16, 2026 deadline of Fact Discovery. In the interim, the parties have made substantial progress in discovery and have completed all party depositions. Specifically, the parties have completed depositions of Plaintiff Anna Netrebko, Defendant Peter Gelb, Defendant Metropolitan Opera's 30(b)(6) corporate representative, and Met employee, Michael Heaston. The parties have scheduled the deposition of non-party witness Judith Neuhoff, Ms. Netrebko's former manager, to take place on February 5, 2026, and are in the process of scheduling additional non-party depositions, including that of Plaintiff's current manager. In order to allow the parties sufficient time to complete these non-party depositions and to complete additional follow-up discovery based on the completed depositions, the parties respectfully request that the Court adopt the attached proposed amended Case Management Plan and Scheduling Order (updating the Case Management Plan and Scheduling Order previously ordered at ECF Doc. 53). Among other deadlines in the attached, the parties propose the following:

- March 31, 2026 – End of fact discovery[1]
- June 12, 2026 – End of expert discovery

---

[1] This schedule relates only to the remaining claims in the Second Amended Complaint. Discovery remains stayed as to the pending supplemental complaint, per the Court's order on the record at the August 21, 2025 conference.



    The parties are available for a conference with the Court should the Court believe it would be helpful.

                          Respectfully submitted,

                          */s/ Julie R. Ulmet*

                          Julie R. Ulmet
                          *Counsel for Plaintiff*

cc:    Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
        Elior Shiloh, Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP)
        *Counsel for Defendants* (By Email and ECF)
        Kara Gorycki, *Counsel for Plaintiff* (By Email and ECF)

Att.:   Exhibit A (proposed Amended Case Management Plan and Scheduling Order)