THE LAW OFFICES OF
# JULIE R. ULMET

February 6, 2026

**<u>By ECF and Email (Torres_NYSDChambers@nysd.uscourts.gov)</u>**
The Honorable Analisa Torres
United States District Court for the Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
                  Case No. 23-cv-6857

Dear Judge Torres,

       This firm represents Plaintiff Anna Netrebko in the above-referenced case. Based on the evidence disclosed during the course of discovery and counsel's ongoing evaluation of the case, Plaintiff respectfully requests leave to withdraw the following allegations from the Supplemental Complaint (ECF Doc. No. 118): paragraphs 14(d) and 15(h)-15(j). Attached as Exhibits A and B are a copy and a redline, respectively, of the revised Supplemental Complaint.

       Plaintiff does not believe that any additional or amended briefing of the pending Motion to Dismiss is necessary as to any other allegations in the Supplemental Complaint with respect to this change, but welcomes the Court's guidance on anything additional that may be needed and is happy to provide any additional submissions or information.

       Plaintiff is aware of the Court's Individual Practice III.B.4, and respectfully states that this request is not delayed or dilatory, but rather is responsive to information that has only recently come to light.

       Thank you for your consideration of this request.

                                         Respectfully submitted,

                                         */s/ Julie R. Ulmet*

                                         Julie R. Ulmet
                                         *Counsel for Plaintiff*

cc:     All Counsel (By Email and ECF)