UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA NETREBKO,

                Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC. d/b/a THE METROPOLITAN OPERA and PETER GELB, in his professional and individual capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2026

23 Civ. 6857 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    On September 10, 2025, Plaintiff filed a supplemental complaint, adding three causes of action to this lawsuit. *See* ECF No. 118. That supplemental complaint is subject to a motion to dismiss that is currently pending before the Court. *See* ECF No. 123. On February 6, 2026, Plaintiff filed a letter requesting leave to file an amended supplemental complaint, *see* ECF No. 167, which would remove certain factual allegations from the supplemental complaint and would not otherwise make any additions, *see* Proposed Third Am. Compl. Redline at 7, 8–9, ECF No. 167-2; Second Am. Compl., ECF No. 118. Defendants state that they "do not oppose Plaintiff's request and agree with Plaintiff that any additional or amended briefing on the pending motion to dismiss [the supplemental complaint] is unwarranted." ECF No. 168.

    Accordingly, by **February 19, 2026**, Plaintiff shall file her amended supplemental complaint. *See* ECF No. 167-1. By **February 26, 2026**, Defendants shall file a letter confirming whether they intend to rely on the previously filed motion to dismiss at ECF No. 123 in response to the amended supplemental complaint.

    SO ORDERED.

Dated: February 12, 2026
       New York, New York

ANALISA TORRES
United States District Judge