**Gmail**

Julie Ulmet <julie@ulmetlaw.com>

## Netrebko v. The Met - Recap of yesterday's call & Some questions for you

**Julie Ulmet** <julie@ulmetlaw.com>                                                                 Wed, Feb 25, 2026 at 6:08 PM
To: "Panagopoulou, Ariadne" <Ariadne.Panagopoulou@lewisbrisbois.com>
Cc: "Gosling, William" <William.Gosling@lewisbrisbois.com>, Kara Gorycki <kgorycki@nmllplaw.com>, "Shiloh, Elior"
<Elior.Shiloh@lewisbrisbois.com>

Dear Ariadne,

Please see the below responses:

1. New York Apartment purchase and sale - I am confirming the details with my client but I believe we can agree to produce this within the next fourteen days.

2. I can confirm that we will re-produce a copy of the communications between Esteban and Netrebko with as many of the identified redactions removed as possible, including those portions redacted for responsiveness.

3. As we discussed, I am re-reviewing the portions of the Esteban-Netrebko communications that relate to attorney-client privileged matter in connection with her March 2022 public statement. Based on an individualized assessment of whether each portion of the exchange contains confidential legal advice or the request for it, we will produce any portions that were not properly redacted.

4. Plaintiff represents that she will seek only garden variety emotional distress damages. This representation should suffice under caselaw.  *Misas v. N.-Shore Long Island Jewish Health Sys.*, No. 14-cv-8787 (ALC) (DJF), 2016 U.S. Dist. LEXIS 96764 (S.D.N.Y. July 25, 2016) (magistrate did not err by basing decision to deny motion to compel production of medical records on plaintiff's representation, rather that stipulation), *Lyon v. Global*, No. 22-CV-9229 (JGLC), 2023 U.S. Dist. LEXIS 183905, at *4 (S.D.N.Y. Oct. 12, 2023) ("Plaintiff will be bound by her representation that she will not testify beyond the garden variety emotional distress that might result from discrimination.")

5. Looking at your January 5 letter to supplement your point 8 below, and as stated in our January 13, 2026 letter, we will agree to the searches requested in the January 5 letter at Item 8(a),(b), and (c). We will not agree to the ESI searches in Item 7 and 8(d) for the reasons already explained at length in my January 13 and 26, 2026 letters.

Thank you for the updated timelines on your productions and scheduling depositions.

Best regards,
Julie


Julie R. Ulmet

The Law Offices of Julie R. Ulmet

Tel 646-396-0055

Fax 646-340-1022

julie@ulmetlaw.com

*pronouns: she/her/ella*


Confidentiality Notice: This communication is from an attorney and may be privileged and confidential. If you have received it in error, please delete immediately and contact the sender. Thank you.


[Quoted text hidden]