Page 1

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

ANNA NETREBKO,                    )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )  Case No.
                                  )  23-cv-6857
METROPOLITAN OPERA                )
ASSOCIATION, INC. d/b/a THE       )
METROPOLITAN OPERA and PETER      )
GELB, in his professional and     )
individual capacities,            )
                                  )
            Defendants.           )
_____   )

VIDEO-RECORDED RULE 30(b)(6) DEPOSITION OF THE

METROPOLITAN OPERA REPRESENTATIVE

STEPHANIE BASTA

New York, New York

Friday, December 12, 2025

Reported Stenographically By:
PATRICIA A. BIDONDE
Registered Professional Reporter
Realtime Certified Reporter
JOB NO.: 11234

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

3a5be0f0-a05c-42ce-990f-80337aa44958

S. Basta

to finance.  So she's a -- in many ways, a clearinghouse, but could also respond if comfortable and if it's in her bailiwick to respond.

Q.   The -- is it fair to say that The Metropolitan Opera conditioned Ms. Netrebko's continued employment on repudiating her support for Vladimir Putin based on The Metropolitan Opera's understanding of Ms. Netrebko's prior views on Mr. Putin?

A.   What do you mean by "prior"?

Q.   Okay.  I'll just ask a question then.

Why did The Metropolitan Opera condition Ms. Netrebko's continued employment on repudiating her support for Vladimir Putin?

A.   I think I answered that before.

Q.   You can answer again.

A.   So my answer is the same.  And I think Peter Gelb answered that question.

The Met believed that she was closely aligned with Putin publicly, and determined that she needed to repudiate Putin in order to be compliant with the policy and

3a5be0f0-a05c-42ce-990f-80337aa44958

S. Basta

to perform at The Met.

(Stenographer clarification.)

Q.    Did The Metropolitan Opera conduct any investigation -- actually, withdrawn.

What was the basis of The Metropolitan Opera's belief that Ms. Netrebko was closely aligned with Vladimir Putin?

A.    It's all the reasons that Peter Gelb outlined in his testimony.

Q.    Did The Metropolitan Opera conduct any investigation into Ms. Netrebko's prior so-called "alignment" with Vladimir Putin?

A.    Not more than what Peter Gelb has described.

Q.    Did anyone at The Metropolitan Opera ever draft a memo explaining the basis for determining that Ms. Netrebko was closely aligned with Vladimir Putin?

A.    Did anyone draft a memo?  I don't know if anyone drafted a memo.  Anyone could have done anything.  That question, I can't answer that question.

Q.    But there was nothing -- I can ask you in a better way.

3a5be0f0-a05c-42ce-990f-80337aa44958

S. Basta

Was there any written document concerning Ms. Netrebko's prior alignment with Vladimir Putin on which The Metropolitan Opera relied in making the decision to terminate Ms. Netrebko?

A.   We have produced every document that was created that meets the search terms. And I can't imagine there's a document that exists that doesn't meet those search terms that would do what you're asking.

Peter Gelb had the materials, and he went through them in his testimony, what he relied on.  And that is what The Metropolitan Opera relied on.

Q.   Did anyone at The Metropolitan Opera speak to witnesses to confirm the reporting about Ms. Netrebko's prior support for Putin?

A.   Can you ask that question again. Sorry.

Q.   Did anyone at The Metropolitan -- sorry, let me -- yeah.

Did anyone at The Metropolitan Opera speak to any witnesses to confirm

3a5be0f0-a05c-42ce-990f-80337aa44958