Page 1

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

ANNA NETREBKO,                    )
                                  )
              Plaintiff,          )
                                  )
        vs.                       )   Case No.
                                  )   23-cv-6857
METROPOLITAN OPERA                )
ASSOCIATION, INC. d/b/a THE       )
METROPOLITAN OPERA and PETER      )
GELB, in his professional and     )
individual capacities,            )
                                  )
              Defendants.         )
_____    )

VIDEO-RECORDED DEPOSITION OF PETER GELB

New York, New York

Monday, December 8, 2025

Reported Stenographically By:
PATRICIA A. BIDONDE
Registered Professional Reporter
Realtime Certified Reporter
JOB NO.: 11233

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

Q.    Did she have any concerns?

A.    Only the concerns that all PR people have about, about decisions when they're made.

Q.    What are those?

A.    How they will be received.

(Discussion off the record.)

Q.    What were the concerns she had about how it would be received?

A.    Just the normal concerns that a PR person would have in a situation like that, which is that they would be received positively.

Q.    Was she concerned that there was a risk that the decision would not be received positively?

A.    Not that I recall.

Q.    What was the basis of the decision by The Met to terminate its relationship with Ms. Netrebko?

A.    The basis was that she would not -- was not willing to separate herself from her public alignment with Putin.

Q.    And that was -- is it fair to say

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

that that was the basis of your decision as general manager to terminate Ms. Netrebko?

A.    I'm not quite sure I understand.

Q.    I had asked what was the basis of the decision by The Met.  Did your personal recommendation to terminate Ms. Netrebko have any other basis?

MR. SHILOH:  Objection as to form.

A.    The decision had nothing to do with any personal feelings whatsoever.

Q.    Okay.  And why did you condition Ms. Netrebko's -- let me make sure that my question is accurate.

Is it fair to say that you conditioned Ms. Netrebko's continued employment on repudiating her public support for Putin?

A.    Yes.

Q.    And why did you condition Ms. Netrebko's continued employment on repudiating her public support for Putin?

A.    Because I believed that it would be harmful to The Met, and if we continued to

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

employ her, if she did not repudiate her relationship with Putin or distance herself from it.  And I also believed that as The Met had taken a very strong position in support of Ukraine, that it was the appropriate action.

Q.    Why did you believe it would be harmful for The Met to continue to employ her?

A.    At the time of the invasion, there was a huge public outcry against Russia.  And I believe the public in New York would have been opposed to her continuing to perform at The Met.

Q.    And what would the particular harm to The Met have been of having her continue?

A.    It would have been harmful to the public reputation of The Met, and it would have caused a loss of morale on the part of the company members.

Q.    And how would that harm to the public reputation have manifested in your view?

A.    It would have manifested itself in a loss of ticket sales and donations.

Q.    Okay.  So is it your view that

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

Ms. Netrebko was publicly aligned with Putin?

A.    Yes.

Q.    Is it also your understanding that The Met's audiences viewed Ms. Netrebko as publicly assigned with Putin?

A.    Certainly some of it.

Q.    And is it your view that some of The Met's donors viewed Ms. Netrebko as publicly aligned with Putin?

A.    Certainly some of them.

Q.    Do you think there's any distinction between your view and the views of audiences?

A.    Well, I think that I may be more informed than all of our audience.

Q.    So I'm sorry, I didn't hear you.

A.    I said, I think that I may be more informed than all of our audiences.  But I'm sure that many of our audiences felt the same way as I did.

Q.    What's the basis for your view that Ms. Netrebko was publicly aligned with Putin?

A.    Various actions that she's taken

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

over the years.

Q.   Can you list those actions?

A.   I can list some of them.

Q.   Okay.

A.   In 2012, I believe it was, when the activist rock group Pussy Riot was jailed by orders of Putin, I had expressed sympathy for them to Ms. Netrebko, whose response was: "They belong in jail."

Q.   Did you ask her -- how did you respond to that?

A.   I was in shock.

Q.   Did you say anything to her?

A.   I don't remember.

Q.   Did you ask her why she had that view?

A.   No, because it was obvious.

Q.   What was obvious?

A.   It was obvious to me that she shared the view of Putin, because she was so adamant in expressing her statement that they should be in jail.

Q.   Who brought up the theme of -- excuse me, the topic of Pussy Riot?

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

A.    Me.

Q.    What exactly did you say to the best of your recollection?

A.    To the best of my recollection, I said, "I'm so sorry that Pussy Riot has been put in jail," thinking that I was saying something that would make her feel good to hear.

