THE LAW OFFICES OF

# JULIE R. ULMET

March 25, 2026

**<u>By ECF</u>**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

      Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
               Case No. 23-cv-6857

Dear Judge Wang,

The undersigned represents Plaintiff Anna Netrebko. Plaintiff and Defendant respectfully move, pursuant to Individual Practice Rule IV.a., to file under seal an unredacted version of the letter filed by Defendants on March 18, 2026 (ECF Doc. No. 172) ("Defendants' Letter").

The parties have conferred and have agreed to redact a smaller part of the text of Defendants' Letter than previously filed at ECF Docket No. 172 ("Corrected Defendants' Letter"). In fact, that letter now redacts only the single phrase identifying Plaintiff's medical diagnosis from March 2022. Given Plaintiff's representation that she seeks only garden variety emotional distress damages and does not seek to provide expert medical testimony, this single fact disclosed in discovery will not be the basis of any "judicial documents" since Plaintiff has not put this fact into issue in this litigation. *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139 (2d Cir. 2016). Moreover, significant "countervailing factors" weigh against disclosure. *Lugosch v. Pyramid Co.*, 435 F.3d 110, 124 (2d Cir. 2006). As an opera singer, Ms. Netrebko's voice and body are her instruments and public disclosure of her private medical information could jeopardize her professionally. This countervailing factor is especially significant since she has deliberately elected not to place her medical history into question in this proceeding by choosing to seek only garden variety emotional distress damages.

Accordingly, the parties respectfully request that an unredacted version of the Corrected Defendants' Letter (with its single redaction) be permitted to be filed under seal. Together with this letter, the parties: (a) file publicly the Corrected Defendants' Letter with a single phrase redacted; and (b) file under seal the Corrected Defendants' Letter with highlighting of the redacted text.

           Respectfully submitted,

           */s/ Julie R. Ulmet*

           Julie R. Ulmet
           *Counsel for Plaintiff*

417 Grand Street No. 1804, New York, NY 10002
julie@ulmetlaw.com   •   646-396-0055   •   www.julieulmetlaw.com



cc:    Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
Elior Shiloh, Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP)
*Counsel for Defendants* (By ECF)
Kara Gorycki, *Counsel for Plaintiff* (By ECF)

2