THE LAW OFFICES OF

# JULIE R. ULMET

March 27, 2026

**By ECF**

The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

> Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
>        Case No. 23-cv-6857

Dear Judge Wang,

The parties write to respectfully request a brief extension of the time to complete discovery in this case. The Court most recently ordered a Case Management and Scheduling Order under which fact discovery is scheduled to end on March 31, 2026. (ECF Doc. No. 164). The parties request an extension of this deadline in light of the fact that they are awaiting decision on various pending discovery motions and other motions that could materially affect discovery, as follows:

1. Defendants' motion for an adverse inference (Dkt. No. 142);
2. Plaintiff's letter motion seeking an additional 30(b)(6) deposition and associated costs (Dkt. No. 159);
3. Plaintiff's letter motion to compel the deposition of Gillian Brierley (Dkt. No. 160);
4. Defendants' letter motion to compel Plaintiff to produce certain documents (Dkt. No. 172) (collectively with Dkt. Nos. 142, 159 and 160, the "Discovery Motions"); and
5. Defendants' motion to dismiss Plaintiff's Supplemental Complaint (Dkt. No. 123).

The parties are also continuing to work together amicably to complete all outstanding discovery.

The parties suggest the latter of (*i*) a 30-day extension of all deadlines or (*ii*) 30 days after such time as the Court decides the pending Discovery Motions (Dkt. Nos. 142, 159, 160, and 172). To assist the Court, the parties attach to this letter a revised Case Management and Scheduling Order reflecting the proposed 30-day extension of all deadlines.



The parties are available for a conference with the Court should the Court believe it would be helpful.

Respectfully submitted,

*/s/ Julie R. Ulmet*

Julie R. Ulmet
*Counsel for Plaintiff*

cc:    Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
Elior Shiloh, Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP)
*Counsel for Defendants* (By Email and ECF)
Kara Gorycki, *Counsel for Plaintiff* (By Email and ECF)

Att.:    Exhibit A (proposed Amended Case Management Plan and Scheduling Order)

174047325.1 2