**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANNA NETREBKO,

                    Plaintiff,

         -against-

METROPOLITAN OPERA ASSOCIATION, INC. et al.,

                 Defendants.

-------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Monday, June 08, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

       **SO ORDERED.**

/s/ Ona T. Wang

Dated: May 13, 2026               **Ona T. Wang**
       New York, New York       United States Magistrate Judge