**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                              :
ANNA NETREBKO,                                :
                                              :
                          Plaintiff,          :        23-cv-6857 (AT) (OTW)
                                              :
              -against-                       :        **POST-CONFERENCE ORDER**
                                              :
METROPOLITAN OPERA ASSOCIATION, INC., et      :
al.,                                          :
                                              :
                          Defendants.         :
                                              :
                                              :
                                              :
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court held a status conference in this matter on **June 8, 2026**. For the reasons

discussed at the conference:

1. Defendants' motion for an adverse inference, (ECF 142) is **DENIED WITHOUT PREJUDICE**.

2. Plaintiff's cross-motion for a protective order, (ECF 153) is **GRANTED IN PART, DENIED IN PART**, based on Plaintiff's acknowledgement that the Fifth Amendment protection against self-incrimination is not applicable to Ms. Netrebko's deposition. (*See* Def.'s Mem. of Law, ECF 143 at 15-16). Accordingly:
   - Defendants may depose Ms. Netrebko for an additional 5 hours, inclusive of the interpreter, in person at Defendants' counsel's office.
   - The deposition is limited to outside counsel only with the exception of the General Counsel for Defendant the Metropolitan Opera (the "Met"), who may also attend.
   - Defendants' questions are limited in scope to Ms. Netrebko's views on Vladimir Putin and the actions taken by the Russian Federation in Crimea.
   - Ms. Netrebko is **ORDERED** to secure her phone in a Yondr pouch or its equivalent during the deposition.
   - The Court reserves decision on any application for fees under Fed. R. Civ. P. 37(a)(5) at this time.

3. Plaintiff's motion to compel additional Rule 30(b)(6) deposition from the Met, (ECF 159) is **GRANTED IN PART, DENIED IN PART**.
   - Additional Rule 30(b)(6) deposition testimony on Topic 3 is **DENIED**.
   - Additional Rule 30(b)(6) deposition testimony on Topic 7 is **GRANTED IN PART**. The parties are directed to meet and confer on a short deposition limited to the email memo produced in March 2026.
   - Additional Rule 30(b)(6) deposition testimony on Topic 9 is **DENIED** Plaintiff may propound limited interrogatories about the circumstances surrounding the Met's termination of Placido Domingo and/or Vittorio Grigolo by **June 22, 2026**. Defendants' response is due consistent with the Federal Rules of Civil Procedure.

4. Plaintiff's motion to compel deposition testimony from Gillian Brierly, (ECF 160) is **GRANTED**.
   - Deposition testimony is limited to 2 hours and may be conducted virtually.

5. Plaintiff's motion to compel production of the Met's contract with the Bolshoi Theatre, (ECF Nos. 178, 180) is **DENIED**.

6. Defendants' motion to compel production of certain documents, (ECF Nos. 172, 173) is **GRANTED IN PART**.
   - The parties are directed to meet and confer to attempt to narrow the proposed stipulation as to Ms. Netrebko's medical records.
   - Plaintiff is **ORDERED** to perform a search for Defendants' proposed five search terms in all messages in Plaintiff's Whatsapp and Instagram accounts dated between February 25, 2022 and February 25, 2024.
   - Plaintiff shall provide a hit count to Defendants by **June 26, 2026**, and should proceed to production without delay.

It is further **ORDERED** that the deadline for all discovery is **EXTENDED** to **July 31, 2026**, without prejudice to further extensions. Discovery exclusive to the Amended Supplemental Complaint, (ECF 170), remains stayed *sine die* pending Judge Torres's resolution of Defendants' motion to dismiss at ECF 123.

The parties are directed to file a joint status letter by **June 18, 2026**, which shall:

- propose a date and time for Ms. Netrebko's additional deposition;
- propose three days on either the weeks of July 21, July 27, or August 3, 2026, where no more than one attorney between the parties will need to dial in to an in-person status conference; and
- discuss the status of the proposed stipulation as to Ms. Netrebko's medical records.

The Court will address the pending motions to seal (ECF Nos. 147, 150, 176, 179) by separate Order. ECF Nos. 156 and 177 are **DENIED AS MOOT**. ECF 174 is **GRANTED** *nunc pro tunc*.

The Clerk of Court is respectfully directed to close ECF Nos. 142, 156, 159, 160, 172, 173, 174, 177, 178, and 180.

**SO ORDERED.**

/s/ Ona T. Wang

Dated: June 9, 2026 **Ona T. Wang**
New York, New York United States Magistrate Judge