THE LAW OFFICES OF

# JULIE R. ULMET

June 18, 2026

**_By ECF_**
The Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

> Re:    *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
>          Case No. 23-cv-6857

Dear Judge Wang,

The parties respectfully submit this joint letter as directed by the Court's June 10, 2026 Order (ECF Doc. 191).

### Ms. Netrebko's Additional Deposition

The parties have agreed on two tentative dates for Ms. Netrebko's additional deposition in-person at Defendants' counsel's offices in New York. The parties have agreed to conduct Ms. Netrebko's deposition on either August 13 or 14, 2026.

### Status Conference

The parties are available for a status conference with the Court on July 20, August 13, or August 14.

The parties acknowledge that these dates are not within the specific time frames directed by the Court, but the parties have conferred and were unable to identify dates within this range when both parties' counsel were available.

### Stipulation Regarding Medical Records

The parties have agreed to the following stipulation:

Plaintiff is seeking only garden-variety emotional distress damages and will not seek to introduce medical records or testimony at trial as to any hospitalization or associated

---

417 Grand Street No. 1804, New York, NY 10002
julie@ulmetlaw.com    •    646-396-0055    •    www.julieulmetlaw.com

174047325.1

prescribed medication/drug consumption, including for establishing any entitlement to damages.

Thank you for your assistance with these matters.

Respectfully submitted,

*/s/ Julie R. Ulmet*

Julie R. Ulmet
*Counsel for Plaintiff*

cc:    Elior Shiloh, Ariadne Panagopoulou, William Gosling,
Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski,
*Counsel for Defendants* (By ECF)

Kara Gorycki, *Counsel for Plaintiff* (By ECF)

174047325.1 2