

Ariadne Panagopoulou
140 Broadway, Suite 3100
New York, NY 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1325

June 24, 2026

***By ECF***
Honorable Ona T. Wang
United States District Court for the Southern District Of New York
500 Pearl Street
New York, NY 10007

> Re:   *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
>       Case No. 23-cv-6857

Dear Judge Wang,

We represent Defendants in the above-referenced action. Defendants write jointly with Plaintiff to respectfully request that this Court withdraw and remove from its docket the filing at ECF No. 144-1 (Netrebko's entire, unredacted deposition transcript).

In its July 22, 2026 Opinion and Order, the Court observed that "Defendant does not seek, however, to withdraw ECF 144 or file a new copy with the new deposition transcript." (ECF No. 199 at 3.) While it is true that Defendants had not previously explicitly sought that relief, Plaintiff, with Defendants' consent, had filed a motion seeking to seal Docket Numbers 144-1 and 143. *See* Dkt. No. 147, p. 3 ("Exhibit 1 should be stricken, corrected and filed under seal"). Additionally, the parties, having extensively met and conferred on this issue, had decided to submit a partial copy of Netrebko's deposition transcript which contained only the relevant excerpts for the purpose of this Court's adjudicating of Defendants' then-pending motion for an adverse inference.[1] Such filing was made and can be found at ECF No. 148-1.

To clarify, Defendants continue to take no position as to whether sealing (in whole or in part) of Netrebko's deposition transcript is appropriate. However, in light of the confidentiality concerns previously raised by the Plaintiff and in light of the fact that the filing at 148-1 more adequately and

---

[1] Defendants' motion is no longer pending; it was decided on June 8, 2026 following a conference before Your Honor.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Honorable Ona T. Wang
July 24, 2026
Page 2


succinctly addresses the relevant portions that were at issue for this Court's adjudication of Defendants' motion, the parties respectfully request that 144-1 be removed from this Court's docket.

      We thank the Court for its time and consideration.


                Respectfully submitted,

                *Ariadne Panagopoulou*

                Ariadne Panagopoulou of
                LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)

180795979.1