**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANNA NETREBKO,

                       Plaintiff,

        -against-

METROPOLITAN OPERA ASSOCIATION, INC.,
et al.,

                  Defendants.

------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's letter motion regarding the dispute concerning Plaintiff's August 14 deposition. (ECF 207).

The parties are directed to proceed with Plaintiff's deposition on **August 14, 2026**, based on any/all documents produced as of **July 31, 2026**, without prejudice to an order compelling at Plaintiff's cost attendance at another, continued deposition if production is not complete by **August 7, 2026**.

This order is without prejudice to any future Rule 37(a)(5) motions for sanctions or costs. *See* (June 12, 2026 Conference Tr. at 52-53:24-1).

       **SO ORDERED.**

                                       */s/ Ona T. Wang*

Dated: July 31, 2026                    **Ona T. Wang**
New York, New York            United States Magistrate Judge