**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ANNA NETREBKO,                                               :
                                                             :
                            Plaintiff,                       :         23-cv-6857 (AT) (OTW)
                                                             :
            -against-                                        :         **ORDER**
                                                             :
METROPOLITAN OPERA ASSOCIATION, INC.,                        :
et al.,                                                      :
                                                             :
                            Defendants.                      :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendants' motion for reconsideration (ECF 215) of the Court's order (ECF 208) scheduling Plaintiff's deposition for August 14, 2026. Defendants' motion for reconsideration is **GRANTED IN PART**. The Court's prior order setting Plaintiff's deposition is modified as follows:

**Plaintiff's deposition shall proceed on August 14, 2026, and need only be based on documents produced on or before July 26, 2026, not July 31, 2026.**

This deposition shall proceed without prejudice to an order compelling Plaintiff to attend a subsequent deposition based on documents that were produced after July 26, 2026; and/or any other relief available to Defendants under the Federal Rules that relate to the Plaintiff's document production since July 26, 2026; and/or any other relief that was contemplated as a result of Plaintiff's first deposition session. (See June 12, 2026 Transcript, ECF 192, at 39:8-12).

**SO ORDERED.**


                                                            /s/ Ona T. Wang
Dated: August 10, 2026                                      **Ona T. Wang**
New York, New York                                         United States Magistrate Judge