THE LAW OFFICES OF

JULIE R. ULMET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/10/2026

August 6, 2026

***By ECF and Email (Torres_NYSDChambers@nysd.uscourts.gov)***
The Honorable Analisa Torres
United States District Court for the Southern District Of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Anna Netrebko v. Metropolitan Opera Association, Inc., et al.*
Case No. 23-cv-6857

Dear Judge Torres,

I represent Plaintiff Anna Netrebko in the above-referenced action. Plaintiff respectfully requests that the Court hold Plaintiff's Objections pursuant to Federal Rule of Civil Procedure 72(a) (ECF No. 206) in abeyance pending Magistrate Judge Wang's determination of Plaintiff's Motion for Reconsideration (ECF No. 204).

Plaintiff filed her Rule 72(a) Objections contemporaneously with her Motion for Reconsideration in order to preserve her objections within the time provided by Rule 72(a), and not for the purpose of seeking duplicative simultaneous review by this Court and Judge Wang.

On August 3, 2026, Judge Wang entered an Order stating that the Court "would prefer to address Plaintiff's motion for reconsideration on its merits," directing Plaintiff to make certain corrective public filings by August 7, setting a schedule for Defendants' opposition, and temporarily sealing ECF Nos. 143, 144, 148, and 152 pending resolution of the Motion for Reconsideration. ECF No. 209 at 3–4. Judge Wang further suggested that Plaintiff consider whether to withdraw the Rule 72(a) Objections pending her decision on reconsideration. *Id.* at 3 n.2.

In light of Judge Wang's Order, Plaintiff respectfully submits that holding the Rule 72(a) Objections in abeyance, rather than withdrawing them, would conserve judicial resources while preserving Plaintiff's timely objections in the event reconsideration does not resolve the issues presented. Plaintiff will promptly notify the Court following Judge Wang's ruling on reconsideration and advise whether the Rule 72(a) Objections have become moot, should be narrowed, or require adjudication.

Plaintiff therefore respectfully requests that ECF No. 206 be held in abeyance pending Judge Wang's determination of ECF No. 204.

Respectfully submitted,

*/s/ Julie R. Ulmet*

Julie R. Ulmet
*Counsel for Plaintiff*

cc: Lloyd B. Chinn, Howard Z. Robbins, Hayden F. Bashinski (Proskauer Rose LLP)
Elior Shiloh, Ariadne Panagopoulou, Daniel Axelrod (Lewis Brisbois Bisgaard & Smith LLP), *Counsel for Defendants* (By Email and ECF)
Kara Gorycki, *Counsel for Plaintiff* (By Email and ECF)

The Court will hold Plaintiff's objections filed at ECF No. 206 in abeyance pending the Honorable Ona T. Wang's determination of ECF No. 204. Any response to Plaintiff's objections shall be filed within **14 days** of the resolution of ECF No. 204.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge