**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ANNA NETREBKO,

Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC. and PETER GELB

Defendants.

---------------------------------------------------------------x

23-cv-6857 (AT) (OTW)

**POST-CONFERENCE ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **August 13, 2026**.

Parties are **ORDERED** to file joint status letters on the last business Friday of each month wherein they will discuss the status of discovery, what remains, and whether parties are continuing to meet and confer. The first joint status letter is due **September 25, 2026.**

It is further **ORDERED** that fact discovery deadline is **EXTENDED** to **September 30, 2026**, without prejudice to further extensions.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 14, 2026
New York, New York