# EXHIBIT A

## FILED UNDER SEAL

Public placeholder for exhibit submitted separately under seal