Q.    Why did you think it would make her feel good to hear that?

A.    Because I didn't understand that she was aligned with Putin.

Q.    Okay.  Are there any other actions that are part of the basis of your view that Ms. Netrebko was publicly aligned with Putin?

A.    Different events that were brought to my attention.  The fact that she endorsed Putin for one of his election campaigns.  Her posing with the separatist flag in Donetsk. Those are a couple of them.

Q.    Anything else?

A.    Nothing that immediately comes to mind, but I'm sure there were others.

Q.    Well, at the time that you made

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 36

P. Gelb

the decision to --

A.     Sorry.  Excuse me, can I --

Q.     Please.

A.     The fact that her 50th birthday party was held at the Kremlin.

Q.     At the time that you made the decision to condition Ms. Netrebko's continued employment at The Met on her repudiation of Putin, were there any other facts on which you based that decision?

A.     You know, I don't have a complete list of everything at the top of my consciousness.

Q.     Did it include photographs that were circulating of Ms. Netrebko with Mr. Putin?

A.     Over the years I've seen photographs of Ms. Netrebko and Mr. Putin together.

Q.     Were they -- did they influence your view that she was publicly aligned with Putin?

A.     Yes.

Q.     Was your -- were you influenced by

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 37

P. Gelb

Ms. Netrebko's performance at the opening of the Sochi Olympic games?

A.    Yes.  But, you know, I mean, it's all -- these are all individual parts of a larger piece.

Q.    Have you named the most significant individual parts?

A.    I think there are other parts.  I mean, there was the interview she gave where she expressed a desire to be Putin's lover.

(Gelb Exhibit 1, Photo of Anna Netrebko receiving The State Prize medal, marked for identification, as of this date.)

Q.    I'm going to show you a document that we'll mark as Gelb Exhibit 1.

A.    Do I get to see?

Q.    You will.  It takes a minute.

MR. SHILOH:  Each document is marked with an exhibit number, then you are handed a copy.

THE WITNESS:  Got it.

Q.    Mr. Gelb, the court reporter has now handed you Exhibit 1.  Have you seen this

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

picture before?

A.    I believe so.

Q.    Is this one of the photographs you mentioned having influenced your view of Ms. Netrebko's alignment with Mr. Putin?

A.    By itself, no.

Q.    But as part of the larger whole, is this one of the photos that influenced your view?

A.    Yes, as one of a number of other items, yes.

Q.    Do you know what this is a photograph of?

A.    I'm not sure but I imagine it's her being awarded a medal by Putin.

Q.    Do you know what medal she's being awarded?

A.    No.

Q.    Are you aware that in 2005, Ms. Netrebko received an award called the State Prize?

A.    I probably was aware at some point.

Q.    Approximately when did you become

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 39

P. Gelb

aware of that?

A.   I don't remember.

Q.   When you became general manager at The Met, were you aware that Ms. Netrebko had recently received an award from Mr. Putin?

A.   No.

Q.   At the time that you became aware that Ms. Netrebko had received an award in Russia, did it concern you?

A.   No.

Q.   Why not?

A.   Because at that point, Russia had not invaded Ukraine.

Q.   And at the time that you saw this photograph of Ms. Netrebko with Mr. Putin, did it concern you?

A.   No.  It's also -- its a photograph of her as a very young artist at the very beginning of her career.

(Gelb Exhibit 2, 2008 photograph of Anna Netrebko awarded People's Artist of Russia, marked for identification, as of this date.)

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 40

P. Gelb

Q.   Okay.  I'm going to show you --

MR. SHILOH:  After each exhibit, you can just put it to the side, Peter.

MS. ULMET:  Oh yeah, I'm done with that one.  You can put it to the side.  Right here's fine.

MR. SHILOH:  You can put them just right in front of you in a pile.  And then if counsel asks you questions where you need to look back, she'll direct you attention to what number to take.

THE WITNESS:  Sounds like a good system.

MS. ULMET:  I'll have the court reporter show you documents that will be marked -- and this will be Exhibit 3.

(Gelb Exhibit 3, Photograph of Anna Netrebko and Vladimir Putin, marked for identification, as of this date.)

MS. ULMET:  This will be 2 and

c46393b7-79a6-402b-bba1-367e8fe2863e

P. Gelb

3.

BY

Q.   Okay.  I'm showing you documents that have been marked Exhibits 2 and 3.  Are these two photographs part of the basis for your view that Ms. Netrebko was publicly aligned with Putin?

A.   You know, again, these are photographs of her as a very young woman and Putin as a young president.  So I would say in themselves, they don't amount to anything.

Q.   And with -- so they were not part of your view that she was aligned with Putin?

A.   As I said previously, the -- I think that it is the collective, long-term association that makes me believe, or made me believe that she was aligned with Putin.

Q.   Are the photographs that you looked at in Exhibits 2 and 3 part of that collective, long-term association?

A.   I guess you could say they were the beginning of it.

Q.   Do you know what Exhibit 2 is a photograph of?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 42

P. Gelb

A.   No, I don't.

Q.   Are you aware that in 2008, Ms. Netrebko was awarded the People's Artist of Russia?

A.   I believe so.

Q.   When did you learn that?

A.   I don't know.

Q.   When you learned it, did it cause you any concern?

A.   No.

Q.   Why not?

A.   Because as I said before, Russia had not yet invaded Ukraine, and we were dealing with Russia in spite of its repressive regime, increasingly repressive regime.

Q.   Who was -- when you say "we," who are you referring to?

A.   The Metropolitan Opera.

Q.   What do you mean by "increasingly repressive regime"?

A.   I mean the various laws that were passed as Putin strengthened his hold on his power, and his increasingly autocratic and dictatorial way in which he was leading the

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 43

P. Gelb

country.

Q.    You testified that at some point, it was brought to your attention that Ms. Netrebko had endorsed Putin for election. Is that correct?

A.    Yes.

Q.    When was that brought to your attention?

A.    I don't remember exactly when.

Q.    Was it prior to the invasion in 2022?

A.    Yes.

Q.    Who brought it to your attention?

A.    I don't remember.  I'm sorry.

Q.    At the time it was brought to your attention, did it concern you?

A.    Yes.

Q.    Why did it concern you?

A.    Because Putin was, at that point, increasingly becoming dictatorial and autocratic in the way he was ruling Russia.

Q.    Did you share your concerns with Ms. Netrebko?

A.    No.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 44

P. Gelb

Q.    Did you share your concerns with her manager?

A.    I don't believe so.

Q.    Did you ask her whether it was correct -- sorry.  Withdrawn.

Did you take any steps to verify the information you had received that she had endorsed Putin for election?

A.    No.

Q.    So you didn't confirm with Ms. Netrebko whether that was accurate?

A.    I didn't see the point in discussing it with her.

Q.    Do you know what year that was?

A.    I really don't remember.

Q.    Okay.  Do you know whether it was -- let me ask a different question.

Can you pinpoint a timeframe when Putin's leadership of Russia became autocratic?

A.    I don't think it's possible to pinpoint it.  Just as leaders of countries around the world, democratic countries, I think, probably had difficulty pinpointing

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 45

P. Gelb

exactly when Putin changed in their eyes as a possible advocate of democracy to someone who was doing the opposite.

Q.   Are there actions that Putin took that signaled that change to you?

A.   Well, there were very repressive, various repressive laws that he instituted, like outlawing homosexuality and an increasingly antidemocratic position that he was exhibiting.

Q.   Okay.  You mentioned that another incident that formed the basis of your view that Ms. Netrebko was publicly aligned with Putin involved a flag in Donetsk.  Is that correct?

A.   Yes.

Q.   What was that?

A.   Excuse me.  It was when -- and I don't remember an exact date, it was after the annexation of the Crimea, and it was when she visited separatists and posed with the flag.

Q.   When did you become aware of that?

A.   At the time it happened.

Q.   How did you become aware?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 46

P. Gelb

A.    You know, we have -- The Met has a team of people who monitor social media and news reports.  And they were -- I don't follow social media closely at all, but I'm given reports of things that are relevant to The Met.

Q.    At the time, did you read news reporting about the incident?

A.    Yes.

Q.    Did you speak to Ms. Netrebko about the incident?

A.    No.

Q.    Did you speak to her manager?

A.    I don't remember.

Q.    Are you aware of Ms. Netrebko's response to the reporting about it?

A.    To a certain degree, yes.

Q.    Did she admit that she had met with separatist leaders?

A.    My understanding was that she said that she misunderstood the significance of the photograph.

Q.    Did she say that she understood the significance of the flag?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 47

P. Gelb

A.    I think -- I don't remember exactly what she said, but I remember that she tried to make light of it.

Q.    In what way?

A.    By saying that she didn't understand the significance of what -- of the action she had taken.

Q.    Do you recall whether she said -- gave a reason why she had made that -- do you know why she had that meeting?

A.    No.

Q.    Are you aware that she gave a donation to a opera house?

A.    I heard her say that in here, I guess, in her deposition.  But I may have been aware of that, as well, before.

Q.    At the time that you learned about that incident, did it concern you?

A.    Yes.

Q.    Do you know if she traveled to Donetsk?

A.    I believe she did but I don't know for sure.  In fact, I should probably rephrase that by saying I don't know.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 48

P. Gelb

MS. ULMET: What are we up to? 4?

THE WITNESS: You're at 4. Thank you.

(Gelb Exhibit 4, New York Times article dated December 9, 2014, beginning Bates Number AN000282, marked for identification, as of this date.)

Q. Okay. The court reporter is showing you a document that's been marked as Exhibit 4. This is a December 9, 2014, New York Times article with the Bates Number AN000282.

Mr. Gelb, have you seen this article before?

A. I believe I did see it. My memory is refreshed reading it.

Q. Did you see it around the time it was published?

A. Yes.

MR. SHILOH: The document is two pages.

Q. Yes, it has a back. Saving paper.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 49

                        P. Gelb

A.    Is there one part you want me to look at in particular?

Q.    That's a great question.  Well, I would first direct your attention to the headline.

Do you recall that -- does this refresh your recollection that Ms. Netrebko made a donation to a Ukrainian opera house?

A.    Yes.

Q.    And on the first full paragraph -- I'll direct your attention to the first full paragraph on page 2 with Ms. Netrebko's statement.

Do you recall reading in 2014 that Ms. Netrebko's position was that she gave a donation to help a theater that had been destroyed?

A.    Yes.

Q.    And do you recall being aware in 2014 that Ms. Netrebko's position was that she wanted to support her fellow artists?

A.    Yes.

Q.    And I'll direct your attention to the second full paragraph on page 2.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 50

P. Gelb

If you can take a look at that, I would ask you: Does this refresh your recollection that you were aware in 2014 that Ms. Netrebko had taken the position that the donation was not a political act?

A. Yes, but I'm aware that she said that. But I'm also aware that the article makes it clear that she wrapped herself in the separatist flag.

Q. The article makes it clear that she wrapped herself in the flag?

A. Or it appears -- yes. Well, holding. It says "holding a flag." Maybe wrapped is the wrong word.

Q. So sitting here today do you -- and I will just say for the courtesy of everybody that for some reason the version of this that I printed did not include any photographs.

A. I think there was a photograph.

Q. Yeah. There were a photograph, right? Do you recall seeing the photograph?

A. Yes, I remember the photograph of her holding the flag.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 51

P. Gelb

Q.   All right.  Make maybe we'll get our hands on it.

Okay.  So in 2014, was it your understanding that Ms. Netrebko had held a flag?

A.   Yes.

Q.   And what was that flag?

A.   The separatist flag.

Q.   What separatist flag is that?

A.   The separatist flag for the region, for an occupied part of Ukraine.

Q.   And what's your understanding of the position of the separatists?

A.   At the time, the position of the separatists was that they wanted to be part of Russia.

Q.   At the time, did you have any understanding of whether Putin was playing any role in that conflict?

A.   Well, it was widely reported at the time that the Russian army, not wearing their official insignias, were part of the occupying forces.  I shouldn't say official insignias, they were not wearing identifying

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 52

P. Gelb

uniforms to identify them as Russian soldiers.

Q.   The reporting referred to them as "the little green men."  Is that right?

A.   Something like that.

Q.   Did you have concerns about this incident at the time?

A.   Yes.

Q.   Who did you discuss those concerns with?

A.   I don't remember.

Q.   And what was the concern that you had?

A.   My concern was for her, that she was getting herself deeply enmeshed with Russian separatist politics.

Q.   Did you share that concern with Ms. Netrebko?

A.   No.

Q.   Did you share it with her manager?

A.   Maybe.

Q.   Is there any way to confirm whether or not you shared it with her manager?

A.   I think it's very possible that I did.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 53

P. Gelb

Q.    In what way did you communicate that?

A.    Probably would have been a phone call.

Q.    Is it possible that it was in some form of written communication?

A.    If it was, I believe you would have it.

Q.    And why do you believe I would have it?

A.    Because I sent all my e-mails, and WhatsApp messages and texts were -- what's the word -- subpoenaed or whatever.

Q.    I'm not sure that I got messages going back to 2014.

MS. ULMET:  So if I did not, I will call for production of any communications and we will follow up after this with your counsel.

A.    I think it's more likely than not, though, that it was a phone call.

Q.    Okay.  What -- to the best of your recollection, what did you say in that phone call?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 54

P. Gelb

A.   You know, I barely remember.  I don't even know for sure that I had a phone call.  But I believe I did, and I believe if I had a phone call, it would have been to say that I was concerned that she was doing such an action as she had.

Q.   Would it have reassured you to hear that Ms. Netrebko made a mistake?

MR. SHILOH:   Objection as to form.

A.   I guess all I can say to that is I don't believe it was a mistake.

Q.   I see.  And what's the basis for your belief that it was not a mistake?

A.   The fact that the New York Times wrote this article is proof that they don't believe it's a mistake.  They're reporting in it that she says it was a mistake.  But it's hard to believe that someone picks up a flag and is photographed with it without knowing what it means.

Q.   Did the New York Times report that Anna Netrebko had intended to make a political statement by holding that flag?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 55

P. Gelb

A.    The New York Times wouldn't have reported this article at all if they didn't think it was of political significance.

Q.    Is it correct that this appeared in the New York Times blog called ArtsBeat?

A.    That's what's on the exhibit.

Q.    Do you know who Michael Cooper is?

A.    Yes.

Q.    And who is that?

A.    He, at the time, was the reporter covering the music, the classical music beat for the New York Times.

Q.    And do you know who Sofia Kishkovsky is?

A.    No.

Q.    Was this reported -- isn't it correct that this is reported by the New York Times in the Arts section of the paper?

A.    Yes.

Q.    Did you tell is Ms. Netrebko that her political actions might jeopardize her continued relationship with the Metropolitan Opera?

A.    Excuse me.  No.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 56

P. Gelb

Q.   Did you tell her manager?

A.   No.

Q.   Okay.  You can put that exhibit to the side.

MS. ULMET:  Okay.  We can go off the record.

MR. SHILOH:  Can we take a five-minute break?  Is this a good time for you?

MS. ULMET:  Sure.  We can take five minute break.

THE VIDEOGRAPHER:  The time now is 11:25 a.m.  This concludes Media 1.  Off the record.

(Recess taken from 11:25 a.m. to 11:37 a.m.)

THE VIDEOGRAPHER:  The time now is 11:37 a.m.  This begins Media 2.  On the record.

BY MS. ULMET:

Q.   Mr. Gelb, you mentioned that Ms. Netrebko had had a 50th birthday party at the Kremlin.  Is that right?

A.   Yes.

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 57

P. Gelb

Q.    Can you elaborate on what your understanding of that event was?

A.    I mean, I obviously was not present.  And all I know about it is hearsay, but that was an event to celebrate her 50th birthday, and it was held at the Kremlin, which seemed to me to be a very significant location for such an event.

Q.    Was it held at the theater at the Kremlin Palace?

A.    I don't know the details.

Q.    Mr. Gelb, have you ever been to the Kremlin?

A.    I've been in the -- I'm not sure. I've been in the area of the Kremlin, the external areas of the Kremlin.  I've not been inside the Kremlin.  I've been inside the court yard of the Kremlin.

Q.    Is it fair to say that the Kremlin is a group of buildings?

A.    Yes, I believe it is a group of buildings.

Q.    And that that group of buildings contains a theater.  Is that correct?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 58

P. Gelb

A.   I don't know that.  I'm assuming it contains a theater.  I've never seen the theater.

Q.   Do you know why Ms. Netrebko held that birthday concert?

A.   Do I know why?  I assume she was invited.

Q.   And you assume -- why do you assume that she was invited?

A.   Because how would she have gotten there otherwise?  I mean, I don't think the Kremlin is available for rent.

Q.   What if I told you that the Kremlin was available for rent, then what would you think?

A.   Then I would think somebody else invited her besides the Russian government.

Q.   Are you aware of a tradition for prominent Russian artists of holding birthday concerts?

A.   I'm aware that birthdays in Russia are a big deal.

Q.   What is your basis for that awareness?

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 59

P. Gelb

A.   Because I've been to Russia many times.

Q.   Have you been to any other birthday celebrations in Russia?

A.   No, but I've heard about them.

Q.   Can you give an example of one that you've heard about?

A.   I really can't recall.

Q.   How did you come to learn about Ms. Netrebko's 50th birthday at the Kremlin Palace?

A.   Her manager, Judith Neuhoff, told me about it.

Q.   What did is she say about it?

A.   She said that Anna had been invited to the Kremlin for her 50th birthday.

Q.   Did Ms. Neuhoff say who had invited her?

A.   No, but my assumption was that she had been invited by some officials of the Russian government.

Q.   Did Ms. Neuhoff tell you that she was involved with organizing that event?

A.   She told me that she was aware of

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 60

P. Gelb

the details.  I think she might have been partially involved, but she was not the main organizer of it.

Q.    Did she mention what any of the details were?

A.    Well, the only thing I remember is that there were various people, important people, and perhaps some other artists were there to celebrate Ms. Netrebko's 50th birthday.

Q.    How did you respond to Ms. Neuhoff sharing this information with you?

A.    I took it in.

Q.    Did you say anything to Ms. Neuhoff?

A.    Nothing other than acknowledging that it was an impressive event, or it must have been an impressive event.

Q.    Did it concern you that Ms. Netrebko was participating in that event?

A.    I think at this point I was concerned about Ms. Netrebko in general being closely associated with Putin and his regime.

Q.    Did you believe that her

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 61

P. Gelb

attendance at this event would cause her to be viewed as a Putin supporter?

A.    I believe that it added to her, or enhanced what was already known about her connection to Putin.

Q.    Did you share that concern with Ms. Neuhoff?

A.    I don't remember.

Q.    Did you share that concern directly with Ms. Netrebko?

A.    No.

Q.    Did you understand Ms. Netrebko's 50th birthday celebration to be a political event?

A.    Not necessarily.

Q.    Why not?

A.    Because I don't think it was an overt -- from what I know of it, I don't think it was an overt political event.

On the other hand, you know, in Russia, all cultural events that involve the government are political to some degree.

Q.    In what way?

A.    In that the Russians view culture

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 62

P. Gelb

as a artistic propaganda tool that benefits their country.

Q.   Do you know when this 50th birthday celebration was?

A.   No, I don't remember.  Although, I remember it was within the last, you know, maybe seven or eight years.

Q.   You testified that this event added to what was already known about her connection with Putin.

What did you mean by that?

A.   I mean that, what I meant was that she obviously had a close tie to Putin, and this was another example of that.

Q.   Why was it obvious?

A.   For the reasons I stated earlier.

Q.   Is it your testimony that if a person performs in Russia, they are an instrument of Russian propaganda?

A.   Not necessarily.

Q.   In what circumstances would they be an instrument of Russian propaganda?

A.   Well, I guess, to some degree, performing for a state-sponsored cultural

Page 156

P. Gelb

(Recess taken from 2:54 p.m.

to 3:12 p.m.)

THE VIDEOGRAPHER:  The time is

3:12 p.m.  This begins Media 4.  On

the record.

BY MS. ULMET:

Q.    Mr. Gelb, I'd like to direct your

attention to the page with the Bates Number

CSAM2431.

Are you on that page?

A.    Yes.

Q.    And the text from -- at the top of

the page is a portion of a statement that

Judith was proposing for Anna to make.  Is

that correct?

A.    Yes.

Q.    And you responded:

"Yes, Judith.  If she made

this statement, that would

definitely do it."

Is that correct?

A.    Yes.

Q.    And did you mean that if she made

that statement, The Met would be able to

c46393b7-79a6-402b-bba1-367e8fe2863e

Page 157

                        P. Gelb

continue engaging Ms. Netrebko?

        A.    Yes.

        Q.    Was it important to you that this
statement included a reference to President
Putin's actions in Ukraine breaking
international law?

        A.    I did not draft that.  I simply
said that would be a sufficient statement.

        Q.    Okay.  You can put Exhibit 10 to
the side.

        A.    Okay.

        Q.    But we will come back to other
portions of this long document.

              Who is Valery Gergiev?

        A.    Valery Gergiev is the -- currently
is the director of both the Bolshoi and the
Mariinsky opera houses, and the most powerful
musical figure in Russia.

        Q.    Do you know whether Ms. Netrebko
had any relationship with Mr. Gergiev?

        A.    Ms. Netrebko's relationship
with -- sorry, say it again?

        Q.    Gergiev.

        A.    Sorry.  Ms. Netrebko's